# Exhibit E

**DISTRICT ATTORNEY**
**KINGS COUNTY**
350 JAY STREET
BROOKLYN, NY 11201-2908
(718) 250-2000
WWW.BROOKLYNDA.ORG

**Eric Gonzalez**
District Attorney

**Karen E. Varriale**
Assistant District Attorney

May 10, 2023

Seanpaul Reyes
66 South Village Drive
Bell Port, NY 11713

RE: Seanpaul Reyes
DOB: March 28, 1991
Arrest #: K23616572

Dear Seanpaul Reyes:

This letter is to inform you that the District Attorney has declined to prosecute your arrest. Your arrest has been dismissed and sealed.

If you have any questions please call Karen Varriale, in the Kings County District Attorney's Office at (718)-250-2741.

Thank you,

*[signature]*

Karen E. Varriale
Assistant District Attorney