In the United States District Court for the
Southern District of New York

| | |
|---|---|
| SeanPaul Reyes<br>*Plaintiff*<br><br>v.<br><br>The City of New York,<br>*Defendant* | Case No. 23-cv-6369 |

### NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that the plaintiff will move this Court on a date to be determined by the Court for preliminary injunctive relief. As described more fully in his supporting memorandum and declarations, Plaintiff seeks an order during the pendency of this action, enjoining the NYPD from 1) enforcing the Trespass Policy, as set forth in NYPD Patrol Guide Procedure 203-29(7) and NYPD Administrative Guide Procedure 304-21(7), and 2) displaying signs setting forth the Trespass Policy in precinct lobbies.

In support of his motion, Plaintiff files his Memorandum of Law in Support of Motion for Preliminary Injunction (dated July 25, 2023), the Declaration of Andrew Case (dated July 25, 2023) with Exhibits 1–5, and the Declaration of SeanPaul Reyes (dated July 24, 2023) with Exhibit A.

Dated: July 25, 2023
New York, New York

Respectfully Submitted,
   /s/ *Andrew Case*
Andrew Case
LatinoJustice PRLDEF
475 Riverside Drive
Suite 1901
New York New York
(212) 739-7506
acase@latinojustice.org
