In the United States District Court for the
Southern District of New York

| | |
|---|---|
| SeanPaul Reyes<br>*Plaintiff*<br><br>v.<br><br>The City of New York,<br>*Defendant* | Case No. 23-cv-6369 |

# DECLARATION OF ANDREW CASE IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to 28 U.S.C. § 1746, Andrew Case, counsel for Plaintiff SeanPaul Reyes, declares as follows:

1. My name is Andrew Case and I am a Supervising Attorney at LatinoJustice PRLDEF; in that capacity I represent the plaintiff in the above-captioned matter. I make this declaration in support of my motion for a preliminary injunction.

2. Attached as **Exhibit A** is a true and accurate copy of NYPD Patrol Guide Provision PG 203-29 from 2018.

3. Attached as **Exhibit B** is a true and accurate copy of the current NYPD Administrative Guide provision 304-21(7).

4. Attached as **Exhibit C** is a true and accurate copy of a Desk Appearance Ticket issued to Plaintiff on April 3, 2023.

5. Attached as **Exhibit D** is a letter from the Office of the Kings County District Attorney dated May 10, 2023.

6. Attached as **Exhibit E** is a criminal complaint issued based on Plaintiff's June 1, 2023 arrest.

I declare under penalty of perjury that the foregoing is true and correct.

Dated July 25, 2023, Kings County New York.

_____

Andrew Case