# Exhibit 3



# DESK APPEARANCE TICKET

You are hereby summoned to appear in the Criminal Court of the City of New York to answer a criminal charge. Should you fail to appear for the offense charged below, in addition to a warrant being issued for your arrest, you may be charged with an additional violation of the Penal Law which upon conviction may subject you to a fine, imprisonment, or both.

**YOU MUST APPEAR ON THIS DATE AND TIME. PRESENT THIS FORM TO THE COURT CLERK.**

| Date (Mo./Day/Yr.) | Time (check one) | Address/Location | County | Part |
|---|---|---|---|---|
| 04/23/2023 | ☑ 9:00 A.M. ☐ 2:00 P.M. <br> ☐ 11:00 A.M. ☐ 5:00 P.M. | 120 SCHERMERHORN STREET, BROOKLYN, NY 11201 | BROOKLYN | DAT |

**Offense Charged**
PL 140.05

**Additional Instructions**
BRING PHOTO ID.

I, the undersigned, do hereby acknowledge receipt of this DESK APPEARANCE TICKET, personally served upon me, and do agree to appear as indicated.

Signature Of Defendant: *[signature]*
Date: 4/3/23
Time: 1415
Refused to Sign: ☐

## THE PEOPLE OF THE STATE OF NEW YORK vs.

**Defendant's Name**
REYES, SEANPAUL

**Age:** 32
**Date of Birth:**

**Residence Address**

**Preferred Mailing Address**

| Cell Phone No. | Home Phone No. | Work Phone No. | Email Address |
|---|---|---|---|
| | REFUSED | REFUSED | REFUSED |

### ARREST AGENCY INFORMATION

| Command | D.A.T. Serial No. | Arrest No. | Agency Address if Not NYPD |
|---|---|---|---|
| 061 | 061-00092 | K23616572 | |

**Photographed By:** 959573 CUCUZZA GIOVANNI POM
**Fingerprinted:** ☑ Yes ☐ No
**Date:** 04/03/2023
**Time:** 12:00:00

**Arresting Officer (print rank/name):** POM/CUCUZZA GIOVANNI
**Tax Reg. No.:** 959573
**Shield:** 259
**Cmd.:** 061
**Agency:** N.Y. POLICE DEPT

**Arresting Officer Signature:** *[signature]*
**Date:** 4/3/23
**Squad:** B2

**Desk Officer (print rank/name):** SGT/KORCHITMET TOSARES
**Desk Officer Signature:** *[signature]*
**Tax Reg. No.:** 942021
**Command:** 061

**DISTRIBUTION**
ORIGINAL – Defendant's Copy   1ST COPY – Fax Terminal   2ND COPY – Arresting Officer (Or Complainant in Assigned Officer Cases)   3RD COPY – Precinct File

**DESK APPEARANCE TICKET**   PD 260-121 (Rev. 11-19)



# NYPD Property Clerk Invoice
PD 521-141(Rev.12/18)



Invoice No. **3001568955**

| Invoicing Command | | Invoice Status |
|---|---|---|
| **61ST PRECINCT** | | **OPEN** |
| **Invoice Date** | **Property Type** | **Property Category** |
| **04/03/2023** | **GENERAL PROPERTY** | **ARREST EVIDENCE** |

| Officers | Rank | Name | Tax No. | Command | | |
|---|---|---|---|---|---|---|
| Invoicing Officer | | | 959573 | 061 PRECINCT | OCME.EU No. | |
| Arresting Officer | | | 959573 | 061 PRECINCT | OCME.FB No. | |
| Investigating Officer | | | | | Police Lab Evid.Ctrl.No. | |
| Det Squad Supervisor | | | | | Det Sqd. Case No. | |
| CSU/ECT Processing | | | | | CSU/ECT Run No. | |

| Item | Total QTY | Article(s) | Estimated Value | Pkg. No. | QTY | Disposition |
|---|---|---|---|---|---|---|
| 1 | 1 | **CELL PHONE** COLOR: **WHITE** IMEI: **357111201083585** DAMAGE/DEFACEMENT DESCRIPTION: **SCRATCHES** | | 1204969237 | 1 | |
| 2 | 1 | **CAMERA** COLOR: **BLACK/BLUE** DESCRIPTION: **GO-PRO CAMERA** | | 1204969237 | 1 | |
| | | **Total Cash Value** | **0.00** | | | |

**REMARKS**

959573 04/03/2023 14:44 : The above listed property is being vouchered for arrest evidence.

959573 04/03/2023 14:49 : Invoice Approved By 942021

| Date of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 04/03/2023 | **14010/CRIM TRESPASS** | | | |
| 04/03/2023 | **TRESPASS** | **VIOLATION** | **N/A** | **N/A** |

| Prisoner(s) Name | D.O.B | Age | Address | Arrest No./Summons No. | NYSID No. |
|---|---|---|---|---|---|
| 1 **REYES, SEANPAUL** | | 32 | | K23616572 | 11971949K |

Complaint No. **2023-061-002004**

Related Comp No.(s) **N/A**

Aided/Accident No.(s) **N/A**

Related Invoice(s) **N/A**

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | | | 959573 | 061 PRECINCT | 04/03/2023 | 14:44 |
| Invoicing Officer | | | 959573 | 061 PRECINCT | 04/03/2023 | 14:49 |
| Approved By | | | 942021 | 061 PRECINCT | 04/03/2023 | 14:49 |



Invoice No. **3001568955**

Prisoner/ Finder/ Owner Copy
printed: 04/03/2023 14:49

PCD Storage No.
--
Page No.1 of 3



# NYPD Property Clerk Invoice
PD 521-141(Rev.12/18)



Invoice No. **3001568955**

## NOTICE TO PERSONS FROM WHOM PROPERTY HAS BEEN REMOVED BY THE POLICE DEPARTMENT

The person from whose possession property was taken should retain and safeguard the invoice. The New York City Police Department can change the Invoice Category without further notice. In order to obtain the return of property, the claimant or a representative authorized by a **notarized letter** to claim the property will be required to submit, in person or by mail, the Invoice and **proper identification** (one (1) government issued photo identification plus at least one (1) non-photo identification) to the office of the Property Clerk. A claimant demanding the return of property other than Arrest Evidence, DNA Evidence or Forfeiture does not require a District Attorney's Release and may make such demand whether or not criminal proceedings have been instituted and, if instituted, whether or not such proceedings have been terminated.

## ARREST EVIDENCE/DNA EVIDENCE/FORFEITURE

The property may be disposed of by the Property Clerk according to law, unless the claimant demands the property no later than **120 days** after the termination of criminal proceedings. A claimant demanding the return of arrest evidence/DNA evidence/forfeiture from the Property Clerk should obtain, before making a demand, either a District Attorney's Release or a supervising District Attorney's statement refusing to grant a release. Presentation of either or both of these documents to the Property Clerk is **NOT** required for making a timely demand. If a demand for the property is made without a District Attorney's Release or a supervising District Attorney's statement, the claimant shall have **270 days** from the date of demand to obtain a District Attorney's Release or a Supervising District Attorney's statement refusing to grant a release. If a release or a statement refusing to grant a release is not provided to the Property clerk within **270 days** of the date of demand, the property may be disposed of according to law. If a claimant timely provides the Property clerk with a District Attorney's statement refusing to grant a release, the claimant must, when the District Attorney no longer needs the property, obtain and submit a District Attorney's Release to the Police Department. Forfeiture property may additionally require a Civil Enforcement Release prior to release.

## INVESTIGATORY/DNA INVESTIGATORY

Investigatory property is disposed of after **one (1) year**, unless otherwise requested by the Investigating officer.

## DECEDENT'S PROPERTY

LETTERS TESTAMENTARY or LETTERS OF ADMINISTRATION obtained from the Surrogate Court of the decedent's county of residence are required for release.

## FOUND PROPERTY

Pursuant to law, found property will be held for the following periods of time (unless sooner delivered to owner):
a. Property having a value of less than $100 — **3 months**
b. Property having a value of $100 but less than $500 — **6 months**
c. Property having a value of $500 but less than $5000 — **1 year**
d. Property having a value of $5000 or more — **3 years**

## SAFEKEEPING

Property held for Safekeeping must be claimed within **120 days** from the date it was invoiced. After **120 days**, property will be disposed of as per applicable NYC Law. All firearms, rifles, and shotguns, invoiced for safekeeping must be reclaimed by the owner within **one (1) year** of the date of invoice. After the expiration of **one (1) year**, the firearm, rifle, or shotgun will be disposed of by the Property Clerk pursuant to law, without further notice.

## PEDDLER PROPERTY

Peddler property that is deemed trademark counterfeit, and classified found/abandoned property will be destroyed on intake. All other Peddler Property is held for a period of **90 days**. A claimant that demands the return of his/her peddler property must obtain a letter from the NYPD Law department stating the property can be released and:
a. A claimant that was issued an Environmental Control Board summons must obtain a decision and order sheet from ECB.
b. A claimant that was issued a Criminal Court summons or was arrested must obtain a court disposition sheet in order to obtain his/her peddler property.

Please bring this receipt with you when you are notified to appear to claim the property. For information concerning property which you delivered to this Department, please call the Property Clerk's office in the borough in which the property was turned in. The Property Clerk offices are located at:

| | | |
|---|---|---|
| **MANHATTAN** | 1 Police Plaza | 646-610-5906 |
| **BRONX** | 215 East 161 St. | 718-590-2806 |
| **BROOKLYN** | 11 Front Street | 718-624-5364 |
| **QUEENS** | 47-08 Austell Place | 718-433-2678 |
| **STATEN ISLAND** | 1 Edgewater Plaza | 718-876-8413 |
| **PEARSON PLACE WAREHOUSE** | 47-15 Pearson Place | 718-361-1021 |

**\*Bank Cards/Checks will only be issued between the hours of 9:00 AM and 2:30 PM**

If vehicle is involved, contact the following:
**SPRINGFIELD GARDENS AUTO POUND**    174-20 North Boundary Road, Queens, NY    718-553-9555
For more information visit the Property Clerk Division's website:
http://www.nyc.gov/html/nypd/html/property_clerk/property_clerk.shtml

Invoice No. **3001568955**

Prisoner/ Finder/ Owner Copy
printed: 04/03/2023 14:49

PCD Storage No.
--
Page No.2 of 3



# NYPD Property Clerk Invoice
PD 521-141(Rev.12/18)



Invoice No. **3001568955**

## AVISO A LAS PERSONAS CUYOS BIENES HAN SIDO CONFISCADOS POR EL DEPARTAMENTO DE POLICÍA

La persona a quien se le ha confiscado un bien debe guardar y proteger esta factura. El departamento de policía de la ciudad de Nueva York puede cambiar la categoría de esta factura sin previo aviso. Con el fin de obtener la devolución de bienes, se requerirá que el demandante o representante autorizado por una **carta notarizada**, presente, en persona, o por correo la factura y la **identificación apropiada** (una (1) identificación con foto expedida por el gobierno, además de por lo menos una (1) identificación sin foto) al Oficial de Propiedad. El demandante exigiendo la devolución de bienes que no sean pruebas de arresto, pruebas de ADN o decomiso, no necesita un Comunicado del Fiscal del Distrito y puede hacer esta demanda si se ha o no iniciado un proceso penal, y si se iniciaron, tales procedimientos han concluido.

### PRUEBA DE ARRESTO, PRUEBA DE ADN/ DECOMISO

El Oficial de Propiedad puede desechar la propiedad de acuerdo a la ley, a menos que el demandante exija la propiedad no más tarde de 120 días después de la culminación del proceso penal. El demandante exigiendo la devolución de pruebas de arresto, pruebas de ADN o decomiso del Oficial de Propiedad, debe obtener previamente un Comunicado del Fiscal del Distrito o una Declaración del Supervisor de la Fiscalía Distrital negándose a otorgar la entrega. Para hacer una demanda puntual, no se requiere la presentación de uno o ambos documentos al Oficial de Propiedad. Si la demanda de propiedad se hace sin un Comunicado del Fiscal del Distrito o una Declaración del Supervisor de la Fiscalía Distrital, el demandante tendrá 270 días a partir de la fecha que se hizo la demanda para obtener un Comunicado del Fiscal del Distrito o una Declaración del Supervisor de la Fiscalía Distrital negándose a otorgar la entrega. Si la comunicación o la declaración negándose a otorgar la entrega no son proporcionadas al Oficial de Propiedad dentro de 270 días a partir de la fecha que se hizo la demanda, la propiedad podrá ser destruida como lo estipula la ley. Si el demandante provee puntualmente al Oficial de Propiedad con un Comunicado del Fiscal del Distrito negándose a otorgar la entrega, y el fiscal del distrito ya no necesita de la propiedad; el demandante debe, obtener y proveer al departamento de policía con un Comunicado del Fiscal del Distrito; la propiedad decomisada puede que adicionalmente requiera de un Comunicado de Ejecución Civil, antes de ser entregada.

### INVESTIGACIÓN / INVESTIGACIÓN DE ADN

La Propiedad de investigación se destruirá después de (1) un año, a menos que la solicite el oficial investigador.

### PROPIEDAD DEL DIFUNTO

Para la entrega de propiedad se requieren Cartas Testamentarias o Cartas de Administración obtenidas en el Tribunal Testamentario del condado de residencia del difunto.

### PROPIEDAD ENCONTRADA

De acuerdo a la ley, propiedad encontrada se retendrá por los siguientes periodos de tiempo (a menos que se le entrego anteriormente al propietario):
a. Propiedad con un valor de menos de $100 — **3 meses**
b. Propiedad con un valor de $100 pero menos de $500 — **6 meses**
c. Propiedad con un valor de $500 pero menos de $5,000 — **1 año**
d. Propiedad con un valor de $5,000 o más — **3 años**

### CUSTODIA

Propiedad retenida como Custodia debe reclamarse dentro de 120 días a partir de la fecha de facturación. Después de los 120 días, la propiedad se destruirá de acuerdo a la ley de NYC aplicable. Todas las armas de fuego, rifles y escopetas facturadas como para su custodia deben ser reclamadas por el propietario dentro de un (1) año a partir de la fecha de facturación. Después de un (1) año de vencimiento, el arma de fuego, rifle o escopeta serán destruidos por el Oficial de Propiedad de acuerdo a la ley, sin previo aviso.

### PROPIEDAD DE VENDEDOR AMBULANTE

La propiedad del vendedor ambulante que se considera de marca falsificada, y se clasifico como propiedad encontrada/abandonada será destruida al ingreso. Cualquier otra propiedad del vendedor ambulante se mantendrá por un periodo de **90 días**. El demandante que exija la devolución de su propiedad de vendedor ambulante debe obtener una carta del Departamento Jurídico del NYPD estableciendo que la propiedad puede ser entregada, y:
a. El demandante que haya recibido una citación de la Junta de Control Ambiental debe obtener una orden de pedido y decisión del ECB.
b. El demandante que haya recibido una citación del tribunal criminal o ha sido arrestado, debe obtener una hoja de decisión del tribunal con el fin de obtener su propiedad de vendedor ambulante.

Por favor traiga este recibo con usted cuando sea notificado a presentarse a reclamar la propiedad. Para información relacionada a la propiedad que usted le entrego a este Departamento; por favor llame a la oficina del Oficial de Propiedad del distrito en la cual la propiedad fue entregada. La oficina del Oficial de Propiedad se encuentran en:

| | | |
|---|---|---|
| **MANHATTAN** | 1 Police Plaza | 646-610-5906 |
| **BRONX** | 215 East 161 St. | 718-590-2806 |
| **BROOKLYN** | 11 Front Street | 718-624-5364 |
| **QUEENS** | 47-08 Austell Place | 718-433-2678 |
| **STATEN ISLAND** | 1 Edgewater Plaza | 718-876-8413 |
| **PEARSON PLACE WAREHOUSE** | 47-15 Pearson Place | 718-361-1021 |

**\*Tarjetas bancarias / cheques solamente serán proveídos durante las horas de 9:00 AM a 2:30 PM**

Si un vehículo está implicado, contacte al siguiente:
**SPRINGFIELD GARDENS AUTO POUND**   174-20 North Boundary Road, Queens, NY   718-553-9555

Para más información visite el sitio en la red de la División del Oficial de Propiedad al:
http://www.nyc.gov/html/nypd/html/property_clerk/property_clerk.shtml

Invoice No. **3001568955**

Prisoner/ Finder/ Owner Copy
printed: 04/03/2023 14:49

PCD Storage No.
--
Page No.3 of 3