# Exhibit 5

```
                    CRIMINAL COURT OF THE CITY OF NEW YORK
                         PART APAR COUNTY OF KINGS
```

_____                      STATE OF NEW YORK
THE PEOPLE OF THE STATE OF NEW YORK                         COUNTY OF KINGS

       V

SEANPAUL REYES

_____

POLICE OFFICER JONATHAN ORTEGA SAYS THAT ON OR ABOUT JUNE 01,2023 AT
APPROXIMATELY 11:15 AM AT 1000 SUTTER AVENUE COUNTY OF KINGS, STATE OF NEW YORK,

THE DEFENDANT COMMITTED THE OFFENSE(S) OF:

| | |
|---|---|
| PL 195.05 | OBSTRUCTING GOVERNMENTAL ADMINISTRATION IN THE SECOND DEGREE |
| PL 140.10(A) | CRIMINAL TRESPASS IN THE THIRD DEGREE |
| PL 140.05 | TRESPASS |

IN THAT THE DEFENDANT DID:

KNOWINGLY ENTER OR REMAIN UNLAWFULLY IN OR UPON PREMISES; KNOWINGLY ENTER OR REMAIN UNLAWFULLY IN A BUILDING OR UPON REAL PROPERTY WHICH WAS FENCED OR OTHERWISE ENCLOSED IN A MANNER DESIGNED TO EXCLUDE INTRUDERS; INTENTIONALLY OBSTRUCT, IMPAIR OR PERVERT THE ADMINISTRATION OF LAW OR OTHER GOVERNMENTAL FUNCTION OR PREVENT OR ATTEMPT TO PREVENT A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION, BY MEANS OF INTIMIDATION, PHYSICAL FORCE OR INTERFERENCE, OR BY MEANS OF ANY INDEPENDENTLY UNLAWFUL ACT, OR BY MEANS OF INTERFERING, WHETHER OR NOT PHYSICAL FORCE IS INVOLVED, WITH RADIO, TELEPHONE, TELEVISION OR OTHER TELECOMMUNICATIONS SYSTEMS OWNED OR OPERATED BY THE STATE, OR A COUNTY, CITY, TOWN, VILLAGE, FIRE DISTRICT OR EMERGENCY MEDICAL SERVICE OR BY MEANS OF RELEASING A DANGEROUS ANIMAL UNDER CIRCUMSTANCES EVINCING THE DEFENDANT'S INTENT THAT THE ANIMAL OBSTRUCT GOVERNMENTAL ADMINISTRATION.

THE SOURCE OF DEPONENT'S INFORMATION AND THE GROUNDS FOR DEPONENT'S BELIEF ARE AS FOLLOWS:


THE DEPONENT STATES, THAT DEPONENT WAS PERFORMING DEPONENT'S OFFICIAL DUTIES IN THAT DEPONENT WAS WORKING INSIDE OF THE 075 COMMAND AND THE DEPONENT OBSERVED THE DEFENDANT VIDEO RECORDING WITHIN THE POLICE STATION AND THE DEPONENT ASKED THE DEFENDANT TO STOP VIDEO RECORDING WITH THE DEFENDANT'S CELLPHONE, TRIPOD, MICROPHONE, AND A SMARTWATCH AND DEFENDANT CONTINUED TO VIDEO RECORD AND REFUSED TO COMPLY AND THEN THE DEPONENT ASKED THE DEFENDANT TO LEAVE THE POLICE STATION WHEREUPON DEFENDANT STATED IN SUM AND SUBSTANCE, I HAVE A RIGHT TO BE INSIDE AND YOU CAN'T KEEP ME OUT AND THEN THE DEPONENT ESCORTED THE DEFENDANT OUT OF THE POLICE STATION WHILE THE DEFENDANT PREVENTED THE DOORS FROM CLOSING AND UPON THE DEFENDANT EXITING THE POLICE STATION THE DEPONENT TOLD THE DEFENDANT IF THE DEFENDANT REENTERS THE POLICE STATION THE DEFENDANT WOULD BE ARRESTED FOR TRESPASSING AND SUBSQUENTLY THE DEFENDANT REENTERED THE POLICE STATION AND STARTED TO VIDEO RECORD AND THE DEPONENT ARRESTED THE DEFENDANT.

THE DEPONENT FURTHER STATES THAT THE DEPONENT IS THE CUSTODIAN OF THE ABOVE-DESCRIBED DWELLING AND DEFENDANT DID NOT HAVE PERMISSION OR AUTHORITY TO ENTER OR REMAIN THEREIN.


                       FALSE STATEMENTS MADE IN THIS DOCUMENT ARE
                       PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT
                       TO SECTION 210.45 OF THE PENAL LAW.

    6/1/23                                [signature]
_____          _____
    DATE                                SIGNATURE

At a term of the Kings Criminal Court, County of Kings, at the Courthouse at 120 Schermerhorn St., Brooklyn, NY 11201, State of New York

PRESENT:

PEOPLE OF THE STATE OF NEW YORK
    - against -
SEANPAUL REYES,
Defendant

**ORDER OF PROTECTION**
Non-Family Offense - C.P.L. 530.13[1]
(Not involving victims of domestic violence)
☐ Youthful Offender (check if applicable)
Part: _____  Case No.: _____

**Charges:** PL 140.05 00 V Trespass, PL 140.10 0A BM Crim Trespass 3rd:Enclsd Prop

[Check box]:  ☐ Ex Parte  ☒ Defendant Present In Court

DOB: 03/28/1991

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND CONTINUES IN EFFECT UNTIL A NEW DATE SET BY THE COURT.

☒ **TEMPORARY ORDER OF PROTECTION** - Whereas good cause has been shown for the issuance of a temporary order of protection [as a condition of: ☐ recognizance  ☐ release on bail  ☐ adjournment in contemplation of dismissal]

☐ **ORDER OF PROTECTION** - Whereas defendant has been convicted of [specify crime or violation]: _____

And the Court having made a determination in accordance with section 530.13 of the Criminal Procedure Law,

IT IS HEREBY ORDERED that the above-named defendant SEANPAUL REYES (DOB: 03/28/1991) observe the following conditions of behavior:
[Check applicable paragraphs and subparagraphs]:

- ☒ Stay away from  ☒ FRANKLYN GUAMAN;
  - ☒ the home of FRANKLYN GUAMAN;
  - ☒ the school of FRANKLYN GUAMAN;
  - ☒ the business of FRANKLYN GUAMAN;
  - ☒ the place of employment of FRANKLYN GUAMAN;
  - ☐ other _____
- ☒ Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or any other means to FRANKLYN GUAMAN;
- ☒ Refrain from harassing, intimidating, threatening or otherwise interfering with the victim or victims of, or designated witnesses to alleged offense and such members of the family or household of such victim(s) or witness(es) as shall be specifically named FRANKLYN GUAMAN;
- ☐ Refrain from intentionally injuring or killing without justification the following companion animal(s) (pet(s))[specify type(s) and available, name(s)]: _____
- ☒ Surrender any and all handguns, pistols, revolvers, rifles, shotguns and other firearms owned or possessed, including, but not limited to the following: ANY AND ALL and do not obtain any further guns or other firearms. Such surrender shall take place immediately in no event later than IMMEDIATELY at AT THE LOCAL POLICE PRECINCT;
- ☒ Specify other conditions defendant must observe for the purposes of protection: NO THIRD PARTY CONTACT;
- ☒ Specify other conditions defendant must observe for the purposes of protection: Refrain from assault, stalking, harassment, aggravated harassment, menacing, reckless endangerment, strangulation, criminal obstruction of breathing or circulation, disorderly conduct, criminal mischief, sexual abuse, sexual misconduct, forcible touching, intimidation, threats, identity theft, grand larceny, coercion, unlawful dissemination or publication of intimate image(s) or any criminal offense;
- ☒ Specify other conditions defendant must observe for the purposes of protection: REFRAIN FROM REMOTELY CONTROLLING, MONITORING OR OTHERWISE INTERFERING WITH ANY ELECTRONIC DEVICE OR OTHER OBJECT AFFECTING THE HOME, VEHICLE OR PROPERTY OF THE PROTECTED PERSON(S) BY CONNECTION THROUGH ANY MEANS, INCLUDING, BUT NOT LIMITED TO, THE INTERNET, BLUETOOTH, A WIRED OR WIRELESS NETWORK, OR OTHER WIRELESS TECHNOLOGY.;

IT IS FURTHER ORDERED that the above-named Defendant's license to carry, possess, repair, sell or otherwise dispose of a firearm or firearms, if any, pursuant to Penal Law §400.00, is hereby ☒ suspended or ☐ revoked (note: final order only), and/or ☒ the Defendant remain ineligible to receive a firearm license during the period of this order. (Check **all** applicable boxes). **NOTE: If this paragraph is checked, a copy of this form must be sent to: New York State Police, Pistol Permit Section, State Campus Building #22, 1220**

IT IS FURTHER ORDERED that this order of protection shall remain in force until and including 12/29/2023, but if you fail to appear in court on this date, the order may be extended and continue in effect until a new date set by the Court.

DATED: 06/01/2023

_____
JUDGE / JUSTICE

- ☒ Defendant advised in Court of issuance and contents of Order.
- ☐ Order to be served by other means [specify]: _____
- ☐ Warrant issued for Defendant
- ☒ Order personally served on Defendant in Court  _____
  (Defendant's signature)
- ☐ ADDITIONAL SERVICE INFORMATION [specify]: _____

**he Criminal Procedure Law provides** that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her spec
all authorize, and in some situations may require, such officer to arrest a defendant who has violated its terms and to bring him or her before the Court to face
thorized by law.
**deral law requires** that this order must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, te
ssession of the United States, if the person against whom the order is sought is an intimate partner of the protected party and has been or will be afforded reasonable n
portunity to be heard in accordance with state law sufficient to protect that person's rights (18 USC §§2265, 2266).
**is a federal crime to:**
cross state lines to violate this order or to stalk, harass or commit domestic violence against an intimate partner or family member;
buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition while this Order remains in effect (Note: there is a limited exception for milita
forcement officers but only while they are on duty); and
buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition after a conviction of a domestic violence-related crime involving the use or attempt
ysical force or a deadly weapon against an intimate partner or family member, even after this Order has expired. (18 U.S.C. §§ 922(g)(8), 922(g)(9), 2261, 2261A, 2262

---

[1] Use this form for non-family offense orders of protection, issued pursuant to CPL §530.13, that are not issued to protect victims of family offenses, intimate partners and family and household member and are not entered onto the statewide domestic violence registry. *See* Exec. L. §221-a(1); CPL §§530.11(1), 530.12(1), 530.13.

| | |
|---|---|
| RI No: NY023033J | Criminal Form 2 |
| rder No: _____ | At a term of the Kings Criminal Court, County of Kings, at the Courthouse at 120 Schermerhorn St., Brooklyn, NY 11201, State of New York |
| YSID No: 11971949K | |
| JTN No: _____ | |

**ORDER OF PROTECTION**
Non-Family Offense - C.P.L. 530.13[1]
(Not involving victims of domestic violence)

RESENT: _____

EOPLE OF THE STATE OF NEW YORK
      - against -

EANPAUL REYES,
efendant

☐ Youthful Offender (check if applicable)
Part: _____   Case No.: _____

**Charges:** PL 140.05 00 V Trespass, PL 140.10 0A BM Crim Trespass 3rd:Enclsd Prop

OB: 03/28/1991

[Check box]:   ☐ Ex Parte   ☒ Defendant Present In C

OTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION, WHIC
ESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROT
ND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AN
ONTINUES IN EFFECT UNTIL A NEW DATE SET BY THE COURT.

☒ **TEMPORARY ORDER OF PROTECTION** - Whereas good cause has been shown for the issuance of a temporary order of pro
as a condition of: ☐ recognizance ☐ release on bail ☐ adjournment in contemplation of dismissal]
☐ **ORDER OF PROTECTION** - Whereas defendant has been convicted of [specify crime or violation]: _____

And the Court having made a determination in accordance with section 530.13 of the Criminal Procedure Law,

T IS HEREBY ORDERED that the above-named defendant SEANPAUL REYES (DOB: 03/28/1991) observe the following conditi
ehavior:
Check applicable paragraphs and subparagraphs]:

☒ Stay away from   ☒ JONATHAN ORTEGA;

    ☒ the home of JONATHAN ORTEGA;

    ☒ the school of JONATHAN ORTEGA;

    ☒ the business of JONATHAN ORTEGA;

    ☒ the place of employment of JONATHAN ORTEGA;

    ☐ other _____

☒ Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or any other means
JONATHAN ORTEGA;
☒ Refrain from harassing, intimidating, threatening or otherwise interfering with the victim or victims of, or designated witnesses
alleged offense and such members of the family or household of such victim(s) or witness(es) as shall be specifically named
JONATHAN ORTEGA;
☐ Refrain from intentionally injuring or killing without justification the following companion animal(s) (pet(s))[specify type(s) an
available, name(s)]: _____
☒ Surrender any and all handguns, pistols, revolvers, rifles, shotguns and other firearms owned or possessed, including, but not li
the following: ANY AND ALL and do not obtain any further guns or other firearms. Such surrender shall take place immediate
in no event later than IMMEDIATELY at AT THE LOCAL POLICE PRECINCT.;
☒ Specify other conditions defendant must observe for the purposes of protection: REFRAIN FROM REMOTELY CONTROLLI
MONITORING OR OTHERWISE INTERFERING WITH ANY ELECTRONIC DEVICE OR OTHER OBJECT AFFECTING
HOME, VEHICLE OR PROPERTY OF THE PROTECTED PERSON(S) BY CONNECTION THROUGH ANY MEANS,
INCLUDING, BUT NOT LIMITED TO, THE INTERNET, BLUETOOTH, A WIRED OR WIRELESS NETWORK, OR OTH
WIRELESS TECHNOLOGY.;
☒ Specify other conditions defendant must observe for the purposes of protection: Refrain from assault, stalking, harassment, aggr
harassment, menacing, reckless endangerment, strangulation, criminal obstruction of breathing or circulation, disorderly conduc
criminal mischief, sexual abuse, sexual misconduct, forcible touching, intimidation, threats, identity theft, grand larceny, coerci
unlawful dissemination or publication of intimate image(s) or any criminal offense;
☒ Specify other conditions defendant must observe for the purposes of protection: NO THIRD PARTY CONTACT;

T IS FURTHER ORDERED that the above-named Defendant's license to carry, possess, repair, sell or otherwise dispose of a firearm
rearms, if any, pursuant to Penal Law §400.00, is hereby ☒ suspended or ☐ revoked (note: final order only), and/or ☒ the Defendan
main ineligible to receive a firearm license during the period of this order. (Check **all** applicable boxes).**NOTE: If this paragraph is
hecked, a copy of this form must be sent to: New York State Police, Pistol Permit Section, State Campus Building #22, 1220

T IS FURTHER ORDERED that this order of protection shall remain in force until and including 12/29/2023, but if you fail to a
court on this date, the order may be extended and continue in effect until a new date set by the Court.

ATED: 06/01/2023

_____
JUDGE / JUSTICE

☒ Defendant advised in Court of issuance and contents of Order.
☐ **Order to be served by other means [specify]:** _____
☐ Warrant issued for Defendant
☒ Order personally served on Defendant in Court  _____
                                                     (Defendant's signature)
☐ ADDITIONAL SERVICE INFORMATION [specify]: _____

**he Criminal Procedure Law provides** that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her spec
all authorize, and in some situations may require, such officer to arrest a defendant who has violated its terms and to bring him or her before the Court to face
thorized by law.
**deral law requires** that this order must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, te
ssession of the United States, if the person against whom the order is sought is an intimate partner of the protected party and has been or will be afforded reasonable n
portunity to be heard in accordance with state law sufficient to protect that person's rights (18 USC §§2265, 2266).
**is a federal crime to:**
cross state lines to violate this order or to stalk, harass or commit domestic violence against an intimate partner or family member;
buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition while this Order remains in effect (Note: there is a limited exception for milita
forcement officers but only while they are on duty); and
buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition after a conviction of a domestic violence-related crime involving the use or attempt
ysical force or a deadly weapon against an intimate partner or family member, even after this Order has expired. (18 U.S.C. §§ 922(g)(8), 922(g)(9), 2261, 2261A, 226

---

[1] Use this form for non-family offense orders of protection, issued pursuant to CPL §530.13, that are not issued to protect victims of family offenses, intimate partners and family and household member and are not entered onto the statewide domestic violence registry. *See* Exec. L. §221-a(1); CPL §§530.11(1), 530.12(1), 530.13.

I.    PLEASE TAKE NOTICE that, pursuant to Criminal Procedure Law §250.20, the District Attorney hereby demands that if the defendant intends to offer a trial defense that at the time of the commission of the crime charged the defendant was at some place or places other than the scene of the crime, and to call witnesses in support of such a defense the defendant must, within eight days of service of the demand, serve upon the people and file a copy thereof with the court, a "notice of alibi," reciting (a) the place or places where the defendant claims to have been at the time in question, and (b) the names, the residential addresses, the places of employment and the addresses thereof of every such alibi witness upon whom the defendant intends to rely.

II.   PLEASE TAKE NOTICE that pursuant to CPL article 255, the defendant must make all pre-trial motions generally within forty-five days after arraignment and before commencement of trial. Upon expiration of the applicable period within which defendant must make pre-trial motions, the People will move the court to preclude any pre-trial motions made thereafter.

-3-

ECAB-22A



## OFFICE OF THE DISTRICT ATTORNEY, KINGS COUNTY

RENAISSANCE PLAZA at 350 JAY STREET
BROOKLYN, N.Y. 11201-2908
(718) 250-2000

**ERIC GONZALEZ**
*District Attorney*

---

THE PEOPLE OF THE STATE OF NEW YORK

- against -

**REYES, SEANPAUL**          K23627669

Defendant(s)

**NOTICE PURSUANT TO CPL 710.30(1)(a)**

---

    Please take notice that statements in the form noted below were made by the defendant or by a co-defendant a co-defendant to a public servant engaged in law enforcement activity or to a person then acting under the direction of or in cooperation with such a public servant.  Please take further notice that the People intend to offer evidence of the below statement(s) of the defendant(s) on the People's direct case at trial of this action. Any recording, transcription, or memorialization of the statements below, if such exist, will be provided pursuant to CPL § 710.30(1)(a) and CPL 245.

**REYES, SEANPAUL**

    Form of Statement   Oral              Date and Time  06/01/20 11:15      Place    75TH Precinct
    To Whom Made       JONATHAN ORTEGA, shield:1852, CMD:075          Tape No.
    Substance of above statement:
DEFENDANT STATED IN SUM AND SUBSTANCE, I HAVE A RIGHT TO BE INSIDE AND YOU CAN'T KEEP ME OUT.