# Exhibit A

Pursuant to Guideline 1.c. of the Court's Individual Rules and Practices, Plaintiff's counsel will contact chambers to request a link to upload the video file that serves as Exhibit A to Mr. Reyes's declaration.