UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEANPAUL REYES,

                Plaintiff,

-against-

THE CITY OF NEW YORK,

                Defendant.

23-CV-6369 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

      Upon Plaintiff's Memorandum of Law in Support of His Motion for a Preliminary Injunction (ECF No. 7), the Declaration of Andrew Case in Support of Plaintiff's Motion for a Preliminary Injunction (ECF No. 8), the Declaration of SeanPaul Reyes in Support of Plaintiff's Motion for a Preliminary Injunction (ECF No. 9) and the Complaint (ECF No. 1), IT IS HEREBY ORDERED that the above-named Defendant show cause before this Court on **August 24, 2023 at 11:00 a.m.** why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining, during the pendency of this action, (1) the NYPD from enforcing the Trespass Policy, as set forth in NYPD Patrol Guide Procedure 203-29(7) and NYPD Administrative Guide Procedure 304-21(7); and requiring (2) the NYPD remove the signs in precincts setting forth the Trespass Policy. The conference will be held in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

      IT IS FURTHER ORDERED that on or before **August 14, 2023,** Defendant shall file any papers they wish to file in opposition to Plaintiff's Motion for a Preliminary Injunction. On or before **August 21, 2023,** Plaintiff shall file any papers he wishes to file in reply to Defendant's Opposition to Plaintiff's Motion for a Preliminary Injunction.

IT IS FURTHER ORDERED that a copy of this Order, together with the papers upon which it is granted, be served upon counsel for Defendant on or before **July 31, 2023**, with proof of service filed on the docket.

Dated: July 26, 2023
       New York, New York

                                          SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge