UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ATTORNEY(S) LATINO JUSTICE
475 RIVERSIDE DRIVE # 1901 NEW YORK, NY 10115 | PH: (212) 739-7574

Index Number: 1:23-CV-06369-JGLC

Court Date: 08/24/2023

SEANPAUL REYES

Plaintiff

vs

THE CITY OF NEW YORK

Defendant

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE**

CHRISTOPHER J. KLEIN  , being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **7/27/2023**, at **4:25 PM** at **100 CHURCH STREET ATTN: MESSENGER CENTER, NEW YORK, NY 10007**, Deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT, ORDER AND EXHIBITS** . On: **CITY OF NEW YORK - C/O SYLVIA HINDS-RADIX, CORPORATION COUNSEL**, Defendant therein named, ( hereinafter referred to as "subject").

By delivering to and leaving with **Sarah Jean-Charles**  said individual to be **Authorized Agent** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity/Partnership. A description of Sarah Jean-Charles  is as follows:

**Sex**: Female    **Color of skin**: Black    **Color of hair:** Brown    **Age**: 30
**Height**: 5ft4in-5ft8in    **Weight**: 100-130 Lbs.  **Other** : Glasses

Sworn to before me on July 28, 2023

Joseph Knight
Notary Public - State of New York
No. 01KN6178241
Qualified in New York County
My Commission Expires 11/26/23



Client's File No.:

Process Server, Please Sign
CHRISTOPHER J. KLEIN

Lic#  1188546
Job #: 2342400

*INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*
*UNITED PROCESS SERVICE*