Case 1:23-cv-06369-JGLC   Document 13   Filed 08/15/23   Page 1 of 2



| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **MARY O'FLYNN**<br>*Deputy Chief*<br>*Special Federal Litigation*<br>moflynn@law.nyc.gov<br>Phone: (212) 356-2352 |

August 15, 2023

**By ECF**
The Honorable Jessica G.L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    <u>SeanPaul Reyes v. City of New York</u> 23CV06369 (JGLC)

Your Honor:

      I am a Deputy Chief in the Special Federal Litigation Division in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York. I write on behalf of the City first, to respectfully apologize for the late nature of the request and second to seek a one week enlargement of the current deadlines in the case. I have conferred with plaintiff's counsel Andrew Case, Esq. who does not object to this request.

      By way of background it appears the Summons, a copy of the Court's Order of July 26, 2023, the complaint and exhibits which included plaintiff's motion for a preliminary injunction were all served on our office on July 27, 2023. They were served in one package and not as separate documents. Due to an oversight, our communications unit who receives and dockets all incoming correspondence labeled the package as a new case and not as a new case with a preliminary injunction. It was not until yesterday when I was in the process of assigning the case that I discovered there was a motion for a preliminary injunction and that several deadlines had already been set in the case. I immediately reached out to counsel to seek his consent to an enlargement of time. Counsel and his client do not object to an enlargement of any of the deadlines up to seven days.

      Accordingly, defendant City seeks a one week enlargement of the following deadlines:

- August 14, 2023 (nunc pro tunc) enlargement until August 21, 2023 for City to file an opposition to plaintiff's motion for a preliminary injunction.

- August 17, 2023 enlargement until August 24th to answer or otherwise respond to the complaint.

- August 21, 2023 enlargement until August 28, 2023 for plaintiff to file any reply to defendant's opposition.

- August 24, 2023 enlargement until August 31, 2023 for the order to show cause hearing.

We sincerely apologize for the oversight and respectfully request the Court grant the within requests.

Respectfully submitted,

*Mary O'Flynn*

Mary O'Flynn
Deputy Chief
Special Federal Litigation Division