IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SeanPaul Reyes,<br><br>                      *Plaintiff*,<br><br>v.<br><br>THE CITY OF NEW YORK,<br><br>                      *Defendant*. | Case No. 23-cv-6369 |

PLEASE TAKE NOTICE that Meena Roldán Oberdick, attorney at LatinoJustice PRLDEF, who is a member in good standing of the bar of this Court, hereby files her Notice of Appearance as counsel for the above-named plaintiff in the above action. The undersigned requests that copies of all papers and notices in the above-captioned action be served upon her at the e-mail address shown in the signature block below.

Dated: August 15, 2023
      New York, NY

                                                  Respectfully submitted,

                                                  By: */s/ Meena Roldán Oberdick*
                                                  Meena Roldan Oberdick (MO9115)
                                                  **LatinoJustice PRLDEF**
                                                  475 Riverside Drive, Suite 1901
                                                  New York, NY 10115
                                                  (212) 256-1910
                                                  moberdick@latinojustice.org
                                                  *Attorney for Plaintiffs*