UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

SEANJOHN REYES,

                                              Plaintiff,

                          **NOTICE OF APPEARANCE**

       -against-

                          23-CV-06369 (JGLC)

THE CITY OF NEW YORK,

                                            Defendants.

------------------------------------------------------------------------x

       **PLEASE TAKE NOTICE** that **GREGORY MUSSO**, Senior Counsel, hereby appears as counsel of record on behalf of the Office of the Hon. O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendant City of New York. All papers and Electronic Case Filing notifications in this action should be served upon the undersigned at the address stated below.

       I certify that I am admitted to practice before this Court.

Dated:  New York, New York
           August 18, 2023

                                         HON. SYLVIA O. HINDS-RADIX
                                         Corporation Counsel of the City of New York
                                         *Attorney for Defendant City of New York.*
                                         100 Church Street
                                         New York, New York 10007
                                         Office: (212) 356-3159

                                      By:  *Gregory Musso*
                                                  Gregory Musso
                                                  *Senior Counsel*

cc:    **Via ECF**
        *All attorneys of record*