UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

SEANJOHN REYES,

                              Plaintiff,

               -against-

THE CITY OF NEW YORK,

                             Defendants.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

23-CV-06369 (JGLC)

      **PLEASE TAKE NOTICE** that **GREGORY MUSSO**, Senior Counsel, hereby appears as counsel of record on behalf of the Office of the Hon. O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendant City of New York. All papers and Electronic Case Filing notifications in this action should be served upon the undersigned at the address stated below.

      I certify that I am admitted to practice before this Court.

Dated:  New York, New York
          August 18, 2023

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the City of New York
*Attorney for Defendant City of New York.*
100 Church Street
New York, New York 10007
Office: (212) 356-3159

By:  *Gregory Musso*
       Gregory Musso
       *Senior Counsel*

Application GRANTED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: August 18, 2023
       New York, New York

cc:   **Via ECF**
       *All attorneys of record*