# EXHIBIT B

Deputy Jackson,

I would like to sincerely apologize to you for the incident that occured the night of May 5th 2021. After careful reflection of the events that transpired, I now see that my actions were misguided. I want you to know that I take full responsibility for those actions. I fully understand your response to my actions that night. I now realize that a traffic stop presents a safety concern for law enforcement and that you have a responsibility to secure said traffic stop. I can see now you didn't violate my 1st Amendment rights, as you offered for me to film from another location nearby. I also would like to apologize for any collateral consequences that have negatively affected your family. I can promise you that never was my intention or desired outcome. I want you to know that I am a true believer in our constitutional rights that are afforded to us in this great country that we both love. I believe they should be appreciated everyday. I can now see that If I had simply moved to another location this all could have been avoided. I am a big believer in accountability and I accept that I should have made better choices. My goal with my platform is to bridge the gap between law enforcement and the public, not lengthen it. I understand my behavior did not bridge that gap. But I write this letter with the intention and hope that I may right the wrong and begin to bridge that gap once again. I will never stop peacefully exercising my constitutional rights, but going forward I will do so In a way that does not put the safety of law enforcement or the public at risk. That is not why I do what I do. My intention is to limit risk through accountability and transparency. Lastly, I appreciate the fact that you are in agreement to resolve this case by way of diversion. It shows that you as well are trying to bridge that gap and I truly appreciate it. Stay safe out there and God bless.

SeanPaul Reyes

*[signature]*