EXHIBIT C

# New York State Unified Court System

## WebCriminal

## Case Details - Summary

**CASE INFORMATION**

| | |
|---|---|
| Court: | **Kings Criminal Court** |
| Case #: | **CR-019322-23KN** |
| Defendant: | **Reyes, Seanpaul** |

**Defendant**

| | |
|---|---|
| Name: | **Reyes, Seanpaul** |
| Birth Year: | **1991** |

**Incident and Arrest**

**Incident**

| | |
|---|---|
| Date: | **June 01, 2023** |
| CJTN: | **70325787K** |

**Arrest**

| | |
|---|---|
| Date: | **June 01, 2023** |
| Arrest #: | **K23627669** |

**Officer**

| | |
|---|---|
| Agency: | **NYCPD PCT 075** |
| Command: | **75** |

**Attorney Information**

**Defense Attorney**

| | |
|---|---|
| Name: | **Uriel, Jacob** |
| Type: | **Retained Attorney** |
| Address: | **540 COURT ST # 4011 BROOKLYN, New York 11231** |
| Phone: | **(833) 733-4448** |

**Assistant District Attorney**

| | |
|---|---|
| Name: | **Kings County District Attorney** |

**Next Appearance**

| | |
|---|---|
| Date: | **September 20, 2023** |
| Time: | **09:00 AM** |
| Court: | **Kings Criminal Court** |
| Judge: | **Judge, TBD** |
| Part: | **AP3** |