# Exhibit A

# PATROL GUIDE



| Section: Duties and Responsibilities | Procedure No: 202-07 |
|---|---|

## DOMESTIC VIOLENCE PREVENTION OFFICER

| DATE EFFECTIVE: 05/27/21 | LAST REVISION: I.O. 27 | PAGE: 1 of 2 |
|---|---|---|

**DOMESTIC VIOLENCE PREVENTION OFFICER**

1. Perform duty in uniform, unless specifically authorized to do otherwise.
   a. Tours of duty will be set in accordance with command needs.
2. Review **New York State Domestic Incident Reports (DCJS-3221)**.
   a. Forward copy of **New York State Domestic Incident Report** to precinct detective squad for incidents occuring within command.
3. Review each tour's ICAD history of dispatched jobs and ensure that a **New York State Domestic Incident Report** has been prepared for all assignments in which a 10-90F1, 10-90F2, 10-90J1, 10-90J2, 10-92F, 10-92J, 10-93F, or 10-93J radio code disposition has been given.
4. Identify and monitor locations and victims requiring special attention by utilizing information obtained from all available sources (including all members of the household who may be at risk).
   a. Enter all persons/families listed on the command High Propensity List (HPL) and Child At Risk List (CAR) into the Domestic Violence Information Management System (DVIMS).
   b. Update the online HPL information regularly.
5. Maintain contact with complainants for incidents occuring within command (e.g., telephone calls, home visits, or interviews at the command, depending on the complainant's needs and preferences) and document all contact attempts in DVIMS.
   a. Use caution when attempting to contact victims so as not to alert the alleged offender of police intervention.
6. Confer with the precinct detective squad or Special Victims Squad investigator concerned before contacting victims whose open complaints have been referred to either squad to avoid compromising ongoing investigations.
7. Notify Communications Section, prior to conducting a family/home visit, by utilizing radio code "10-75F" and give the address, and if applicable, the apartment number of the visit.
8. Effect summary arrests in adherence with *P.G. 208-36, "Family Offenses/Domestic Violence,"* if during the course of a home visit, interview, etc., a wanted offender is present.
   a. Review the automated computer warrant check on individuals identified on the **New York State Domestic Incident Report** through DVIMS, prior to conducting a home visit, interview, etc.
9. Document any visits to domestic violence victim(s), and/or offender(s), as follows:
   a. Record home visits (successful or unsuccessful) in the Finest Online Records Management System's (FORMS) Home Visit tab
   b. Submit completed Home Visit reports for supervisor review through FORMS.

**NEW • YORK • CITY • POLICE • DEPARTMENT**

# PATROL GUIDE

| PROCEDURE NUMBER: | DATE EFFECTIVE: | LAST REVISION: | PAGE: |
|---|---|---|---|
| 202-07 | 05/27/21 | I.O. 27 | 2 of 2 |

| | | |
|---|---|---|
| *NOTE* | | *Once approved, Home Visit reports will automatically populate in the appropriate DVIMS case.* |
| **DOMESTIC VIOLENCE PREVENTION OFFICER (continued)** | 10. | Relay information concerning victims or locations requiring special attention to other command personnel, including the precinct detective squad investigators, neighborhood coordination officers, youth coordination officers, and patrol officers. |
| | 11. | Furnish complainants/victims with information concerning their rights, particularly the Right of Election, providing explanation if necessary. |

        a.    Advise complainants/victims of the availability of Orders of Protection.

        b.    Advise domestic violence victims who have relocated, or are planning to relocate, due to safety concerns that they may be eligible to participate in the New York State Address Confidentiality Program to shield their addresses.

            (1)    Refer victims who wish to participate in the New York State Address Confidentiality Program to the New York State Department of State's website for additional information.

12.    Assist in the serving of Orders of Protection, when requested.

| | |
|---|---|
| *NOTE* | *The above responsibility addresses all Orders of Protection served between Family/Household - Expanded Definition members, NOT the temporary Orders of Protection from Family Court as outlined in P.G. 212-57, "Service of Family Court/Supreme Court Orders of Protection by Uniformed Members of the Service."* |

13.    Advise complainants of the availability of counseling, assistance, and shelter.

| | |
|---|---|
| *ADDITIONAL DATA* | ***DOMESTIC VIOLENCE HOME VISIT CHECKLISTS*** *are potential Rosario material, and must be maintained at the precinct of occurrence. When requested, or if an arrest is effected, the arresting officer must ensure that the Assistant District Attorney is provided with a copy of the* ***DOMESTIC VIOLENCE HOME VISIT CHECKLIST*** *in regard to the incident.* |
| | *Domestic violence prevention officers equipped with a Body-Worn Camera (BWC) will record home visits and other mandatory recording events as per P.G. 212-123, "Use of Body-Worn Cameras." Officers will have the discretion to stop recording upon the request of the victim/witness under certain circumstances. In addition, BWC videos will be "tagged" accordingly (e.g., DV Home Visit, etc.).* |

**NEW • YORK • CITY • POLICE • DEPARTMENT**