# Exhibit B

# PATROL GUIDE



| Section: Duties and Responsibilities | Procedure No: 202-08 |
|---|---|
| **YOUTH COORDINATION OFFICER** ||
| DATE EFFECTIVE: 05/27/21 | LAST REVISION: I.O. 27 | PAGE: 1 of 3 |

**YOUTH COORDINATION OFFICER**

1. Report direct to neighborhood coordination sergeant, and keep informed of all juvenile issues and conditions.
2. Perform duty in uniform and patrol areas frequented by youth.
3. Be equipped with Body-Worn Camera and comply with *P.G. 212-123, "Use of Body-Worn Cameras,"* as appropriate.
4. Perform tours of duty that correspond with youth related crime.
   a. Perform duty for a minimum of four hours during third platoon.
5. Serve as principal liaison for any at risk youth within precinct or police service area of assignment.
   a. Confer with precinct domestic violence prevention officers to identify home conditions that contribute to youth violence, including cases involving child abuse.
6. Maintain close communication, and coordinate with steady sectors, neighborhood coordination officers, domestic violence prevention officers, and field intelligence officers when investigating youth related crime.
7. Develop strategies to address youth crime within command of assignment.
   a. Use community based services, relevant City agencies, and Department units (e.g., Youth Strategies Division, etc.), as necessary.
8. Follow up on all crimes, petty and serious, committed by youths.
   a. Confer regularly with field intelligence officer, precinct detective squad, domestic violence prevention officers, and precinct crime analysis unit regarding youth crime.
   b. Keep apprised of repeat youthful offenders, incidents involving multiple crimes committed by youths, and patterns involving youths.
9. Review arrest notifications received from Juvenile Crime Desk regarding youths residing in precinct or police service area of assignment.
   a. Attempt to involve petty offenders in positive youth groups.
   b. Document investigative steps taken regarding youth crime in Enterprise Case Management System (ECMS), as appropriate.

*NOTE*  *Depending on the severity of the charges, and the youth's history, the Juvenile Crime Desk will provide information that may include Recidivist Tracking and Reporting Database and/or Domain Awareness System (DAS) reports. Youth coordination officers will conduct follow ups on all notifications received, and make conferrals/referrals, as appropriate.*

10. Review **COMPLAINT REPORTS (PD313-152)** involving youth victims and perpetrators daily.
    a. Maintain contact with victims of crime and follow up, as necessary.
11. Review **JUVENILE REPORT SYSTEM WORKSHEETS (PD377-159A)** prepared for youths residing in precinct or police service area, as appropriate.

**NEW • YORK • CITY • POLICE • DEPARTMENT**

# PATROL GUIDE

| PROCEDURE NUMBER: | DATE EFFECTIVE: | LAST REVISION: | PAGE: |
|---|---|---|---|
| 202-08 | 05/27/21 | I.O. 27 | 2 of 3 |

**YOUTH COORDINATION OFFICER (continued)**

12. Contact parents/guardians and warn of offenses committed by their children that resulted in a **YOUTH REFERRAL (PD377-153)**, **ONLINE BOOKING SYSTEM ARREST WORKSHEET (PD244-159)**, or **JUVENILE REPORT SYSTEM WORKSHEET**.
13. Confer with precinct detective squad, domestic violence prevention officer and field intelligence officer prior to visiting youth at home for any purpose, to ensure ongoing investigations will not be compromised.
    a. Ensure Body-Worn Camera is activated during visit.
    b. Notify radio dispatcher using radio code signal 10-75Y prior to youth home visit.
    c. Notify radio dispatcher using radio code signal 10-75Y1 after a successful youth home visit.
    d. Notify radio dispatcher using radio code signal 10-75Y2 after an unsuccessful home visit.
    e. Document details of visit in digital Activity Log and Enterprise Case Management System (ECMS), as needed.

**NOTE**  *Members of the service have the discretion to deactivate Body-Worn Camera upon request of an involved party when it is safe and advisable to do so after consideration of all circumstances, including the requestor's desire for privacy and confidentiality. Recordings are to be tagged accordingly (e.g., youth coordination officer home visit, etc.).*

14. Coordinate, guide, and develop youth programs to foster positive relationships with youth and families.
    a. Identify underutilized public spaces that could be activated or repurposed for youth programs and coordinate with Youth Strategies Division.
15. Visit schools and confer with school principals and school safety personnel to help reduce and prevent violence.
16. Be familiar with current case law governing juvenile arrest processing, in particular, those procedures related to conducting juvenile interviews and interrogations.
17. Collaborate with Administration for Children's Services (ACS), Juvenile Probation, Corporation Counsel, Family Court and District Attorney's Office regarding youth related matters.
    a. Monitor cases involving youth felony offenders ages 16 and 17, and if cases are being adjudicated in Family Court or Criminal Court.
18. Assist juvenile complainants and witnesses with court processes.
19. Serve as an information resource and advise command personnel, parents and community groups on youth matters.
20. Assist in processing runaways, abused children, and those youths requiring shelter, when necessary.

**ADDITIONAL DATA**  Youth coordination officers assigned to precincts that are not patrolled by the Housing Bureau will remain responsible for the duties in this procedure as it relates to youths residing in public housing developments within the precinct.

**NEW • YORK • CITY • POLICE • DEPARTMENT**

# PATROL GUIDE

| PROCEDURE NUMBER: | DATE EFFECTIVE: | LAST REVISION: | PAGE: |
|---|---|---|---|
| 202-08 | 05/27/21 | I.O. 27 | 3 of 3 |

***ADDITIONAL DATA (continued)***

*Furthermore, youth coordination officers will not be utilized as backfill for other precinct assignments (e.g., prisoner transports, hospital posts, etc.), or assigned to details during their regularly scheduled tours of duty without permission of the Police Commissioner, Chief of Department or bureau chief concerned.*

*Youth coordination officers will not ordinarily be assigned juvenile arrests.*



**NEW • YORK • CITY • POLICE • DEPARTMENT**