# Andrew Case

| | |
|---|---|
| **From:** | Andrew Case |
| **Sent:** | Monday, September 25, 2023 7:23 PM |
| **To:** | Musso, Gregory (LAW) |
| **Subject:** | RE: [EXTERNAL] Letter to the Court |

Greag,

Following up on this. I need to file the letter tonight. If you are still looking for a witness can I file this at 8pm and note that you will be notifying the court of your witnesses name later tonight?

Thanks,

Andrew

---

**From:** Musso, Gregory (LAW) <gmusso@law.nyc.gov>
**Sent:** Friday, September 22, 2023 3:25 PM
**To:** Andrew Case <acase@latinojustice.org>
**Subject:** RE: [EXTERNAL] Letter to the Court

I did look but I don't have a name yet for my witness. We've spoken to NYPD and we're going to get it. It looks good to me otherwise.

---

**From:** Andrew Case <acase@latinojustice.org>
**Sent:** Friday, September 22, 2023 2:52 PM
**To:** Musso, Gregory (LAW) <gmusso@law.nyc.gov>
**Subject:** [EXTERNAL] Letter to the Court

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

Greg,

Please let me know if you had a chance to look at the draft letter. I am happy to wait until you have a witness name to file but wanted to check if there is anything else that needs revision so we can have it done and turn it quickly once you have you witness secure.

Andrew
**Andrew Case**| Supervising Counsel
(He/Him/His)
D: 212.739.7506



 Charity Navigator Four Star Charity 2023       Candid Platinum Transparency Seal on Guidestar 2023

E-mails from LatinoJustice PRLDEF may contain confidential and privileged materials; they are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attachments. After informing the sender you received the e-mail in error, please delete the e-mail, all attachments, and any copies of them. Thank you.