**MEMO ENDORSED**

September 25, 2023

The Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Via Electronic Filing**

Re: SeanPaul Reyes v. City of New York, 23-cv-06369

Your Honor,

    Plaintiff SeanPaul Reyes submits this letter pursuant to the Court's September 8, 2023 Order (Doc. 22) regarding the preliminary injunction hearing scheduled for September 28 at 10:00 a.m.

    The parties have met and conferred regarding the scope of the hearing and potential witnesses. Defendant's counsel stated that Defendant planned to call a witness but has not identified a witness. Email correspondence between counsel is attached hereto as Exhibit 1.

    Plaintiff SeanPaul Reyes will testify on the topics covered in his declaration in support of the motion (Doc. 9). Plaintiff plans to authenticate the video submitted with that exhibit and seeks guidance on the Court's protocol for playing video.

    The parties believe that the entire hearing (examination and cross-examination of witnesses, oral argument on the motion) should take between 90 and 120 minutes.

Sincerely,

Andrew Case
LatinoJustice PRLDEF

*The parties will have one hour each, which includes the time for witness examinations and closing arguments. The Court will proceed directly with witness testimony and then closings.*

*SO ORDERED.*

*JESSICA G. L. CLARKE*
*United States District Judge*

*Dated: September 26, 2023*
*New York, New York*

**NEW YORK OFFICE** | 475 Riverside Drive, Suite 1901 New York, NY 10115 | D: 212.219.3360 G: 800.328.2322
**SOUTHEAST REGIONAL OFFICE** | 523 West Colonial Drive Orlando, FL 32804 | D: 321.250.2853
**SOUTHWEST REGIONAL OFFICE** | 611 South Congress Ave STE: 450D Congress Square II Austin, TX 78704 | D: 512-649-9129

latinojustice.org

