

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**GREGORY MUSSO**
*Senior Counsel*
Tel.: (212) 356-3159
gmusso@law.nyc.gov

September 27, 2023

**BY ECF**
The Honorable Jessical G.L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *SeanPaul Reyes v. City of New York*, 23 CV 6369 (JGLC)

Your Honor:

      I respectfully write in advance of the hearing scheduled in the above matter for tomorrow morning at 10:00 a.m. Defendant intends to call Capt. Joseph Leone, the Executive Officer of the 75 Precinct, to provide testimony regarding New York Police Department Precinct stationhouses, as well as security concerns therein. Defendant would like the opportunity to play the video submitted by plaintiff and ask questions regarding said video. The undersigned will be emailing the Court a copy of the authorization for electronic devices under separate cover concerning the laptop we seek to use at the hearing. The undersigned will attend the Court's demonstration of video technology tomorrow morning prior to the hearing.

      Thank you for your consideration herein.

Respectfully submitted,

*Gregory Musso*

Gregory Musso
*Senior Counsel*
Special Federal Litigation Division

cc: **By ECF**

Andrew Case, Esq.
*Attorney for plaintiff*