# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of November, two thousand twenty-three.

Before:     Richard J. Sullivan,
      *Circuit Judge.*

_____

SeanPaul Reyes,

   Plaintiff - Appellee,

v.

City of New York,

   Defendant - Appellant.

_____

**ORDER**

Docket No. 23-7640

  Appellant moves for an emergency stay of the district court's November 2, 2023 order which granted a preliminary injunction. The Appellee opposes the motion and moves for leave to file an oversized opposition.

  IT IS HEREBY ORDERED that, to the extent that the Appellant seeks a temporary stay pending review by a three-Judge panel, the motion is GRANTED. Appellant's motion for a stay pending appeal is referred to a three-Judge motions panel. Appellee's motion for leave to file an oversized opposition is GRANTED.

         For the Court:

         Catherine O'Hagan Wolfe,
         Clerk of Court

