**UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

                         **Plaintiff(s),**

                                                                                                  \_\_\_\_\_ **Civ.** _____(\_\_\_)

             **- against -**

                                                                                   **CLERK'S CERTIFICATE
                                                                                       OF DEFAULT**

                        **Defendant(s),**
-------------------------------------------------------------X

        **I, RUBY J. KRAJICK**, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on _____ with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) _____ by personally serving _____, *and proof of service was therefore filed on* _____, *Doc. #(s)* _____. **I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

      _____, 20\_\_\_                                            **RUBY J. KRAJICK
                                                                                Clerk of Court**

                                                                               **By:** _____
                                                                                          **Deputy Clerk**