# Andrew Case

| | |
|---|---|
| **From:** | Andrew Case |
| **Sent:** | Monday, November 13, 2023 9:37 AM |
| **To:** | Musso, Gregory (LAW) |
| **Cc:** | Meena Oberdick |
| **Subject:** | Re: [EXTERNAL] Reyes v. City of New York |

Greg,

Yes we consent to a late answer so long as it is filed by end of day November 15.

Tomorrow I can meet between 3 and 5.

Thanks,

Andrew

**From:** Musso, Gregory (LAW) <gmusso@law.nyc.gov>
**Date:** Thursday, November 9, 2023 at 3:41 PM
**To:** Andrew Case <acase@latinojustice.org>
**Cc:** Meena Oberdick <moberdick@latinojustice.org>
**Subject:** RE: [EXTERNAL] Reyes v. City of New York

Andrew,

I'm sorry I didn't get back to you about this earlier. Yes, I believe I can have the answer filed for tomorrow. Related to that, I intend to write a letter to the court permitting a late filing of the answer. Would you consent to such a request?

Yes, I can do a conference next week and plan a schedule. How does Tuesday look for you?

-Greg

**From:** Andrew Case <acase@latinojustice.org>
**Sent:** Monday, November 6, 2023 10:37 AM
**To:** Musso, Gregory (LAW) <gmusso@law.nyc.gov>
**Cc:** Meena Oberdick <moberdick@latinojustice.org>
**Subject:** [EXTERNAL] Reyes v. City of New York

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.  Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

Greg,

I hope you had a good weekend. While we have both been focused on the PI hearing, we have let the case itself age a little bit. We need to have our 26(f) conference and get a scheduling order in place to begin discovery. But before we do that, you need to file an answer (which was due in August).

1

Can you have an answer on file by Friday so we can have the conference early next week and get a scheduling order in place? Regardless of the stay or the appeal we should turn to the case itself.

Thanks,

Andrew
**Andrew Case**| Supervising Counsel
(He/Him/His)
D: 212.739.7506



 Charity Navigator Four Star Charity 2023      Candid Platinum Transparency Seal on Guidestar 2023

E-mails from LatinoJustice PRLDEF may contain confidential and privileged materials; they are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attachments. After informing the sender you received the e-mail in error, please delete the e-mail, all attachments, and any copies of them. Thank you.