UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SEANPAUL REYES,

                              Plaintiff,

        -against-

THE CITY OF NEW YORK,

                              Defendant.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

23 Civ. 6369 (JGLC)

       **PLEASE TAKE NOTICE** that **ALEXANDRA CORSI**, Senior Counsel, hereby appears as counsel of record on behalf of the Corporation Counsel of the City of New York, the Hon. Sylvia O. Hinds-Radix, attorney for defendant City of New York.

Dated:      New York, New York
             December 20, 2023

                                  HON. SYLVIA O. HINDS-RADIX
                                  Corporation Counsel of the City of New York
                                  *Attorney for Defendant City of New York*
                                  100 Church Street
                                  New York, New York 10007
                                  (212) 356-3545
                                  acorsi@law.nyc.gov

                         By:    */s/ Alexandra Corsi*

                                  Alexandra Corsi
                                  *Senior Counsel*
                                  Special Federal Litigation Division

cc:      **VIA ECF**
          *All counsel of record*