UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SEANPAUL REYES,

                                            Plaintiffs,

-against-

CITY OF NEW YORK,

                                            Defendant.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

23 Civ. 6369 (JGLC)

       **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:       New York, New York
                December 27, 2023

                                            HON. SYLVIA O. HINDS-RADIX
                                            Corporation Counsel of the
                                              City of New York
                                            *Attorney for Defendant City of New York*
                                            100 Church Street
                                            New York, New York 10007
                                            (212) 356-3519

                                      By:    /s/  Mark D. Zuckerman
                                                 MARK D. ZUCKERMAN