UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SEANPAUL REYES,

                                                    Plaintiff,      **NOTICE OF MOTION**

         -against-

CITY OF NEW YORK,                                     **23 CV 6369 (JGLC)**

                                              Defendant.


------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that upon the declaration of Mark D. Zuckerman, dated January 9, 2024 and the exhibits annexed thereto, defendant City of New York's Memorandum of Law dated January 9, 2024; and upon all prior pleadings and proceedings had herein, defendant City of New York will move this Court, before the Hon. Jessica G.L. Clarke, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, at a date and time to be determined, pursuant to Rule 12(c), Fed. R. Civ. P., for judgment on the pleadings and the dismissal of all of plaintiff's claims in his Complaint with prejudice; and for such other and further relief as the Court deems just and proper.

        **PLEASE TAKE FURTHER NOTICE**, that, plaintiff is to serve his opposition papers on the undersigned on or before January 23, 2024; and

        **PLEASE TAKE FURTHER NOTICE** that the moving defendant is to serve its reply papers on or before January 30, 2024.

Dated:        New York, New York
                 January 9, 2024

2

        HON. SYLVIA O. HINDS-RADIX
        Corporation Counsel of the
          City of New York
        Attorney for Defendant City of New York
        100 Church Street, Room 3-133b
        New York, New York 10007
        (212) 356-3519

By:   /s/ Mark D. Zuckerman
       Mark D. Zuckerman
       Senior Counsel