**EXHIBIT A**

**VIDEO TAKEN BY PLAINTIFF**

**(BEING HAND DELIVERED TO CHAMBERS)**