

Lourdes M. Rosado
**President and General Counsel**

January 10, 2024

The Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

<u>**Via ECF**</u>

Re:   *Notice of Intent to File Amended Complaint in Reyes v. City of New York*, 23-cv-6369

Dear Judge Clarke,

Pursuant to Individual Rules and Practices 4(e),[1] Plaintiff SeanPaul Reyes submits this notice of his intent to file an amended complaint by January 22, 2024, the date set forth in the scheduling order. (Doc. 55.)

Sincerely,

  /s/ *Andrew Case*
Andrew Case
LatinoJustice PRLDEF
475 Riverside Drive #1901
New York, NY 10115
212-739-7506

---

[1] While individual practice 4(e) is titled "Motion to Dismiss and Amended Complaints," a 12(c) motion for judgment on the pleadings is evaluated under the same standard. *See Irish Lesbian & Gay Org. v. Giuliani*, 143 F.3d 638 (2d Cir. 1998).

**NEW YORK OFFICE** | 475 Riverside Drive, Suite 1901 New York, NY 10115 | D: 212.219.3360 G: 800.328.2322
**SOUTHEAST REGIONAL OFFICE** | 523 West Colonial Drive Orlando, FL 32804 | D: 321.250.2853
**SOUTHWEST REGIONAL OFFICE** | 611 South Congress Ave STE: 450D Congress Square II Austin, TX 78704 | D: 512-649-9129
latinojustice.org

