

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MARK D. ZUCKERMAN
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

January 11, 2024

**VIA ECF**
The Honorable Jessica G.L. Clarke
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: SeanPaul Reyes v. City of New York, 23 Civ. 6369 (JGLC)

Your Honor:

I am a Senior Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendant City of New York (the "City") in the above-referenced matter. We write to address the ADR issue which plaintiff raises in his submission at Docket 62 herein. Plaintiff's counsel omits that I informed him on January 3, 2024 that the City does not feel that ADR would be productive at this time, but that we could revisit the possibility of ADR later in the case. I did this in anticipation of the required joint letter on this issue which is due on January 18, 2024.

Thank you for your consideration herein.

Respectfully submitted,

/s/  Mark D. Zuckerman

Mark D. Zuckerman
Senior Counsel

cc:     All Counsel (via ECF)