

THE CITY OF NEW YORK

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

January 11, 2024

**<u>VIA ECF</u>**
The Honorable Jessica G.L. Clarke
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: <u>SeanPaul Reyes v. City of New York</u>, 23 Civ. 6369 (JGLC)

Your Honor:

I am a Senior Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendant City of New York (the "City") in the above-referenced matter. We write to respectfully request that attorney Gregory Musso be permitted to withdraw as counsel of record for the City and that he be terminated as counsel for the City on the Docket. Mr. Musso has left the employ of the Law Dep't and will have no further involvement in the defense of this case. Going forward, I will have principal responsibility for the defense of this case on behalf of the City.

Thank you for your consideration herein.

Respectfully submitted,

/s/  Mark D. Zuckerman

Mark D. Zuckerman
Senior Counsel

cc:      All Counsel (via ECF)