

| | THE CITY OF NEW YORK | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MARK D. ZUCKERMAN**<br>Senior Counsel<br>E-mail: mzuckerm@law.nyc.gov<br>Phone: (212) 356-3519<br>Fax: (212) 788-9776 |

January 29, 2024

**VIA ECF**
The Honorable Jessica G.L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:  <u>SeanPaul Reyes v. The City of New York</u>, 23 Civ. 6369 (JGLC)

Your Honor:

        I am a Senior Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendant City of New York (the "City") in the above referenced matter. In accordance with the Court's Order, we write to inform the Court that the City will not be seeking a trial by petit jury or a trial to the court with an advisory jury in accordance with Rule 39(c), Fed. R. Civ. P. based on plaintiff's amended complaint herein.

        Thank you for your consideration herein.

                                  Respectfully submitted,

                                  /s/ Mark D. Zuckerman
                                  Mark D. Zuckerman

cc:      All counsel (via ECF)