UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SEANPAUL REYES,

                                                  Plaintiff,      **NOTICE OF MOTION**

               -against-

CITY OF NEW YORK,                                       21 CV 6369 (JGLC)

                                           Defendant.

------------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that upon the declaration of Mark D. Zuckerman, dated February 5, 2024 and the exhibits annexed thereto, defendant City of New York's Memorandum of Law dated February 5, 2024; and upon all prior pleadings and proceedings had herein, defendant City of New York will move this Court, before the Hon. Jessica G.L. Clarke, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, at a date and time to be determined, pursuant to Rules 12(b)(1) and 12(b)(6), Fed. R. Civ. P., for the dismissal of all of plaintiff's claims in his amended complaint with prejudice; and for such other and further relief as the Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE**, that, plaintiff is to serve his opposition papers on the undersigned on or before February 19, 2024; and

      **PLEASE TAKE FURTHER NOTICE** that the moving defendant is to serve its reply papers on or before February 26, 2024.

Dated:      New York, New York
                 February 5, 2024

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
  City of New York
Attorney for Defendant City of New York
100 Church Street, Room 3-133b
New York, New York 10007
(212) 356-3519


By:    /s/ Mark D. Zuckerman
          Mark D. Zuckerman
          Senior Counsel

2