

**Lourdes M. Rosado**
**President and General Counsel**

February 9, 2024

The Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

**Via ECF**

Re:   *Reyes v. City of New York*, 23-cv-6369

Dear Judge Clarke,

Plaintiff's counsel in the above-referenced matter writes pursuant to Individual Practice 2(e) to request an extension to the deadline to file Plaintiff's opposition to Defendant's pending Motion to Dismiss (Doc. 73). Defendant's counsel has consented to the request and in turn requested a new date for its reply brief, to which Plaintiff has likewise consented. This is Plaintiff's second such request; the first request was for an extension to file a reply in support of his motion for a preliminary injunction, which was granted. (Docs. 21, 22).

Plaintiff requests that the opposition due date be extended from **February 20, 2024** until **February 27, 2024** and that Defendant's deadline for its reply be extended to **March 12, 2024**. The parties have no scheduled appearances in this matter.

Respectfully submitted,

_____/s/ Andrew Case_____
Andrew Case
LatinoJustice PRLDEF
475 Riverside Drive #1901
New York, NY 10115
212-739-7506

> **MEMO ENDORSED**
>
> Application GRANTED. Plaintiff's opposition to the motion to dismiss due **February 27, 2024**; Defendant's reply due **March 12, 2024**.
>
> SO ORDERED.
>
> *Jessica Clarke*
>
> JESSICA G. L. CLARKE
> United States District Judge
>
> Dated: February 12, 2024
>          New York, New York

**NEW YORK OFFICE** | 475 Riverside Drive, Suite 1901 New York, NY 10115 | D: 212.219.3360 G: 800.328.2322
**SOUTHEAST REGIONAL OFFICE** | 523 West Colonial Drive Orlando, FL 32804 | D: 321.250.2853
**SOUTHWEST REGIONAL OFFICE** | 611 South Congress Ave STE: 450D Congress Square II Austin, TX 78704 | D: 512-649-9129

latinojustice.org