

Lourdes M. Rosado
**President and General Counsel**

February 26, 2024

The Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

<u>**Via ECF**</u>

Re:     *Reyes v. City of New York*, 23-cv-6369

Dear Judge Clarke,

　　　Plaintiff's counsel in the above-referenced matter writes pursuant to Individual Practice 2(e) to request an extension to the deadline to file Plaintiff's letter-opposition to Defendant's pending letter-motion to stay discovery (Doc. 78) until **Thursday, February 29**. Defendant's counsel has consented to the request. This is Plaintiff's third request for an extension on consent. Both prior requests were granted. The parties have no scheduled appearances in this matter.

Respectfully submitted,

　　　 /s/ *Andrew Case*
Andrew Case
LatinoJustice PRLDEF
475 Riverside Drive #1901
New York, NY 10115
212-739-7506

