In the United States District Court for the
Southern District of New York

| | |
|---|---|
| SeanPaul Reyes<br>*Plaintiff*<br><br>v.<br><br>The City of New York,<br>*Defendant* | Case No. 23-cv-6369 |

# DECLARATION OF MEENA ROLDÁN OBERDICK IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Pursuant to 28 U.S.C. § 1746, Meena Roldán Oberdick, counsel for Plaintiff SeanPaul Reyes, declares as follows:

1. My name is Meena Roldán Oberdick and I am an Associate Counsel at LatinoJustice PRLDEF; I represent the plaintiff in the above-captioned matter. I make this declaration in opposition to Defendant's Motion to Dismiss (Doc. 75).

2. Attached as **Exhibit 1** is an accurate copy of a Decision and Order in *People v. Reyes*, CR-019322-23KN, issued January 30, 2024.

3. Attached as **Exhibit 2** is the brief submitted by the Kings County District Attorneys' Office in opposition to the motion to dismiss in *People v. Reyes*, CR-019322-23KN.

4. Attached as **Exhibit 3** is a declaration of the New York City Public Advocate, Jumaane D. Williams, submitted in *Rodney v. City of New York,* 22-cv-1445, on November 1, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Dated February 27, 2024, Kings County New York,

 /s/ *Meena Roldán Oberdick*
Meena Roldán Oberdick