

Lourdes M. Rosado
**President and General Counsel**

February 27, 2024

The Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

**Via ECF**

Re:   *Reyes v. City of New York*, 23-cv-6369
      Pursuant to Individual Practices 3(e) and 4(d)

Dear Judge Clarke,

Plaintiff's counsel in the above-referenced matter writes pursuant to Individual Practice 3(e) and 4(d) to request oral argument on Defendant's pending Motion to Dismiss. Undersigned counsel graduated from law school in 2021 and "played a substantial role in drafting the underlying filing." In addition, Plaintiff believes that the Court would benefit from oral argument on the First Amendment issues presented in the opposition that were not discussed at the preliminary injunction hearing and on the Fourth Amendment claim, which was added to the complaint after the preliminary injunction hearing.

Respectfully submitted,

     /s/ *Meena Roldán Oberdick*
Meena Roldán Oberdick
LatinoJustice PRLDEF
475 Riverside Drive #1901
New York, NY 10115
212-256-1910
moberdick@latinojustice.org

**NEW YORK OFFICE** | 475 Riverside Drive, Suite 1901 New York, NY 10115 | D: 212.219.3360 G: 800.328.2322
**SOUTHEAST REGIONAL OFFICE** | 523 West Colonial Drive Orlando, FL 32804 | D: 321.250.2853
**SOUTHWEST REGIONAL OFFICE** | 611 South Congress Ave STE: 450D Congress Square II Austin, TX 78704 | D: 512-649-9129
latinojustice.org

