


**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

February 29, 2024

**VIA ECF**
The Honorable Jessica G.L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: <u>SeanPaul Reyes v. The City of New York</u>, 23 Civ. 6369 (JGLC)

Your Honor:

      I am a Senior Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendant City of New York (the "City") in the above referenced matter. We write jointly with plaintiff's counsel to respectfully request a partial stay of discovery pending the outcome of the City's motion to dismiss.

      Following the filing of the City's motion to dismiss, plaintiff served interrogatories, document requests and requests for admission upon the City. The City served interrogatories and document requests upon plaintiff. Thereafter, the City moved for a stay of all discovery pending the outcome of its motion to dismiss. <u>See</u> Docket 78. Over the last two days, counsel for the parties have spent substantial amounts of time making proposals and counter-proposals to resolve the issues raised by the City's letter motion at Docket 78. The parties have agreed to a partial stay of discovery that we would respectfully request that the Court so-order. The City has agreed to respond to plaintiff's requests for admission by April 5, 2024. The City has agreed to respond to certain interrogatories and document requests of plaintiff by April 5, 2024. Plaintiff has agreed to respond to the City's requests by April 5, 2024. The parties respectfully propose that the remainder of discovery be stayed pending the outcome of the City's motion to dismiss.

      The parties' proposal takes into account a number of factors and is made in the interest of both judicial economy and preserving the parties' resources. The above referenced discovery requests are substantial. The Court's decision on the City's motion to dismiss will almost certainly provide more guidance to the parties as to what issues, if any, will remain in the case and what discovery will be necessary. There is a pending appeal of this Court's preliminary

injunction decision, which will be involve still further work by both sides. Both sides therefore feel that the compromise they have reached on the City's motion for a stay is the best way to proceed.

      Should the Court feel that a conference to discuss these issues would be beneficial, counsel for both sides are of course available.

      Thank you for your consideration herein.

Respectfully submitted,

/s/ Mark D. Zuckerman
Mark D. Zuckerman

cc:    All counsel (via ECF)

Application GRANTED. The parties shall respond to discovery requests as outlined above by April 5, 2024. The remainder of discovery shall be stayed pending the resolution of Defendant's motion to dismiss. The case management conference in this matter, previously scheduled for May 16, 2024 at 10:00 a.m., is adjourned *sine die*, and the parties are no longer required to submit the post-discovery status letter on May 10, 2024. The Clerk of Court is directed to terminate ECF No. 78.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: March 1, 2024
      New York, New York