

| | **THE CITY OF NEW YORK** | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX** <br> *Corporation Counsel* | **LAW DEPARTMENT** <br> 100 CHURCH STREET <br> NEW YORK, NY 10007 | **MARK D. ZUCKERMAN** <br> Senior Counsel <br> E-mail: mzuckerm@law.nyc.gov <br> Phone: (212) 356-3519 <br> Fax: (212) 788-9776 |

March 5, 2024

**VIA ECF**
The Honorable Jessica G.L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:  <u>SeanPaul Reyes v. The City of New York</u>, 23 Civ. 6369 (JGLC)

Your Honor:

        I am a Senior Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendant City of New York in the above referenced matter. I write with the consent of plaintiff's counsel to respectfully request that defendant be permitted to exceed the 10 page limit in its Reply Memorandum of Law in support of its motion to dismiss plaintiff's amended complaint. Defendant respectfully requests permission to submit a 20 page Reply Memorandum of Law. The reason for the request is the multitude of issues raised in plaintiff's Response Memorandum of Law, some which are raised for the first time in this litigation, as well as the complexity of issues raised thereby.

        This is the first such request.

        Thank you for your consideration herein.

        Respectfully submitted,

        /s/ Mark D. Zuckerman
        Mark D. Zuckerman

cc:    All counsel (via ECF)