

Lourdes M. Rosado
**President and General Counsel**

March 15, 2024

The Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

<u>**Via ECF**</u>

Re:   Notice of Second Circuit Order on Stay Motion

Dear Judge Clarke,

    Through undersigned counsel, Plaintiff SeanPaul Reyes provides notice of the attached order issued by the Second Circuit on March 15, 2024. In that order, the Second Circuit lifts the stay on this court's preliminary injunction "to the extent the preliminary injunction applies to Appellee, for whom the preliminary injunction will remain in effect pending further order of this court." (Exhibit 1).

    On November 6, 2023, Defendant proposed "a 48-hour time period to begin such implementation, commencing when the Second Circuit either denies defendant's forthcoming application for an administrative stay or denies defendant's forthcoming application for a stay pending appeal." (Doc. 34). While Plaintiff took no position on that deadline at the time (Doc. 35), Plaintiff has informed Defendant that he will honor that 48-hour time period and will not exercise his rights pursuant to the injunction prior to 12:44 p.m. on Sunday, March 17, 2024. No further stay or modification is necessary.

Sincerely,

  /s/ *Andrew Case*
Andrew Case
LatinoJustice PRLDEF




**NEW YORK OFFICE** | 475 Riverside Drive, Suite 1901 New York, NY 10115 | D: 212.219.3360 G: 800.328.2322
**SOUTHEAST REGIONAL OFFICE** | 523 West Colonial Drive Orlando, FL 32804 | D: 321.250.2853
**SOUTHWEST REGIONAL OFFICE** | 611 South Congress Ave STE: 450D Congress Square II Austin, TX 78704 | D: 512-649-9129
latinojustice.org

475 Riverside Drive #1901
New York, NY 10115
212-739-7506

**NEW YORK OFFICE** | 475 Riverside Drive, Suite 1901 New York, NY 10115 | D: 212.219.3360 G: 800.328.2322
**SOUTHEAST REGIONAL OFFICE** | 523 West Colonial Drive Orlando, FL 32804 | D: 321.250.2853
**SOUTHWEST REGIONAL OFFICE** | 611 South Congress Ave STE: 450D Congress Square II Austin, TX 78704 | D: 512-649-9129

**latinojustice.org**