

Lourdes M. Rosado
**President and General Counsel**

March 16, 2024

The Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

<u>**Via ECF**</u>

Re:    Response to Motion

Dear Judge Clarke,

     Through undersigned counsel, Plaintiff SeanPaul Reyes responds to Defendant's motion that he be required to present government-issued identification in order to exercise his rights under the injunction.

     Plaintiff is perfectly willing to confirm his identity through his public videos. Before recording in a precinct, he agrees that an NYPD officer review a video and confirm that Mr. Reyes is who he says he is. But he does not consent to the specific requirement that he prove his identity through a government-issued identification, based on concerns about requiring government ID to exercise rights.

     Proving his identity through the use of his videos will be more reliable and less intrusive than requiring government ID.

Sincerely,

  /s/ *Andrew Case*
Andrew Case
LatinoJustice PRLDEF
475 Riverside Drive #1901
**NEW YORK OFFICE** | 475 Riverside Drive, Suite 1901 New York, NY 10115 | D: 212.219.3360 G: 800.328.2322
**SOUTHEAST REGIONAL OFFICE** | 523 West Colonial Drive Orlando, FL 32804 | D: 321.250.2853
**SOUTHWEST REGIONAL OFFICE** | 611 South Congress Ave STE: 450D Congress Square II Austin, TX 78704 | D: 512-649-9129

latinojustice.org



New York, NY 10115
212-739-7506

**NEW YORK OFFICE** | 475 Riverside Drive, Suite 1901 New York, NY 10115 | D: 212.219.3360 G: 800.328.2322
**SOUTHEAST REGIONAL OFFICE** | 523 West Colonial Drive Orlando, FL 32804 | D: 321.250.2853
**SOUTHWEST REGIONAL OFFICE** | 611 South Congress Ave STE: 450D Congress Square II Austin, TX 78704 | D: 512-649-9129

**latinojustice.org**