UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SEANPAUL REYES,

                                    Plaintiff,

      -against-

CITY OF NEW YORK,

                                  Defendant.

**DECLARATION OF MARK D. ZUCKERMAN**

**23 CV 6369 (JGLC)**

------------------------------------------------------------------------ x

      **MARK D. ZUCKERMAN,** an attorney duly admitted to practice in the State of New York and the Southern District of New York, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following statements are true and correct:

      1.    I am a Senior Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendant City of New York herein. As such, I am familiar with the facts stated below and submit this declaration to place the relevant information and documents on the record in support of defendant City of New York's reply in support of its motion to dismiss plaintiff's amended complaint pursuant to Rules 12(b)(1) and 12(b)(6), Fed. R. Civ. P.

      2.    Annexed hereto as Exhibit A is a true and exact copy of the NYPD's Patrol Guide section 212-123.

      3.    Annexed hereto as Exhibit B is a true and exact copy of the City Council Transcript of Stated Hearing of March 7, 2018.

      4.    Annexed hereto as Exhibit C is a true and exact copy of a Notice of Appeal in People v. Reyes, CR 019322-23KN.

Dated: New York, New York
March 19, 2024

/s/ Mark D. Zuckerman
Mark D. Zuckerman

[Type text]