1

CITY COUNCIL
CITY OF NEW YORK

------------------------ X

TRANSCRIPT OF THE MINUTES

        Of the

CITY COUNCIL STATED MEETING

------------------------ X

                    March 7, 2018
                    Start:  1:27 p.m.
                    Recess:  2:29 p.m.


HELD AT:          New York City Council Chambers

B E F O R E:      COREY JOHNSON
                  Speaker for the Council

COUNCIL MEMBERS:  Adrienne Adams
                  Alicka Ampry-Samuel
                  Diana Ayala
                  Inez D. Barron
                  Justin Brannan
                  Joe Borelli
                  Fernando Cabrera
                  Margaret S. Chin
                  Andrew Cohen
                  Costa G. Constantinides
                  Robert E. Cornegy, Jr.
                  Laurie A. Cumbo
                  Chaim M. Deutsch
                  Daniel Dromm
                  Rafael L. Espinal, Jr.
                  Mathieu Eugene
                  Vanessa L. Gibson
                  Mark Gjonaj
                  Barry Grodenchik
                  Robert Holden

2

```
               Andy L. King
               Peter A. Koo
               Karen Koslowitz
               Rory I. Lancman
               Brad S. Lander
               Stephen T. Levin
               Mark Levine
               Alan N. Maisel
               Steven Matteo
               Carlos Menchaca
               I. Daneek Miller
               Bill Perkins
               Antonio Reynoso
               Donovan J. Richards
               Ydanis A. Rodriguez
               Deborah L. Rose
               Helen K. Rosenthal
               Ritchie J. Torres
               Rafael Salamanca
               Mark Treyger
               Eric A. Ulrich
               Paul A. Vallone
               James G. Van Bramer
               Jumaane D. Williams
```

A P P E A R A N C E S  (CONTINUED)

Letitia James, Public Advocate

Amit Paley
CEO and Executive Director of Trevor Project


Bishop Dr. Annette Lazarus Rose
Bethesda Healing Center

```
 1   CITY COUNCIL STATED MEETING                      4

 2           Test, test.  This is a recording of the

 3   Stated Meeting of March 7, 2018 and this is being

 4   recorded by Muhammed Arshod[sp] in the New York City

 5   Council Chambers.

 6           SPEAKER JOHNSON:  Could come up as well.

 7   If you have a project, you want to come up front.

 8   Jonathan, if I may have that for a moment.  Thank

 9   you.  I'm not gonna shake your hand because I'm sick,

10   okay.  I'm gonna stay away from everyone.  Come on

11   up, come on up everyone.  Thank you all for being

12   here.  Come on this side too.  Sorry, it's a little

13   slow here today because of the snow but Amit, it's

14   great to have you so the New York City Council is

15   really, really proud, here you go, you may have this,

16   really, really proud to honor the Trevor Project, 20

17   years of serving LGBTQ youth across the country.  It

18   started, of course, in California but with offices in

19   New York and in Los Angeles and as an openly gay man

20   with two other openly gay men who are council members

21   both of whom were very much involved in the LGBT

22   rights movement back when it wasn't so popular and

23   being someone who was suicidal LGBT teenager myself

24   at the age of 16 years old, I am deeply grateful for

25   the work that the Trevor Project does so we are
```

1  CITY COUNCIL STATED MEETING                          5

2  really honored to have you here today.  We are

3  grateful for the work that you all do day in and day

4  out and before I ask you to make some remarks, I want

5  to ask the Clerk to please read the proclamation.

6           CLERK:  Council, City of New York

7  Proclamation.  The New York City Council is proud to

8  honor the Trevor Project for 20 years of

9  extraordinary service and dedication to LGBTQ teen

10  and young adults and

11           Whereas, in 1994 producers Peggy Rajski

12  and Randy Stone saw writer, performer James Lecesne's

13  award winning one man show *Word of Mouth* in which he

14  brought an unforgettable character named Trevor to

15  life convinced Trevor's story would make a wonderful

16  short film.  Mr. Stone and Ms. Rajski invited

17  Mr. Lecesne to adapt it into a screen play.  Set in

18  1981, the film follows what happens to 13 year old

19  Trevor when he realizes that he's gay.  When everyone

20  else finds out as well, he is ostracized and in his

21  despair.  Trevor starts contemplating suicide.

22  Trevor directed Ms. Rajski went on to win many

23  prestigious awards including the Oscar for Best Live

24  Action Short Film and

25

```
 1   CITY COUNCIL STATED MEETING                        6

 2                Whereas, in addition to winning an

 3   Academy Award, the film eventually launched a

 4   national movement.  When Mr. Stone secured an airing

 5   on HBO with Ellen DeGeneres hosting, director

 6   producer Ms. Raski discovered there was no real place

 7   for young people like Trevor to turn when facing

 8   challenges similar to his.  She quickly recruited

 9   mental health experts and figured out how to build

10   the infrastructure necessary for nationwide 24 hour

11   crisis line and writer, James Lecesne secured the

12   funds to start it.  In 1998, the night their funny

13   and moving coming of age story premiered on HBO,

14   these visionary film makers launched the

15   TrevorLifeline, the first national crisis

16   intervention and suicide prevention lifeline for

17   lesbian, gay, bisexual, transgender and questioning

18   youth and

19                Whereas, over the course of the last two

20   decades hundreds of thousands of young people in

21   crisis have reached out to the Trevor Project's

22   multiple in person and on-line lifesaving, life

23   affirming resources, TrevorLifeline, TrevorChat,

24   TrevorSpace, TrevorText and Trevor Education

25   Workshops and,
```

```
 1    CITY COUNCIL STATED MEETING                          7

 2              Whereas, the need for the Trevor Project

 3    is just as great today as it ever has been.  Of all

 4    youth suicides, 33% identify as LGBTQ.  One-third of

 5    all LGBTQ kids report having attempted suicide and 9

 6    out of 10 report overt harassment at school.  The

 7    Trevor Project has a tremendously positive and

 8    lifesaving impact.  It has proven that when young

 9    people feel loved and supported, they gain the

10    strength to live, and

11              Whereas, today the Trevor Project is the

12    premier organization providing crisis intervention

13    and suicide prevention services to LGBTQ teens and

14    young adults in New York and across the nation,

15              Now Therefore Be It Known that the New

16    York City Council is proud to honor the Trevor

17    Project in celebration of its 20th anniversary for

18    extraordinary service to LGBTQ young people and their

19    loved ones and we wish it continued success in the

20    years ahead.  Corey Johnson, Speaker for the entire

21    Council, Daniel Dromm, Chair LGBT Caucus, Council

22    Member 25th District Queens, Ritchie Torres, Council

23    Member 15th District the Bronx, Jimmy Van Bramer,

24    Council Member 26th District Queens, Carlos Menchaca,

25    Council Member 38th District Brooklyn.
```

1  CITY COUNCIL STATED MEETING                    8

2              [Applause]

3              SPEAKER JOHNSON:  Thank the Clerk as

4  always for reading that.  I want to let the folks in

5  the Trevor Project know before I turn it over to

6  Amit, that we are joined by our Public Advocate,

7  Letitia James, Council Member Bill Perkins, as said,

8  Council Member Danny Dromm, Council Member Rafael

9  Salamanca from the Bronx, Council Woman Karen

10 Koslowitz from Queens, Councilman Barry Grodenchik

11 from Queens, Councilman Bob Holden from Queens,

12 Council Member Jimmy Van Bramer from Queens and we

13 are really, sorry, and Council Member Margaret Chin,

14 my neighbor, who represents this district from

15 Manhattan.  I'm really grateful that you are here and

16 congratulations on 20 years so I want to turn it over

17 to Trevor's executive director or CEO?

18             AMIT PALEY:  Both titles.

19             SPEAKER JOHNSON:  Both titles, Amit

20 Paley.

21             AMIT PALEY:  Thank you so much.  I just

22 wanted to say a huge thank you to all of you here in

23 particular.  The Speaker who is battling the flu, for

24 being here, to the entire LGBTQ caucus, to the

25 council members and other elected officials who are

```
1   CITY COUNCIL STATED MEETING                          9

2   here.  Thank you so much for this honor and for

3   recognizing the work that all my colleagues here and

4   across the country do every day on behalf of LGBTQ

5   youth.  We are the world's largest suicide prevention

6   organization for LGBTQ young people but we do a lot

7   in New York City.  I am based in New York as are all

8   my colleagues who are here right now and New York

9   City has really been a model for standing up for

10  LGBTQ young people for decades.  We know that suicide

11  is a public health crisis for LGBTQ youth and yet we

12  also know that it is preventable and that there is a

13  lot that we can do to help LGBTQ young people and

14  that's how we're so excited to partner with the City

15  hopefully this year to really expand our presence in

16  New York City even further and to really make New

17  York City a model, first in the nation example of

18  comprehensive suicide prevention for LGBTQ youth so

19  thank you for having us here and thank you for all

20  that you do for LGBTQ people.

21            [Applause]

22            SPEAKER JOHNSON:  Thank you very much.

23  Thank you and a big round of applause to all the

24  staff of the Trevor Project for all their hard work

25  as well and let's get a photo together.
```

1  CITY COUNCIL STATED MEETING                    10

2                [pause]

3                CLERK:  Ladies and Gentlemen, can I have

4  your attention pleases.  Can I please have your

5  attention.  At this time, at this time, please place

6  all electronic devices to vibrate, all electronic

7  devices to vibrate.  Will all non-council employees,

8  non-council employees please leave the main floor of

9  the Chambers.  Thank you.  Madam Public Advocate.

10               PUBLIC ADVOCATE JAMES:  Please take your

11 seats.  Please close the back doors.  Quiet in the

12 Chambers please.  Everyone please take your seat.

13 All rise for the pledge of allegiance.

14               ALL:  I pledge allegiance to the flag of

15 the United States of America and to the Republic for

16 which it stands, one nation under God, indivisible,

17 with liberty and justice for all.

18               PUBLIC ADVOCATE JAMES:  Please be seated.

19 Roll call.  Quiet in the Chambers.

20               CLERK:  Adams?

21               COUNCIL MEMBER ADAMS:  Present.

22               CLERK:  Ampry-Samuel?

23               COUNCIL MEMBER AMPRY-SAMUEL:  Present.

24               CLERK:  Ayala?

25               COUNCIL MEMBER AYALA:  Present.

```
1    CITY COUNCIL STATED MEETING                          11
2              CLERK:  Barron?  Borelli?  Brannan?
3    Cabrera? Chin?
4              COUNCIL MEMBER CHIN:  Here.
5              CLERK:  Cohen?
6              COUNCIL MEMBER COHEN:  Here.
7              CLERK:  Constantinides?
8              COUNCIL MEMBER CONSTANTINIDES:  Here
9              CLERK:  Cornegy?
10             COUNCIL MEMBER CORNEGY:  Here
11             CLERK:  Deutsch?  Diaz?
12             COUNCIL MEMBER DIAZ:  Here.
13             CLERK:  Dromm?
14             COUNCIL MEMBER DROMM:  Here.
15             CLERK:  Espinal?  Eugene?  Gibson?
16             COUNCIL MEMBER GIBSON:  Here.
17             CLERK:  Gjonaj?  Grodenchik?
18             COUNCIL MEMBER GRODENCHIK:  Yes.
19             CLERK:  Holden?
20             COUNCIL MEMBER HOLDEN:  Here.
21             CLERK:  Kallos?  King?  Koo?
22             COUNCIL MEMBER KOO:  Present.
23             CLERK:  Koslowitz?
24             COUNCIL MEMBER KOSLOWITZ:  Here.
25             CLERK:  Lancman?
```

```
 1  CITY COUNCIL STATED MEETING                      12

 2              COUNCIL MEMBER LANCMAN:  Here.

 3              CLERK:  Lander?  Levin?  Levine?  Maisel?

 4  Menchaca?  Brannan?

 5              COUNCIL MEMBER BRANNAN:  Here.

 6              CLERK:  Cornegy?

 7              COUNCIL MEMBER CORNEGY:  The Brooklyn

 8  delegation is still meeting but on behalf of them,

 9  they're all on their way.

10              CLERK:  Thank you.

11              COUNCIL MEMBER CORNEGY:  So you're

12  calling out attendance for my entire delegation who's

13  on its way.

14              CLERK:  Thank you.

15              PUBLIC ADVOCATE JAMES:  So Brooklyn's not

16  in the house?

17              [Laughter]

18              CLERK:  Miller?

19              COUNCIL MEMBER MILLER:  Present.

20              CLERK:  Thank you, three away.

21              PUBLIC ADVOCATE JAMES:  [Laughter]

22              CLERK:  Moya?

23              COUNCIL MEMBER MOYA:  Here.

24              CLERK:  Perkins?

25              COUNCIL MEMBER PERKINS:  Yes.
```

```
 1   CITY COUNCIL STATED MEETING                    13

 2             CLERK:  Powers?

 3             COUNCIL MEMBER POWERS:  Here.

 4             CLERK:  Reynoso?  Richards?

 5             COUNCIL MEMBER RICHARDS:  Present.

 6             CLERK:  Lander?

 7             COUNCIL MEMBER LANDER:  Here.

 8             CLERK:  Rivera?

 9             COUNCIL MEMBER RIVERA:  Present.

10             CLERK:  Menchaca?

11             COUNCIL MEMBER MENCHACA:  Presenta.

12             CLERK:  Rodriguez?

13             COUNCIL MEMBER RODRIGUEZ:  Here.

14             CLERK:  Rose?

15             COUNCIL MEMBER ROSE:  Here.

16             CLERK:  Rosenthal?

17             COUNCIL MEMBER ROSENTHAL:  Here.

18             CLERK:  Salamanca?

19             COUNCIL MEMBER SALAMANCA:  Present.

20             CLERK:  Torres?

21             COUNCIL MEMBER TORRES:  Present.

22             CLERK:  Deutsch?

23             COUNCIL MEMBER DEUTSCH:  Here.

24             CLERK:  Treyger?  Ulrich?

25             COUNCIL MEMBER ULRICH:  Here.
```

1    CITY COUNCIL STATED MEETING                        14

2              CLERK:  Maisel?

3              COUNCIL MEMBER MAISEL:  Here.

4              CLERK:  Vallone?

5              COUNCIL MEMBER VALLONE:  Here.

6              CLERK:  Van Bramer?

7              COUNCIL MEMBER VAN BRAMER:  Here.

8              CLERK:  Williams?  Yeger?  Matteo?

9              COUNCIL MEMBER MATTEO:  Here.

10             CLERK:  Cumbo?

11             COUNCIL MEMBER CUMBO:  Here.

12             CLERK:  Speaker Johnson?

13             SPEAKER JOHNSON:  Here.

14             PUBLIC ADVOCATE JAMES:  Thank you.  I

15   apologize but to maintain quorum today, I cannot

16   grant any early excusals and so I apologize in

17   advance.  Please rise for the invocation.  The

18   invocation will be delivered by Bishop Dr. Annette

19   Lazarus Rose from Bethesda Healing Center at 167 E.

20   98th Street from the Borough of Brooklyn.

21             BISHOP DR. ANNETTE ROSE:  Good afternoon,

22   everyone.  Our Father in heaven we come before you

23   this afternoon with full understanding that you are

24   Lord and we are mere humans.  Baring this in mind, we

25   are committing our ways to you, asking for direction

```
 1    CITY COUNCIL STATED MEETING                          15
 2    as we begin this journey of transacting business on
 3    behalf of the constituents of District 41 in this
 4    great City of New York.  I thank you for all 51
 5    Council Members, the Speaker Mr. Corey Johnson and
 6    our Public Advocate Letitia James, Clergy and all
 7    other New York City officiants present.  Your word
 8    declares in Proverbs 29, verse 2, that when the
 9    righteous are in authority, the people rejoice but
10    when the wicked man rules, the people groan.
11    Heavenly Father, I thank you for Council Woman Alicka
12    Ampry-Samuel because of her love for the people, the
13    people will rejoice.  I pray that you will continue
14    to direct her and her team as they go forth like the
15    daughters of the Loufa[phonetic], may she have the
16    strength and the courage to fight for the rights and
17    the wellbeing of the people of New York, specifically
18    those of Bedford Stuyvesan, Ocean Hill, Brownsville,
19    East Flat Bush, and Crown Heights because of the
20    disparities and injustices meted out for so long.
21    May she always be an agent of change addressing the
22    mental, social and economic injustices that our
23    communities face daily.  May she and her team
24    strategist to build homes in our communities, create
25    programs to further our education and productivity,
```

1    CITY COUNCIL STATED MEETING                        16

2    improve our health and finances ultimately making New

3    York City one of the greatest in this nation to live

4    and Dear God, I ask that those of us who are called

5    to the clergy will do our part to support her vision

6    and participate readily in the upliftment of New York

7    City.  Help her Lord in her effort to practice law in

8    the service of human needs.  This we ask in Christ's

9    name, Amen.

10            PUBLIC ADVOCATE JAMES:  Amen, please be

11   seated.  Quiet in the chambers.  A motion to spread

12   the invocation.  Council Member Ampry-Samuel.

13            COUNCIL MEMBER AMPRY-SAMUEL:  Thank you

14   so much.  That was very emotional for me.  It is an

15   honor for me

16            PUBLIC ADVOCATE JAMES:  Excuse me, quiet

17   in the Chambers.  Thank you.  We apologize Council

18   Member.

19            COUNCIL MEMBER AMPRY-SAMUEL:  It is an

20   honor for me and all the members within the 41st

21   Council District and all the members here in the New

22   York City Council, and in particular the Brownsville

23   community to sit here and witness such an amazing

24   prayer given by Bishop Dr. Annette Lazarus Rose who

25   has her congregation that is just around the corner

1    CITY COUNCIL STATED MEETING                          17

2    from where my mom lives on E. 98th Street and Blake

3    Avenue and I just want to say when we watched that

4    church be built, it turned into a sanctuary for so

5    many families in the Brownsville community, so many

6    families from after school programs to summer

7    programs.  You have done so much for our community

8    and not just as the Bishop and a clergy member but a

9    strong woman, a strong wife, a mother and a

10   grandmother dedicated to our people so I thank you so

11   much for that prayer.  It is again an honor for you

12   to be here and I move that we spread the invocation

13   today.  Thank you.

14            PUBLIC ADVOCATE JAMES:  Thank you.  Bless

15   you Pastor.  Adoption of minutes, Council Member Van

16   Bramer.

17            COUNCIL MEMBER VAN BRAMER:  Motion that

18   the minutes of the stated meeting of January 16, 2018

19   and January 31, 2018 be adopted as printed.

20            PUBLIC ADVOCATE JAMES:  Messages and

21   papers from the Mayor.

22            CLERK:  M19, preliminary Mayor's

23   management report.

24            SPEAKER JOHNSON:  Received, ordered,

25   printed and filed.

```
 1   CITY COUNCIL STATED MEETING                        18
 2               PUBLIC ADVOCATE JAMES:  Communication
 3   from City, County and Borough offices.
 4               CLERK:  M20 and M21, Comptroller reports.
 5               SPEAKER JOHNSON:  Received, ordered,
 6   printed and filed.
 7               PUBLIC ADVOCATE JAMES:  Petitions and
 8   communications.
 9               CLERK:  None.
10               PUBLIC ADVOCATE JAMES:  Land Use call
11   ups.
12               CLERK:  M22 through M26, various
13   applications.
14               SPEAKER JOHNSON:  Coupled on a call up
15   vote.  I'd like to ask for a roll call vote on
16   today's Land Use callus.
17               PUBLIC ADVOCATE JAMES:  And again please
18   be reminded that no early excusals will be granted.
19   I apologize.
20               SPEAKER JOHNSON:  We need to get the hell
21   out of here.
22               PUBLIC ADVOCATE JAMES:  Right, to
23   maintain quorum, another way, to maintain quorum.
24
25
```

```
 1  CITY COUNCIL STATED MEETING                        19
 2              SPEAKER JOHNSON:  Grodenchik, did you
 3  hear me?  We need to get the hell out of here.  No
 4  comment.
 5              [Laughter]
 6              PUBLIC ADVOCATE JAMES:  That's another
 7  way to say it.
 8              SPEAKER JOHNSON:  Roll call vote.
 9              CLERK:  Adams?
10              COUNCIL MEMBER ADAMS:  Aye.
11              CLERK:  Ampry-Samuel?
12              COUNCIL MEMBER AMPRY-SAMUEL:  Aye.
13              CLERK:  Ayala?
14              COUNCIL MEMBER AYALA:  Aye.
15              CLERK:  Barron?
16              COUNCIL MEMBER BARRON:  I vote Aye.
17              CLERK:  Brannan?
18              COUNCIL MEMBER BRANNAN:  Aye.
19              CLERK:  Cabrera? Chin?
20              COUNCIL MEMBER CHIN:  Aye.
21              CLERK:  Cohen?
22              COUNCIL MEMBER COHEN:  Aye.
23              CLERK:  Constantinides?
24              COUNCIL MEMBER CONSTANTINIDES:  Aye.
25
```

```
 1  CITY COUNCIL STATED MEETING                          20
 2            PUBLIC ADVOCATE JAMES:  Did we call
 3  Ampry-Samuel?
 4            CLERK:  Ampry-Samuel?
 5            COUNCIL MEMBER AMPRY-SAMUEL: Aye.
 6            CLERK:  Cornegy?
 7            COUNCIL MEMBER CORNEGY:  Aye.
 8            CLERK:  Deutsch?
 9            COUNCIL MEMBER DEUTSCH:  Aye.
10            CLERK:  Diaz?
11            COUNCIL MEMBER DIAZ:  Aye.
12            CLERK:  Dromm?
13            COUNCIL MEMBER DROMM:  Aye.
14            CLERK:  Espinal?  Eugene?  Gibson?
15            COUNCIL MEMBER GIBSON:  Aye.
16            CLERK:  Gjonaj?  Grodenchik?
17            COUNCIL MEMBER GRODENCHIK:  Aye.
18            CLERK:  Holden?
19            COUNCIL MEMBER HOLDEN:  Aye.
20            CLERK:  King?  Koo?
21            COUNCIL MEMBER KOO:  Aye.
22            CLERK:  Koslowitz?
23            COUNCIL MEMBER KOSLOWITZ:  Aye.
24            CLERK:  Lancman?
25            COUNCIL MEMBER LANCMAN:  Aye.
```

1  CITY COUNCIL STATED MEETING                          21

2              CLERK:  Lander?

3              COUNCIL MEMBER LEVIN:  Aye.

4              CLERK:  Levine?  Maisel?

5              COUNCIL MEMBER MAISEL:  Yes.

6              CLERK:  Menchaca?

7              COUNCIL MEMBER MENCHACA:  Aye.

8              CLERK:  Miller?

9              COUNCIL MEMBER MILLER:  Aye.

10             CLERK:  Moya?

11             COUNCIL MEMBER MOYA:  Aye.

12             CLERK:  Perkins?

13             COUNCIL MEMBER PERKINS:  Aye.

14             CLERK:  Powers?

15             COUNCIL MEMBER POWERS:  Aye.

16             CLERK:  Reynoso?

17             COUNCIL MEMBER REYNOSO:  I vote aye on

18  all.

19             CLERK:  Richards?

20             COUNCIL MEMBER RICHARDS:  Aye.

21             CLERK:  Rivera?

22             COUNCIL MEMBER RIVERA:  Aye.

23             CLERK:  Rodriguez?

24             COUNCIL MEMBER RODRIGUEZ:  Aye.

25             CLERK:  Rose?

```
 1   CITY COUNCIL STATED MEETING                      22

 2              COUNCIL MEMBER ROSE:  Aye.

 3              CLERK:  Rosenthal?

 4              COUNCIL MEMBER ROSENTHAL:  Aye.

 5              CLERK:  Salamanca?

 6              COUNCIL MEMBER SALAMANCA:  Aye.

 7              CLERK:  Torres?

 8              COUNCIL MEMBER TORRES:  Aye.

 9              CLERK:  Treyger?

10              COUNCIL MEMBER TREYGER:  Aye.

11              CLERK:  Ulrich?

12              COUNCIL MEMBER ULRICH:  Aye.

13              CLERK:  Vallone?

14              COUNCIL MEMBER VALLONE:  Aye.

15              CLERK:  Van Bramer?

16              COUNCIL MEMBER VAN BRAMER:  Aye.

17              CLERK:  Williams?

18              COUNCIL MEMBER WILLIAMS:  Aye.

19              CLERK:  Yeger?  Matteo?

20              COUNCIL MEMBER MATTEO:  Aye.

21              CLERK:  Cumbo?

22              COUNCIL MEMBER CUMBO:  Aye.

23              CLERK:  Eugene?

24              COUNCIL MEMBER EUGENE:  [Inaudible]

25              PUBLIC ADVOCATE JAMES:  Is that aye?
```

1    CITY COUNCIL STATED MEETING                          23

2              COUNCIL MEMBER EUGENE:  Yes, aye.

3              PUBLIC ADVOCATE JAMES:  Thank you.

4              CLERK:  Speaker Johnson?

5              SPEAKER JOHNSON:  I vote aye.

6              PUBLIC ADVOCATE JAMES:  Today's land use

7    call ups are adopted by a vote of 43 in the

8    affirmative, 0 in the negative.  All quiet in the

9    Chambers as we now hear from the Speaker Corey

10   Johnson.

11             SPEAKER JOHNSON:  Good afternoon.  I am

12   sick so we're gonna get out of here fast so I can go

13   home and get into bed but I'd first like to welcome

14   the Trevor Project to City Hall today.  I am proud to

15   honor the Trevor Project for 20 years of

16   extraordinary service and dedication to LGBTQ teens

17   and young adults.  As a gay teenager two decades ago,

18   the Trevor Project helped really shape who I am

19   today.  They are the largest suicide prevention

20   organization for LGBT young people in the country and

21   I'm thankful for the work that their staff does.  If

22   we could please give them a round of a hand.  They're

23   up in the balcony and I want to thank…

24             [Applause]

25

1   CITY COUNCIL STATED MEETING                     24

2            SPEAKER JOHNSON:  I also wanted to

3   acknowledge Dillon Casey from the Land Use Division.

4   Dillon's last day is Friday as he'll be moving to

5   California to advocate for fair housing and work on

6   related policy issues.  Dillon's work on behalf of

7   the Council these last three years has been of

8   superior quality and we thank him for his hard work

9   and we wish him all the best in sunny California so I

10  want to thank Dillon.  Is he here?

11           [Applause]

12           SPEAKER JOHNSON:  Dillon's in the back.

13  I want to thank him.

14           [Applause]

15           SPEAKER JOHNSON:  He has been great to

16  work with so I'm really, really grateful and good

17  luck so if folks could be quiet for a moment.  Now on

18  a heartbreaking note, on Monday.  If folks could turn

19  their phones off.  On Monday tragedy struck in Park

20  Slope in Brooklyn and my heart aches for the Park

21  Slope community and I express my deepest condolences

22  to the families of two young children who were

23  killed, four year old Abigail Blumenstein and one

24  year old Joshua Lew.  This is a devastating tragedy

25  and we must do everything in our power to further

```
 1  CITY COUNCIL STATED MEETING                      25
 2  reduce traffic fatalities in our City.  I want to
 3  invite Council Member Brad Lander to say a few words.
 4            COUNCIL MEMBER LANDER:   Thank you
 5  Mr. Speaker.  Our community is shattered this week.
 6  Abby was a beautiful four year old girl that was
 7  described as smart and cheerfully curious about
 8  everything by those who loved her.  Her mom is
 9  pregnant and she was excited to be a big sister.
10  Josh was a eighteen month old with a six month old
11  little brother who was a darling little boy.  Abby's
12  mom, Ruthie Ann, is a Tony winning actor.  She's
13  pregnant and still in the hospital so I ask that you
14  hold her in your prayers and when she won her Tony a
15  few years ago, she thanked her friend Lauren, Josh's
16  mom, in her remarks.  Every detail is just
17  shattering.  They were killed by a driver whose car
18  had run four red lights in the last two years and
19  been caught speeding in four school zones by cameras.
20  She should not have had a license to be driving
21  around.  She stopped at a red light, watched a car go
22  by and with the light still red and the opposite
23  crosswalk full of people, accelerated into them
24  killing these two kids and hitting a few others.  The
25  investigation is underway, of course, but we, we've
```

```
 1   CITY COUNCIL STATED MEETING                          26
 2   done a lot in this Chamber to try to make our streets
 3   safer and we have but boy it doesn't feel like it's
 4   worth anything on a week when you lose these two
 5   babies so I just ask that we all recommit to working
 6   together to keep reckless drivers off our streets.
 7   We've got a lot more to do there and to make our
 8   streets safer too and for now, just to hold these two
 9   families in your hearts.  Thank you.
10           SPEAKER JOHNSON:  So if folks could rise,
11   we're gonna take a moment of silence.
12           PUBLIC ADVOCATE JAMES:  All rise.
13           SPEAKER JOHNSON:  For the two babies that
14   we lost and to all the victims and folks that are
15   mourning.
16           [pause]
17           SPEAKER JOHNSON:  Thank you very much.
18           PUBLIC ADVOCATE JAMES:  Please be seated.
19           SPEAKER JOHNSON:  So we're gonna jump
20   into our docket for the day.  The Council will vote
21   to landmark properties in Manhattan and Brooklyn
22   which are the Interborough Rapid Transit IRT Company
23   Powerhouse located in Council Member Helen
24   Rosenthal's district.  Many of you probably know it.
25   If you drive up the West side highway, you see that
```

```
 1   CITY COUNCIL STATED MEETING                      27
 2   old beautiful building with those stacks in the west
 3   50's.  It's a gorgeous old building and I'm so glad
 4   that we're land marking it today.  We're gonna
 5   landmark the Empire State Dairy Company buildings
 6   located in Council Member Rafael Espinal's district
 7   and 827-831 Broadway buildings which is located in
 8   Council Member Carlina Rivera's district.  Next, the
 9   Council's gonna vote on a package of legislation to
10   better serve the needs of runaway and homeless youth.
11   This is an important issue and one that hits close
12   home for me because in many cases young people from
13   my community, the LGBTQ community, are thrown out on
14   the street because of their sexual orientation.  We
15   must do everything we can to help our young people
16   and with that in mind I sponsored Introduction 410-A
17   which would require the Department of Youth and
18   Community Development to develop a plan to provide
19   shelter to all runaway and homeless youth who request
20   shelter.  This bill would also require DYCD to report
21   annually on runaway and homeless youth.  The next
22   bill in this package is Introduction 490A sponsored
23   by Council Member Vanessa Gibson which would require
24   that runaway and homeless youth be permitted to
25   remain in runaway and homeless youth shelters for
```

```
 1   CITY COUNCIL STATED MEETING                          28
 2   extended time limits, doubling the permitted time in
 3   a crisis shelter from 30 days to 60 days which is a
 4   big deal if you are a young person who's in a crisis
 5   shelter to double the length of stay and extending
 6   the time in transitional independent living
 7   facilities from 18 months granting an additional six
 8   months to 24 months, another big, big deal and the
 9   last piece which I actually think is probably the
10   most important part of this package of bills is
11   Introduction 556A sponsored by Council Member Ritchie
12   Torres.  It would require the Department of Youth and
13   Community Development to include shelter services for
14   homeless young adults ages 21 to 24 as part of the
15   continuum of care for runaway and homeless youth
16   services.  The reason why this is so important and
17   I'm sure Council Member Torres will talk about this.
18   State law which the City lobbied for, granted us the
19   ability to increase the age, raising the age allowed
20   for young people to get these services.  If you are
21   20 years old and you turn 21, you are kicked out of
22   an RHY shelter and put into a DHS shelter.  This
23   grants us the authority to let these young people
24   stay in RHY shelters which help them and get them
25   back on their feet up to the age of 24.  It is going
```

```
 1   CITY COUNCIL STATED MEETING                    29
 2   to help so many young people who are homeless in New
 3   York City.  I want to thank the staff involved, Paul
 4   Cinegol[phonetic], Kevin Cotowski[phonetic], Andrea
 5   Vasquez, Lewis Cholton Brown, Jessica Ackerman and
 6   Iesha Wright.  We are also gonna vote on Resolution
 7   177, sponsored by Council Member Mark Treyger which
 8   calls on New York State on the New York State
 9   legislature to amend the penal code Section 130-05
10   related to the lack of consent for sexual acts to add
11   persons in police custody to the list of persons
12   deemed incapable of consenting to a sexual act when
13   with a police officer.  This is an important
14   resolution and I am really happy that Council Member
15   Treyger has shown leadership on this.  The fact that
16   this isn't on the books already is deeply disturbing
17   and something that must be fixed immediately.  I also
18   want to, where is Council Member Treyger?  I also
19   want to really recognize the fact that when this
20   incident happened in Graves End in Council Member
21   Treyger's district a few months ago, he was the first
22   leader to call and figure out the loophole that
23   existed.  The Governor put this in the 30 day
24   amendments but Council Member Treyger was on this
25   issue before anyone else.  Because of the rape,
```

```
1    CITY COUNCIL STATED MEETING                    30

2    alleged rape that occurred with two police detectives

3    and a young woman who was in their custody and he was

4    at the forefront of this.  He was pushing this.  He

5    was calling on the City to do this and the State to

6    do this and he did this long before the legislature

7    or the Governor decided to take action on this so I'm

8    hopeful because it was put the 30 day amendments,

9    that it will be included but the person who showed

10   the real leadership on this, out of the gate

11   immediately was Council Member Treyger so when the

12   State legislature fixes this and gets it right, the

13   person who deserves the leadership chops on this is

14   our friend and colleague, Council Member Mark

15   Treyger.

16             [Applause]

17             SPEAKER JOHNSON:  I want to thank the

18   staff on this, Beth Gollum[phonetic] and Casey

19   Addison and that completes our docket for today.  I

20   want to thank you all.  Let's vote quickly and get

21   back to our districts in this difficult weather.

22   Thank you Madam Public Advocate.

23             PUBLIC ADVOCATE JAMES:  Thank you.

24   Discussion of general orders?  Seeing none.  Report

25   of special committees?
```

1   CITY COUNCIL STATED MEETING                    31

2              CLERK:  None.

3              PUBLIC ADVOCATE JAMES:  Report of

4   standing committees?

5              CLERK:  Report of the Committee on

6   Housing and Buildings, preconsidered Intro 720, site

7   safety training providers.

8              SPEAKER JOHNSON:  Laid over.

9              CLERK:  Report of the Committee on Land

10  Use LU15 to LU19, various applications.

11             SPEAKER JOHNSON:  Approved with

12  modifications and referred to the City Planning

13  Commission pursuant to Rule 11.70B of the Rules of

14  the Council and Section 197D of the New York City

15  Charter.

16             CLERK:  LU20 and Reso. 231 through LU27

17  and Reso. 233 Landmark Designations.

18             SPEAKER JOHNSON:  Coupled on general

19  orders.

20             CLERK:  LU28 and 29, zoning amendments.

21             SPEAKER JOHNSON:  Approved with

22  modifications and referred to the City Planning

23  Commission pursuant to Rule 11.70B of the Rules of

24  the Council and Section 197D of the New York City

25  Charter.

```
 1   CITY COUNCIL STATED MEETING                      32

 2               CLERK:  Preconsidered LU30 and Reso. 234,

 3   Campaign Finance Board Office.

 4               SPEAKER JOHNSON:  Coupled to be filed

 5   pursuant to a letter of withdrawal.

 6               CLERK:  Report of the Committee on Rules,

 7   Privileges and Elections, M14 and Reso. 235,

 8   approving the reappointment of Fernando A. Borquez,

 9   Jr., conflict of interest board.

10               SPEAKER JOHNSON:  Coupled on general

11   orders.

12               CLERK:  M15 and Reso. 236, approving the

13   reappointment of Anthony W. Crowell, conflict of

14   interest board.

15               SPEAKER JOHNSON:  Coupled on general

16   orders.

17               CLERK:  M16 and Reso. 237 approving the

18   appointment of Salvatore Scapetta[phonetic], board of

19   standards and appeals.

20               SPEAKER JOHNSON:  Coupled on general

21   orders and before we keep moving on, I want to thank

22   Chair Koslowitz for chairing the hearing on Rules on

23   these nominations.  She did a great job and I really

24   appreciate her leadership on this.

25
```

```
 1    CITY COUNCIL STATED MEETING                        33

 2              CLERK:  Report of the Committee on Youth

 3    Services, Intros 410A, 490A and 556A, Homeless Youth

 4    Services.

 5              SPEAKER JOHNSON:  Amended and coupled on

 6    general orders.

 7              CLERK:  On the general order calendar,

 8    Resolution appointing various persons, Commissioner

 9    of Deeds.

10              SPEAKER JOHNSON:  Coupled on general

11    orders and I would like a roll call vote on all of

12    the items on today's general order calendar.

13              PUBLIC ADVOCATE JAMES:  Quiet in the

14    Chambers and let's begin our roll call with Council

15    Member Lancman.

16              COUNCIL MEMBER LANCMAN:  Aye.

17              CLERK:  Adams?

18              COUNCIL MEMBER ADAMS:  Aye on all.

19              CLERK:  Ampry-Samuel?

20              COUNCIL MEMBER AMPRY-SAMUEL:  Aye on all.

21              CLERK:  Ayala?

22              COUNCIL MEMBER AYALA:  Aye on all.

23              CLERK:  Barron?

24

25
```

```
 1  CITY COUNCIL STATED MEETING                      34
 2            COUNCIL MEMBER BARRON:  Aye on all.
 3  That's with the understanding that we're not
 4  considering LU28 and 29.  Is that correct?
 5            PUBLIC ADVOCATE JAMES:  Yes.
 6            CLERK:  That's correct.
 7            COUNCIL MEMBER BARRON:  Aye on all.
 8            CLERK:  Brannan?
 9            COUNCIL MEMBER BRANNAN:  Aye on all.
10            CLERK:  Cabrera?
11            PUBLIC ADVOCATE JAMES:  Cabrera?
12            CLERK:  Chin?
13            COUNCIL MEMBER CHIN:  Aye on all.
14            CLERK:  Cohen?
15            COUNCIL MEMBER COHEN:  Aye.
16            CLERK:  Constantinides?
17            COUNCIL MEMBER CONSTANTINIDES:  Aye on
18  all.
19            CLERK:  Cornegy?
20            COUNCIL MEMBER CORNEGY:  Aye on all.
21            CLERK:  Deutsch?
22            COUNCIL MEMBER DEUTSCH:  Aye on all.
23            CLERK:  Diaz?
24            COUNCIL MEMBER DIAZ:  Si en tota.
25            CLERK:  Dromm?
```

```
 1  CITY COUNCIL STATED MEETING                        35
 2              COUNCIL MEMBER DROMM:  Aye.
 3              CLERK:  Espinal?
 4              COUNCIL MEMBER ESPINAL:  Aye on all.
 5              CLERK:  Eugene?
 6              COUNCIL MEMBER EUGENE:  Aye on all.
 7              CLERK:  Gibson?
 8              COUNCIL MEMBER GIBSON:  I vote aye on
 9  all.
10              CLERK:  Gjonaj?
11              COUNCIL MEMBER GJONAJ:  Aye.
12              CLERK:  Grodenchik?
13              COUNCIL MEMBER GRODENCHIK:  Aye.
14              CLERK:  Holden?
15              COUNCIL MEMBER HOLDEN:  Aye.
16              CLERK:  Koo?
17              COUNCIL MEMBER KOO:  Aye.
18              CLERK:  Koslowitz?
19              COUNCIL MEMBER KOSLOWITZ:  Aye.
20              CLERK:  Lander?
21              COUNCIL MEMBER LANDER:  Aye.
22              CLERK:  Levin?
23              COUNCIL MEMBER LEVIN:  Aye.
24              CLERK:  Levine?
25              COUNCIL MEMBER LEVINE:  Aye.
```

1   CITY COUNCIL STATED MEETING                          36

2                   CLERK:  Maisel?

3                   COUNCIL MEMBER MAISEL:  Yes.

4                   CLERK:  Menchaca?

5                   COUNCIL MEMBER MENCHACA:  Aye.

6                   CLERK:  Miller?

7                   COUNCIL MEMBER MILLER:  Aye.

8                   CLERK:  Moya?

9                   COUNCIL MEMBER MOYA:  Aye.

10                  CLERK:  Perkins?

11                  COUNCIL MEMBER PERKINS:  Aye on all.

12                  PUBLIC ADVOCATE JAMES:  Shhhhh, quiet in

13   the Chambers please.

14                  CLERK:  Cabrera?

15                  COUNCIL MEMBER CABRERA:  Aye.

16                  CLERK:  Powers?

17                  COUNCIL MEMBER POWERS:  Aye.

18                  CLERK:  Reynoso?

19                  COUNCIL MEMBER REYNOSO:  Aye.

20                  CLERK:  Richards?

21                  COUNCIL MEMBER RICHARDS:  Aye.

22                  CLERK:  Rivera?

23                  COUNCIL MEMBER RIVERA:  Aye on all.

24                  CLERK:  Rodriguez?

25                  COUNCIL MEMBER RODRIGUEZ:  Aye.

```
 1   CITY COUNCIL STATED MEETING                        37

 2              CLERK:  Rose?

 3              COUNCIL MEMBER ROSE:  Aye on all.

 4              CLERK:  Rosenthal?

 5              COUNCIL MEMBER ROSENTHAL:  Aye on all.

 6              CLERK:  Salamanca?

 7              COUNCIL MEMBER SALAMANCA:  Aye on all.

 8              CLERK:  Torres?

 9              COUNCIL MEMBER TORRES:  Aye on all except

10   M14 Reso. 235.  I'm going to abstain.

11              CLERK:  Treyger?

12              COUNCIL MEMBER TREYGER:  With quick

13   thanks to Speaker Johnson, Public Advocate, Chair

14   Richards, my colleagues, Anna Scaff[phonetic],

15   Vanessa, Ramone, Depa Ombicar[phonetic], Josh

16   Kingsley and our colleagues in the State Assembly and

17   Senate for supporting the Resolution.  Speaker

18   Johnson you were one of the first leaders to reach

19   out to offer support to me and my district.  I want

20   to publicly thank you right back.  I vote aye on all.

21   Thank you.

22              PUBLIC ADVOCATE JAMES:  Thank you.

23              CLERK:  Ulrich?

24              COUNCIL MEMBER ULRICH:  Aye.

25              CLERK:  Vallone?
```

```
 1  CITY COUNCIL STATED MEETING                    38

 2              COUNCIL MEMBER VALLONE:  Aye on all.

 3              CLERK:  Van Bramer?

 4              COUNCIL MEMBER VAN BRAMER:  Aye.

 5              CLERK:  Williams?

 6              COUNCIL MEMBER WILLIAMS:  Aye.

 7              CLERK:  Yeger?

 8              COUNCIL MEMBER YEGER:  Aye.

 9              CLERK:  Matteo?

10              COUNCIL MEMBER MATTEO:  Aye.

11              CLERK:  Cumbo?

12              COUNCIL MEMBER CUMBO:  Aye on all.

13              CLERK:  Speaker Johnson?

14              SPEAKER JOHNSON:  I vote aye.  That was a

15  record.

16              PUBLIC ADVOCATE JAMES:  Thank you.  All

17  items on today's general order calendar were adopted

18  by a vote of 48 in the affirmative, 0 in the

19  negative, 0 abstentions with the exception of M14 and

20  Resolution 235 which was adopted by a vote of 47 in

21  the affirmative, 0 negative, 1 abstention and the

22  revise Land Use call ups are adopted by a vote of 48

23  in the affirmative, 0 negative.  Introduction of

24  reading of bills.

25
```

1  CITY COUNCIL STATED MEETING                        39

2          SPEAKER JOHNSON:  All bills have been

3  referred to committee as indicated on the agenda.

4          PUBLIC ADVOCATE JAMES:  And now for any

5  discussion of the following resolution, Resolution

6  177 a resolution urging the New York State

7  legislation to amend the penal law, Section 130-05 to

8  include individuals in police custody as being

9  categorically incapable of consenting to sexual

10  conduct with a police officer.  Any speakers on this

11  resolution?  Council Member?

12          COUNCIL MEMBER YEGER: I'd like to echo

13  the Speaker's remarks.  I too was shocked that this

14  was not something that was already unlawful under New

15  York State Penal Law.  As we know, it's

16          PUBLIC ADVOCATE JAMES:  Excuse me Council

17  Member, Shhhh.  We apologize Council Member Yeger.

18          COUNCIL MEMBER YEGER:  As we know, it's

19  unlawful for a corrections officer to have any kind

20  of interaction of that nature with somebody in their

21  custody as a matter of the person not being able to

22  legally consent, even if there is consent by a yes so

23  the notion that it's some kind of a defense that

24  there was consent because, you know, a police officer

25  had these relationships, it's important for us to

1   CITY COUNCIL STATED MEETING                          40

2   make our voice heard and ask the State to step in and

3   to pass a law that makes it illegal but what I do

4   want to indicate as well is that when we talk about

5   these cases with the police every once in a while and

6   you hear this, it's always important for us to note

7   for ourselves and for the rest of the City that the

8   vast majority 99.9999%, the police officers do their

9   jobs well, do their jobs hard.  They serve our

10  community with pride and with dignity and with honor

11  and we should pass this and I'm grateful to Council

12  Member Treyger for putting this on the agenda and

13  passing this but we should also keep that in mind as

14  we do that.

15          PUBLIC ADVOCATE JAMES:  Thank you Council

16  Member Yeger.  Seeing none other, all of those in

17  favor of Resolution 177 say aye.

18          ALL:  Aye.

19          PUBLIC ADVOCATE JAMES:  All of those

20  opposed?  Any abstentions?  Any abstentions?  The

21  ayes have it.  And general discussion beginning with

22  Council Member Koo.

23          COUNCIL MEMBER KOO:  I will be very short

24  now.  This week we are celebrating the 6th

25  anniversary of the Open Data Week.

```
1   CITY COUNCIL STATED MEETING                    41

2              PUBLIC ADVOCATE JAMES:  Shhhhh.

3              COUNCIL MEMBER KOO:  Until March 10,

4   there will be different special events among the City

5   for New Yorkers to discover, explore and use the

6   City's vast wealth of Open Data.  Since 2012, every

7   City agency has contributed data to our Open Data

8   Portal and the data sites grow every day.  Open Data

9   demonstrates our commitment to a transferring,

10  accountable and less cynical government that takes

11  pride in giving people access to information.  Today,

12  accessible data is used by everyone from students to

13  professionals in an effort to influence policy and

14  change in their local communities so I invite you to

15  all encourage your constituents to take advantage of

16  our City's ground breaking efforts to empower them

17  with information and have a safe trip home.

18             PUBLIC ADVOCATE JAMES:  Thank you.

19  Council Member Williams.

20             COUNCIL MEMBER WILLIAMS:  Thank you.  I

21  just wanted to point out two bills very briefly.  One

22  is a Bed and Breakfast bill that I'm working on with

23  Council Member Cornegy and borough president Adams.

24  There are many of our one and two family homes that

25  are unduly targeted even as we are trying to crack
```

CITY COUNCIL STATED MEETING                                42

1
2    down on the very egregious air B and B and the second
3    is right to a core that I am reintroducing.  It just
4    gives a local right of action for our people's
5    ability to record law enforcement.  Many folks may
6    have seen the Buzz feed article that was very
7    disturbing about from 2011 to 2015, at least 319 NYPD
8    employees who committed offenses certainly enough to
9    merit firing were allowed to keep their jobs and for
10   clarity that did come before Commissioner O'Neill but
11   it does lead to many of the things that myself and
12   others have been saying.  We've moved in a very good
13   direction and I want to continue to applaud that.
14   There are two areas we are abysmal on.  One is
15   transparency and the other is accountability.  We
16   have to keep moving forward with that.  Although we
17   have unfortunately seen that having footage does not
18   necessarily help with accountability, at least
19   everyone is looking at the same thing.  It does not
20   create any new rights.  It just gives a private right
21   because if you had to push forward on your right with
22   the constitution, it is much more onerous so I would
23   like my colleagues to please sign on to those two
24   bills and again congratulations to Council Member
25   Treyger for his resolution.  I'm happy that the

1    CITY COUNCIL STATED MEETING                              43

2    Governor followed the leadership of Council Member

3    Treyger and this Council on something that was

4    ridiculous to begin with.  Thank you.

5              PUBLIC ADVOCATE JAMES:  Thank you.

6    Council Member Torres.

7              COUNCIL MEMBER TORRES:  Thank you.  I

8    want to just briefly explain why I abstained from the

9    vote approving the reappointment of Fernando Borquez.

10   I have no doubts about his qualifications for the

11   conflict of interest boards.  I have no doubt about

12   his personal and professional integrity but separate

13   and apart from the merits of his individual

14   appointment, I have on a principle objection to

15   fundraising on the part of conflict of interest board

16   appointees.  As far I'm concerned, the conflict of

17   interest board is and should be any political

18   institution.  It should have the appearance and the

19   substance of political neutrality and it's my opinion

20   that fundraising among COIB appointees undercuts the

21   appearance of political neutrality so it's not an

22   objection to the individual appointee.  It's simply a

23   general principle for me.

24             PUBLIC ADVOCATE JAMES:  Thank you.

25   Council Member Chin.

1  CITY COUNCIL STATED MEETING                    44

2              COUNCIL MEMBER CHIN:  Thank you.  I just

3  wanted to bring my colleagues attention to Intro 620

4  and 621, two pieces of legislation that will help the

5  City ramp up its efforts to control the New York

6  City's rat infestation problem.  In large mixed use

7  commercial and residential area such as lower

8  Manhattan, residents and tourists alike frequently

9  see families of rats enjoying a buffet on the

10 sidewalk so last year I joined Mayor de Blasio to

11 announce a pilot program to place high capacity big

12 bellies trash cans in area with a large numbers of

13 rats.  As part of this effort, I'm introducing Intro

14 621.  This bill would require buildings within a rat

15 mitigation zone that has nine units or more which are

16 required to have supers to only take out garbage

17 between the hours of 4 a.m. and 6 a.m.  I'm also

18 introducing Intro 620 to require businesses in the

19 spring and summer season to clean the grease and

20 other garbage juice off the sidewalk before they

21 open.  These simple solutions can deprive rats of

22 further opportunity from freeloading off our garbage

23 and to achieve lasting result, we all must be a part

24 of the solution.  I wanted to thank Chair Reynoso for

25 hearing these bills, preconsider on the Sanitation

1    CITY COUNCIL STATED MEETING                          45

2    Committee yesterday and I also thank Nicole

3    Abene[phonetic] the committee counsel for her work on

4    drafting this bill and I urge my colleagues to sign

5    on.  We had to cancel our lunar New Year celebration

6    tonight because of the weather.  Hopefully, we will

7    reschedule as soon as possible so that we can

8    celebrate.  Thank you.

9              PUBLIC ADVOCATE JAMES:  Thank you.

10   Council Member Brannan.

11             COUNCIL MEMBER BRANNAN:  Thank you.  I'll

12   be very, very quick.  Today I want to, I'm

13   introducing Intro 619 which is designed to increase

14   penalties on large corporate chains and businesses

15   for failing to properly remove snow and ice following

16   a snow storm.  Most home owners and small businesses

17   take their snow shoveling responsibility very

18   seriously.  I have to go home and do that now but

19   some of these big business chains laugh at the

20   thought of being slapped with $100 fine.  Failing to

21   shovel their sidewalks creates a dangerous situation

22   as we all know.  After a snow storm there's no excuse

23   for there still to be snow and ice outside some of

24   these very large corporate chains and the bill makes

25

```
1   CITY COUNCIL STATED MEETING                    46
2   sure not to go after small businesses so Intro 619.
3   Thank you.
4               PUBLIC ADVOCATE JAMES:  Thank you.
5   Council Member Treyger.
6               COUNCIL MEMBER TREYGER:  Thank you public
7   advocate.  Very briefly as chair of the education
8   committee, I'm proud to introduce a package
9               PUBLIC ADVOCATE JAMES:  Shhhh Excuse me
10  Council Member, we're still in session.  Quiet in the
11  Chambers please.  We apologize.
12              COUNCIL MEMBER TREYGER:  Sure and again
13  thank you to all my colleagues for their support and
14  public advocate, thank you for your public as well on
15  that resolution which we appreciate leadership.  As
16  chair of the education committee, I'm proud to
17  introduce a package of bills today that would make
18  the Civil Service Exam process more accessible to
19  graduating high school seniors and first time exam
20  takers.  One of my two new bills, Intro 672 and Intro
21  671, would require graduating high school students to
22  be informed about the City's Civil Service process so
23  students have a deeper understanding of every option
24  available to them and what they are working towards
25  as they graduate high school.  Increasing awareness
```

```
 1  CITY COUNCIL STATED MEETING                          47
 2  about the Civil Service exam process and the careers
 3  associated with those exams can motivate our students
 4  to continue their academic careers knowing that there
 5  are more opportunities that will be available to them
 6  should they pursue additional degrees.  The other
 7  bill would create a task force to examine ways the
 8  City would waive Civil Service exam fees for
 9  individuals taking the test for the first time.  We
10  are cultivating many bright and talented young minds
11  in our City and we want to encourage that talent to
12  remain here and help us move forward.  By raising
13  awareness and creating opportunities for Civil
14  Service exams and employment, this package of
15  legislation can help us accomplish our goal and I
16  thank my colleagues for their time.
17              PUBLIC ADVOCATE JAMES:  Quiet in the
18  Chambers please.
19              SPEAKER JOHNSON:  So we have three more
20  folks.  We need to get the hell out of here cause the
21  storm is moving in fast so folks when you speak, do
22  it very quickly.
23              PUBLIC ADVOCATE JAMES:  Council Member
24  Constantinides.
25
```

```
 1   CITY COUNCIL STATED MEETING                      48

 2              COUNCIL MEMBER CONSTANTINIDES:  On the

 3   strong urging of our Speaker, I will forego my time.

 4              SPEAKER JOHNSON:  Thank you.

 5              PUBLIC ADVOCATE JAMES:  Thank you.

 6   Council Member Rose.

 7              COUNCIL MEMBER ROSE:  I just want to

 8   briefly say Council Member Van Bramer and I are

 9   introing 713 and it's to bring an Ombudsman to DYCD

10   to provide oversight over the runaway youth

11   population and to oversee emergency shelter

12   transitional and independent living drop in and other

13   services for runaway youth.

14              PUBLIC ADVOCATE JAMES:  Thank you.

15   Council Member Levin.

16              COUNCIL MEMBER LEVIN:  Thank you Madam

17   Public Advocate.  Just very briefly I want to offer

18   my sympathy and condolences to the families of Joshua

19   Lew and Abigail Blumstein and to the broader

20   community for the tragic and senseless killing of

21   these two little children and my sympathies go to the

22   families and I urge all of my colleagues in

23   government to do more to prevent these types of

24   tragedies from ever happening again and sparing other

25
```

```
 1   CITY COUNCIL STATED MEETING                      49
 2   families from this terrible, terrible suffering and
 3   grief and tragedy.  Thank you.
 4           PUBLIC ADVOCATE JAMES:  May Abigail and
 5   Joshua rest in peace.  Mr. Speaker to close.
 6           SPEAKER JOHNSON:  We're getting the hell
 7   out of here.  That's all she wrote.  Get home safe.
 8   [gavel]
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

<u>C E R T I F I C A T E</u>

World Wide Dictation certifies that the

foregoing transcript is a true and accurate

record of the proceedings. We further certify that

there is no relation to any of the parties to

this action by blood or marriage, and that there

is interest in the outcome of this matter.



Date _____ March 20, 2018 _____