**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SEANPAUL REYES,

                Plaintiff,

      v.

THE CITY OF NEW YORK,

                Defendant.

Case No.  23-cv-6369 (JGLC)

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

---

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

PLEASE TAKE NOTICE that Attorney Meena Roldan Oberdick respectfully moves this Court for leave to withdraw as counsel of record for Plaintiff in the above-captioned matter as of November 15, 2024, my last day of employment with LatinoJustice PRLDEF.  I have advised Plaintiff of my intention to withdraw as counsel in this matter. Attorneys from LatinoJustice PRLDEF will remain co-counsel for Plaintiff in this matter, and no party will be prejudiced if this Motion is granted.

WHEREFORE, undersigned counsel and Plaintiff respectfully request that this Court permit Meena Roldan Oberdick to withdraw as counsel of record for Plaintiff in this matter.

Dated: New York, New York
      November 15, 2024

                            Respectfully Submitted,

                    By: /s/ Meena Roldan Oberdick
                        Meena Roldan Oberdick (5944855)
                        LatinoJustice PRLDEF
                        475 Riverside Drive #1901
                        New York, NY 10115
                        212.219.3360
                        moberdick@latinojustice.org