

Lourdes M. Rosado
**President and General Counsel**

December 19, 2024

The Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

**Via ECF**

Re:   *Reyes v. City of New York*, 23-cv-6369

Dear Judge Clarke,

Counsel in the above-referenced matter write jointly to request that their deadline to submit a case management order be extended until **January 20, 2025**. As the parties noted in their November 22, 2024 letter, the Second Circuit held oral argument on the appeal of the preliminary injunction on November 13, 2024 and reserved judgment. Parties believe that a decision from the Second Circuit would impact the scope of discovery and the possibility of a negotiated resolution of this matter.

The parties therefore jointly request that, in the interest of judicial economy and the preservation of the parties' resources, the deadline to submit a case management order be extended until **January 20, 2025.** This is the third such request.

Sincerely,

| | |
|---|---|
| /s/ Andrew Case | /s/ Mary O'Flynn |
| Andrew Case | Mary O'Flynn |
| LatinoJustice PRLDEF | New York City Law Department |
| 475 Riverside Drive #1901 | 100 Church Street |
| New York, NY 10115 | New York, NY 10007 |
| 212-739-7506 | 212-356-3159 |

**NEW YORK OFFICE** | 475 Riverside Drive, Suite 1901 New York, NY 10115 | D: 212.219.3360 G: 800.328.2322
**SOUTHEAST REGIONAL OFFICE** | 523 West Colonial Drive Orlando, FL 32804 | D: 321.250.2853
**SOUTHWEST REGIONAL OFFICE** | 611 South Congress Ave STE: 450D Congress Square II Austin, TX 78704 | D: 512-649-9129
latinojustice.org

