

Lourdes M. Rosado
**President and General Counsel**

December 19, 2024

The Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

**Via ECF**

Re:   *Reyes v. City of New York*, 23-cv-6369

Dear Judge Clarke,

Counsel in the above-referenced matter write jointly to request that their deadline to submit a case management order be extended until **January 20, 2025**. As the parties noted in their November 22, 2024 letter, the Second Circuit held oral argument on the appeal of the preliminary injunction on November 13, 2024 and reserved judgment. Parties believe that a decision from the Second Circuit would impact the scope of discovery and the possibility of a negotiated resolution of this matter.

The parties therefore jointly request that, in the interest of judicial economy and the preservation of the parties' resources, the deadline to submit a case management order be extended until **January 20, 2025**. This is the third such request.

Sincerely,

   /s/ Andrew Case                                         /s/ Mary O'Flynn
Andrew Case                                              Mary O'Flynn
LatinoJustice PRLDEF                         New York City Law Department
475 Riverside Drive #1901                    100 Church Street
New York, NY 10115                              New York, NY 10007
212-739-7506                                              212-356-3159

---

**MEMO ENDORSED**

Application GRANTED. The parties shall submit a revised case management plan by **January 20, 2025.** Discovery remains STAYED until that time. The Clerk of Court is respectfully directed to terminate ECF No. 113.

Dated: December 23, 2024       SO ORDERED.
New York, New York

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

---

**NEW YORK OFFICE** | 475 Riverside Drive, Suite 1901 New York, NY 10115 | D: 212.219.3360 G: 800.328.2322
**SOUTHEAST REGIONAL OFFICE** | 523 West Colonial Drive Orlando, FL 32804 | D: 321.250.2853
**SOUTHWEST REGIONAL OFFICE** | 611 South Congress Ave STE: 450D Congress Square II Austin, TX 78704 | D: 512-649-9129

latinojustice.org

