UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEANPAUL REYES,
          Plaintiff,
  v.
THE CITY OF NEW YORK,

          Defendant.

Case No. 1:23-cv-06369 (JGLC)

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

PLEASE TAKE NOTICE that, upon the annexed declaration of Norma Esquivel, subject to the approval of the Court, Norma Esquivel hereby withdraws as counsel for Plaintiff and shall be removed from the CM/ECF notification list in the above-captioned matter. Attorneys from LatinoJustice PRLDEF will remain co-counsel for Plaintiff in this matter, and no party will be prejudiced if this Motion is granted.

Dated: February 4, 2025
       New York, New York

By:   */s/ Norma Esquivel*
      Norma Esquivel
      475 Riverside Drive, Ste. 1901
      New York, NY 10115
      (212) 219-3360
      Nesquivel@latinojustice.org

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEANPAUL REYES,
          Plaintiff,

v.

THE CITY OF NEW YORK,

          Defendant.

Case No.  1: 23-cv-06369 (JGLC)

## DECLARATION OF NORMA ESQUIVEL

PURSUANT TO RULE 1.4 of the Local Rules of the United State District Courts for the Southern and Eastern Districts of New York, I, Norma Esquivel, hereby declare the following:

1) I am an attorney admitted to practice in the State of New York and am Senior Counsel with LatinoJustice PRLDEF. I submit this declaration in support of Plaintiff's motion to withdraw as counsel of record with the above-captioned action.

2) I respectfully request that this Court permit the requested withdrawal because as of February 4, 2025, I will have resigned from LatinoJustice PRLDEF and will no longer be associated with the organization.

3) The other attorneys of record from LatinoJustice PRLDEF will continue to represent Plaintiff in this matter. Therefore, my withdrawal will not delay resolution of the above-captioned action nor prejudice any party.

Dated: February 4, 2025
      New York, NY

Respectfully submitted,

By: */s/ Norma Esquivel*
Norma Esquivel
LatinoJustice PRLDEF
475 Riverside Drive, Suite 1901

New York, NY 10115  
(212) 219-3360