

**T**HE **C**ITY OF **N**EW **Y**ORK

**L**AW **D**EPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

February 4, 2025

**VIA ECF**
The Honorable Jessica G.L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007



Re:  SeanPaul Reyes v. City of New York, 23 Civ. 6369 (JGLC)

Your Honor:

I am a Senior Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing defendant City of New York in the above referenced matter. We write jointly with plaintiff's counsel. As the Court is aware, upon agreement of the parties, discovery has been stayed while the parties await the decision of the Second Circuit Court of Appeals on the City's appeal of the Court's preliminary injunction order. Given that decision is still pending, the case is therefore in somewhat of a unique procedural posture, the parties would like to proceed at this juncture with 1) discovery on the underlying incident (paper discovery on the underlying incident was concluded during the pendency of the City's motion to dismiss) to the extent of the depositions of two officers involved in plaintiff's underlying arrest[1]; and 2) plaintiff's second set of interrogatories and document requests (without waiving objections to individual requests) on Monell issues. The parties contemplate completion of these two depositions and that the City would provide responses to the interrogatories and document requests by April 4, 2025[2].

---

[1] The City would still like to wait to take plaintiff's deposition until after the Second Circuit's decision, if possible.

[2] Should the Court of Appeals rule in the interim, the parties will of course confer and propose a plan for the remainder of the case.

The parties propose this partial discovery plan at this juncture based on the considerations that plaintiff would like to move the case closer to trial and defendant is concerned that the Court of Appeals' decision may cause duplicate or unnecessary resources to be expended depending on the outcome of the decision and its effect on the case. Therefore, the parties respectfully request until April 11, 2024 to submit the remainder of their case management plan.

Thank you for your consideration herein.

Respectfully submitted,

/s/ Mark D. Zuckerman
Mark D. Zuckerman
Senior Counsel

cc: All Counsel (via ECF)

Application GRANTED. The parties' deadline to submit a fully revised case management plan is HEREBY EXTENDED to **April 11, 2025**. In addition, discovery in this action is LIFTED with respect to the items the parties discuss in the joint letter. The parties' forthcoming case management plan should include a joint status letter advising on their progress with respect to the mentioned depositions and discovery requests. The Clerk of Court is respectfully directed to terminate ECF No. 118.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: February 5, 2025
         New York, New York