**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SEANPAUL REYES,

              Plaintiff,

   v.

THE CITY OF NEW YORK,

              Defendant.

Case No.  1:23-cv-06369 (JGLC)

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

PLEASE TAKE NOTICE that, upon the annexed declaration of Norma Esquivel, subject to the approval of the Court, Norma Esquivel hereby withdraws as counsel for Plaintiff and shall be removed from the CM/ECF notification list in the above-captioned matter. Attorneys from LatinoJustice PRLDEF will remain co-counsel for Plaintiff in this matter, and no party will be prejudiced if this Motion is granted.

Dated:  February 4, 2025
        New York, New York

                  By:    */s/ Norma Esquivel*
                        Norma Esquivel
                        475 Riverside Drive, Ste. 1901
                        New York, NY 10115
                        (212) 219-3360
                        Nesquivel@latinojustice.org

Upon review of the motion and accompanying declaration, the Court GRANTS counsel's request to withdraw as attorney for Plaintiff. The Clerk of Court is respectfully directed to update the docket to reflect Ms. Esquivel's withdrawal.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: February 5, 2025
      New York, New York