**In the United States District Court**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| SeanPaul Reyes |
| *Plaintiff* |
| v. |
| The City of New York, |
| *Defendant* |

**AFFIDAVIT IN SUPPORT**

23-cv-6369

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

KAREN MUNOZ TREVINO personally appeared before me, and who after being duly sworn, deposes and states the following:

1. My name is Karen Munoz Trevino. I am older than eighteen years of age. The statements in this Affidavit are based upon my personal knowledge.

2. I am an attorney in good standing and have been licensed to practice law in the state of Texas since October 2022.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no disciplinary proceedings presently against me.

I respectfully submit this Affidavit in support of my Motion for Admission Pro Hac Vice in Cause Number 23-cv-6369.

*/s/ Karen Munoz Trevino*

Signed and subscribed to me this 3rd day of March, 2025.

*/s/ Mackenzie M Corbitt*
Notary Public
State of Texas
County of Hays
— MC

MACKENZIE M CORBITT
Notary ID #134480925
My Commission Expires
July 28, 2027