**In the United States District Court**
**Southern District of New York**

SeanPaul Reyes
*Plaintiff*

v.

The City of New York,
*Defendant*

23-cv-6369

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of Karen Muñoz Treviño, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is member in good standing of the bar of the state of Texas; and that her contact information is as follows:

Applicant's Name: <u>Karen Muñoz Treviño</u>

Firm Name: <u>LatinoJustice PRLDEF</u>

Address: <u>611 S. Congress Ave. Suite 450D</u>

City / State / Zip: <u>Austin, TX 78704</u>

Telephone / Fax: <u>(737) 787-3923</u>

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for SeanPaul Reyes in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of

New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                             _____

Jessica G. L. Clarke
United States District Judge