In the United States District Court
**SOUTHERN DISTRICT OF NEW YORK**

SeanPaul Reyes
*Plaintiff*

v.

The City of New York,
*Defendant*

**MOTION FOR ADMISSION PRO HAC VICE**

23-cv-6369

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Karen Munoz Trevino, hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for SeanPaul Reyes in the above-captioned action.

I am in good standing of the bar of the state of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: March 3, 2025

Respectfully Submitted,

*(signature)*

Karen Muñoz Treviño
LatinoJustice PRLDEF
611 S. Congress Ave. 450D
Austin, TX 78704
(737) 787-3923
kmunoz@latinojustice.org