## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SeanPaul Reyes<br>*Plaintiff*<br><br>v.<br><br>The City of New York,<br>*Defendant* | Case No. 23-cv-6369 |

PLEASE TAKE NOTICE that Karen Muñoz Treviño, attorney at LatinoJustice PRLDEF, who has been admitted pro hac vice to appear in this Court, hereby files her Notice of Appearance as counsel for the above-named plaintiff in the above action. The undersigned requests that copies of all papers and notices in the above-captioned action be served upon her at the e-mail address shown in the signature block below.

Dated: March 31, 2025

Respectfully submitted,
By: */s/ Karen Muñoz Treviño*
Karen Muñoz Treviño, *pro hac vice*
LatinoJustice PRLDEF
611 S. Congress Ave. 450D
Austin, TX 78704
(737) 787-3923
kmunoz@latinojustice.org

*Attorney for Plaintiffs*