

Lourdes M. Rosado
**President and General Counsel**

May 29, 2025

The Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

**<u>Via ECF</u>**

Re:   *Reyes v. City of New York*, 23-cv-6369
        Requesting postponement of today's hearing

Dear Judge Clarke,

 I am writing to respectfully request postponement of today's 2:30 p.m. conference. Early this morning Andrew Case experienced a medical emergency which required that he be admitted to the hospital. I am unable to appear in Mr. Case's place as I am in Texas. Given Mr. Case's current state, we are unable to provide the Court with proposed alternative dates for the conference at this time. We alerted opposing counsel early this morning who consented to our request to postpone today's hearing.

Respectfully submitted,

 /s/ *Karen Munoz Trevino*
Karen Munoz Trevino
cc: All Counsel via ECF

**NEW YORK OFFICE** | 475 Riverside Drive, Suite 1901 New York, NY 10115 | D: 212.219.3360 G: 800.328.2322
**SOUTHEAST REGIONAL OFFICE** | 523 West Colonial Drive Orlando, FL 32804 | D: 321.250.2853
**SOUTHWEST REGIONAL OFFICE** | 611 South Congress Ave STE: 450D Congress Square II Austin, TX 78704 | D: 512-649-9129
latinojustice.org

