

**Lourdes M. Rosado**
**President and General Counsel**



June 2, 2025

The Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

<u>**Via ECF**</u>

Re:   *Reyes v. City of New York*, 23-cv-6369

Dear Judge Clarke,

Application GRANTED. The discovery conference that was previously adjourned (see ECF Nos. 132, 135) is HEREBY RESCHEDULED to June 12, 2025 at 2:30 PM in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The Clerk of Court is respectfully directed to terminate ECF No. 136.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: June 3, 2025
         New York, New York

    Counsel in the above-referenced matter write jointly to request that the hearing on the discovery dispute previously scheduled for May 29, 2025 be rescheduled for the afternoon of June 12. Counsel have conferred and both are free at that time. The undersigned will be out of the office from June 16 through the 27th, so if the 12th does not work the parties request the hearing be re-set for either of the firs two weeks of July.

    The undersigned thanks the Court and opposing counsel for their consideration last week.

Respectfully submitted,

    /s/ *Andrew Case*
Andrew Case
cc: All Counsel via ECF



**NEW YORK OFFICE** | 475 Riverside Drive, Suite 1901 New York, NY 10115 | D: 212.219.3360 G: 800.328.2322
**SOUTHEAST REGIONAL OFFICE** | 523 West Colonial Drive Orlando, FL 32804 | D: 321.250.2853
**SOUTHWEST REGIONAL OFFICE** | 611 South Congress Ave STE: 450D Congress Square II Austin, TX 78704 | D: 512-649-9129
latinojustice.org

c