

**THE CITY OF NEW YORK**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

June 4, 2025

**VIA ECF**
The Honorable Jessica G.L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

          Re: <u>SeanPaul Reyes v. City of New York</u>, 23 Civ. 6369 (JGLC)

Your Honor:

          I am a Senior Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing defendant City of New York in the above referenced matter. In advance of the discovery conference set for June 12, 2025 at 2:30 p.m., annexed hereto as Exhibit A are NYPD documents that were just provided to us evidencing the threats to NYPD officers that were received following plaintiff's subject arrest and what we understand to be the online posting of plaintiff's subject arrest video for the benefit of his subscribers. Plaintiff has indicated that he has no objection to our submission of these documents to the Court.

          Thank you for your consideration herein.

                                                        Respectfully submitted,

                                                        /s/ Mark D. Zuckerman
                                                        Mark D. Zuckerman
                                                         Senior Counsel

cc:      All Counsel (via ECF)