## Law Enforcement Sensitive

| Threats Compartment |
| --- |

| [1 Root] | **CASE FILE REPORT** |
| --- | --- |

**IDS Case Number: 20230404000195  Primary Unit Case Number: THREATS-2023-0106-P**

*CREATED 04/04/2023 • UPDATED 05/15/2025*

- **CASE INFORMATION**

**Case Title**
  DOXING OF PO CUCUZZA
**Description**
  DOXING OF PO CUCUZZA

| **Case Date:** Tuesday, 04/04/2023 | **Completed Date:** | **Closed Date:** |
| --- | --- | --- |

**Case Type:** Threat
**Handschu Investigation:** No

| **Status:** Open | **Status Detail:** Investigation In Progress | **Priority:** Routine |
| --- | --- | --- |

**Primary Unit Case Number:** THREATS-2023-0106-P

- **ASSIGNMENT**

| **Unit Assigned:** TAPU | **Assigned To:** Det. Michael Morrin |
| --- | --- |

- **ADDITIONAL COMMENTS**

**Narrative**
  On Tuesday April 4, 2023, members of TAPU were notified in regard to PO Cucuzza being doxed following the arrest of Sean Paul Reyes (Long Island Audit), details are as follows:

On Tuesday April 4, 2023 at approximately 1900 hours, numerous harassing calls were made to the personal phone of a member of the service as well as the 61st Precinct by various unknown individuals. The details are as follows:

On the aforementioned date and time, the undersigned was informed that Police Officer Giovanni Cucuzza Tax# 959573, assigned to the 61st precinct was called on his personal phone while off duty regarding an arrest he made the day prior of Shawn Paul Reyes (arrest number K23616572) in which insulting and vulgar language was used towards officer Cucuzza. Following this call the Officer then received two additional calls from unknown numbers that the Officer decided not pick up because he suspected the callers were acting in concert with the previous insulting caller. At a similar time that calls were placed to Officer Cucuzza numerous calls were also placed to the 61st Precinct telephone switchboard operator as well as the Desk Officer of the 61st precinct, all regarding the arrest made by Officer Cucuzza. Most of the callers that called the 61st precinct were insulting in the manner of words they used and the undersigned suspects that some of the callers intended to annoy and intimidate the telephone switchboard operator as well as the Desk Officer of the 61st precinct by stating what they planned to do and the manner in which they planned to carry out their collective plans.

\*\*\*Update 4/5/23 at 0204hrs additional phone call came in regarding threats to same MOS. Sgt Suriel 061Pct is aware of call and previous report. Sgt Suriel stated that calls have been coming into the 061Pct all day and barriers will be delivered to the command. This latest job is under ICAD D23040501960. Sgt Suriel is not taking any further action at this time.\*\*\*\*\*

On Tuesday April 4, 2023, following an interview of PO Cucuzza I/O did designate his residence a sensitive location in the ICAD system and contacted members of the ███ Precinct to request directed patrols be conducted in the vicinity of his residence for the next five days, once per tour. (04/05/23-04/10/23).

On Sunday April 9, 2023, I/O was informed that additional phone calls from unknown numbers were made to PO Cucuzza's cellphone as well as to the 61st Precinct T/S. I/O has requested additional directed patrols be

**D1005**

conducted in the vicinity of PO Cucuzza's residence by members of the ████ Precinct from 04/11/23-04/16/23.

**Notes**
  https://longislandaudit.com/

https://www.facebook.com/longislandaudit?_rdc=2&_rdr

https://www.youtube.com/@LongIslandAudit

https://twitter.com/longislandaudit?lang=en

| 1 | Unit Case Number(s) |
|---|---|

*CREATED 04/04/2023 • UPDATED 04/04/2023*

**Type**
  Opening
**Status**
  Approved
**Case Number**
  THREATS-2023-0106-P
**Investigative Statement/Discontinuance**
  No

| 1 | Personnel |
|---|---|

*CREATED 04/04/2023*

• **Personnel:** Morrin, Michael          **Role:** Assigned
**ID Type:** Tax Number          **ID Number:** 950920
**Rank:** Detective          **Command:** INTEL DIV - THREAT ASSESSMENT &
          PROTECTION UNIT
**Facility:** NYPD - Intelligence Division Public Security          **Phone:**
Section

**D1006**

Incident (Event) File [20230411000507] Print Preview - Printed By: Morrin, Michael          Page 1 of 1

## Law Enforcement Sensitive

| Threats Compartment |
|---|

| [ 1 Root ] | INCIDENT FILE REPORT |
|---|---|

| Threat To PO ( 20230411000507 ) |
|---|

*CREATED 04/11/2023 • UPDATED 04/11/2023*

● *INCIDENT INFORMATION*
**Incident Number:** 20230411000507
**Type:** Threat To PO                                          **Task Force:**
**Occurrence Begin:** Tuesday, 04/11/2023 6:30 pm          **Occurrence End:**
**Discovered:** 04/11/2023                                   **Reported:** 04/11/2023  **By:** Anonymous caller to 911

● *SOURCE CLASSIFICATION*
**Information Type:** Information Only                        **Source:**

● *ADDITIONAL COMMENTS*
**Narrative Summary**
  Anonymous caller to 911 stated there is a plan to shoot MOS at the 61st Pct.
**Narrative**
  1. On Tuesday April 11, 2023 at approximately 1845hrs an anonymous caller to 911 stated there is a plan to shoot MOS at the 61st Pct. The details are as follows:

2. On Tuesday April 11, 2023 at approximately 1845hrs 911 received an anonymous call with the Ani Ali of 2124171750. The caller stated that ten people armed with rifles were going to the 61st Pct at 2000hrs with the intention of shooting MOS "OFFICER COASCA AND SERGENT KORCHITE".

3. The undersigned conferred with Lt. Rivera the 61 desk officer who was aware of the threat. Lt. Rivera stated that there are additional officers assigned to station house security and barriers strategically positioned around the perimeter of the precinct.

| 1 | Attachment(s) |
|---|---|

*CREATED 04/11/2023*

● **Date:** 04/11/2023                                       **Author:** Rubano
**Title:** ICAD 911 threats to 61 SH                        **Type:** Audio/Video/Other

**D1007**

TAPU # 60-23

**POLICE DEPARTMENT
CITY OF NEW YORK**

April 5, 2023

**From:**     Commanding Officer of Threat Assessment and Protection Unit

**To:**     Deputy Commissioner, Information and Technology

**Subject:**     **REQUEST FOR SENSITIVE LOCATIONS-ENTRY**

1.     Designation request – Sensitive Location

2.     ███████████

3.     Confines of the ██ Precinct.

4.     Expiration Date:  May 5, 2023

5.     The above location is the residence of PO Cucuzza who is the victim of an ongoing Threat Assessment and Protection Unit case being carried under I-0106-23. Immediate notification to the Intelligence Bureau Operations Unit, at ██████████ and the immediate response of the ██ Precinct Patrol Supervisor to all radio runs to the above location.

6.     For your information

Greg Engel
Lieutenant

**D1008**

| Executed:5/14/2025 15:26 | | | Executed by:NYPDFINEST<br>\MORETTO378256 |
|---|---|---|---|

 

### New York City Police Department
### Complaint Report

| Report Cmd:<br>061 | Jurisdiction:<br>N.Y. POLICE DEPT | Record Status:<br>FINAL, NO ARRESTS | Complaint #:<br>2023-061-002051-99 |
|---|---|---|---|

| | | |
|---|---|---|
| Occurrence Location: ▓▓▓▓▓▓ | Precinct: ▓▓ | |
| Name of Premises: ▓▓▓ | Sector: B | |
| Premises Type: OTHER | Beat: 8 | |
| Location Within Premise: OTHER | Post: 8 | |

| | |
|---|---|
| Visible By Patrol: YES | Aided #: 0 |
| Occurrence From: 4/5/2023 02:04 | Accident #: 0 |
| Occurrence To: 4/5/2023 02:05 | Case Status: OPEN |
| Reported: 4/5/2023 02:53 | Unit Referred To: P.D.U. |
| Created: 4/5/2023 04:23 | Clearance Code: |
| Complaint Received: RADIO | Log/Case #: 0 |
| Classification: MENACING | File #: |
| Attempted/Completed: COMPLETED | Prints Requested: NO |
| Most Serious Offense is: MISCELLANEOUS PENAL LAW | PD Code: MENACING 1ST DEGREE<br>(VICT PEAC |
| Keycode: MISCELLANEOUS PENAL LAW | PL Section: 12013 |

| Gang Related?<br>NO | Gang Intel Log#: | Name of Gang: | DIR Required?<br>NO | Child Abuse Suspected?<br>NO |
|---|---|---|---|---|

| If Burglary: | | Alarm: | | If Arson: NO |
|---|---|---|---|---|
| Forced Entry? | | Bypassed? | | Structure: |
| Structure: | | Comp Responded: | | Occupied? |
| Entry Method: | | Company Name/Phone: | | Damage by: |
| Entry Location: | | Crime Prevention Survey<br>Requested? | | Body Camera: NO |

| Supervisor on Scene - Rank/Name/Command:<br>YES | Canvas Conducted:<br>YES | Interpreter (if used): |
|---|---|---|

**Original Narrative:**

AT TPO UNKNOWN PERP MADE A THREAT TO MEMBERS OF SERVICE OF THE 61 PRECINCT, THROUGH 911 SYSTEM. UNKNOWN CALLER STATED FEMALE PERP NAMED LATISHA IS ON THE WAY TO 61 PRECINCT WITH A FIREARM TO SHOOT OFFICER CUCUZZA(959573) AND SGT. KORCHITMET(942021) FROM 61 PRECINCT. 911 CALL BACK NUMBER ▓▓▓▓▓▓▓▓ IS NON WORKING NUMBER. IAB LOG: 23-108-59. NYPD INTEL-THREAT ASSESSMENT UNIT DET MORRINAND DET BOYCE NOTIFIED.

| Total Victims:<br>2 | Total Witnesses:<br>0 | Total Reporters:<br>0 | Total Wanted:<br>1 |
|---|---|---|---|

**D1009**

| VICTIM: #1 Of 2 | Name:CUCUZZA,GIOVANNI | Complaint #: 2023-061-002051-99 | | | |
|---|---|---|---|---|---|
| Nick/AKA/Maiden: | | Gang Affiliation: NO | | | |
| Sex/Type: | | Name: | | | |
| Race: | | Identifiers: | | | |
| Age: | | Will View Photo: NO | | | |
| Date of Birth: | | Will Prosecute: YES | | | |
| Disabled? NO | | Notified of Crime: | | | |
| Need Interpreter: NO | | Victim Comp. Law: | | | |
| Language: | | | | | |
| N.Y.C.H.A. Resident: NO | | | | | |
| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM |
| HOME-PERMANENT | | | | | |
| Phone #: CELL | | | | | |
| Action Against Victim: | | Actions of Victim Prior to  UNKNOWN Incident: | | | |
| Victim of Similar Incident: | | If Yes, When and Where: | | | |
| VICTIM: #2 Of 2 | Name:KORCHITMET,TOSARES | Complaint #: 2023-061-002051-99 | | | |
| Nick/AKA/Maiden: | | Gang Affiliation: NO | | | |
| Sex/Type: | | Name: | | | |
| Race: | | Identifiers: | | | |
| Age: | | Will View Photo: NO | | | |
| Date of Birth: | | Will Prosecute: YES | | | |
| Disabled? NO | | Notified of Crime: | | | |
| Need Interpreter: NO | | Victim Comp. Law: | | | |
| Language: | | | | | |
| N.Y.C.H.A. Resident: NO | | | | | |
| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM |
| HOME-PERMANENT | | | | | |
| Phone #: CELL | | | | | |
| Action Against Victim: | | Actions of Victim Prior to  UNKNOWN Incident: | | | |
| Victim of Similar Incident: | | If Yes, When and Where: | | | |

| SUSPECT: #1 Of 1 | Name:UNKNOWN ONE,LATISHA | Complaint #: 2023-061-002051-99 |
|---|---|---|

| | | | |
|---|---|---|---|
| Nick/AKA/Maiden: | | Height: 0'0 | |
| Sex/Type: FEMALE | | Weight: 0 | |
| Race: ~~████~~ | | Has Accent: NO | |
| Age: ~~██~~ | | Hair Style: UNKNOWN | |
| Skin Tone: DARK | | Hair Color: UNKNWN | |
| Complexion: UNKNOWN | | Hair Length: | |
| Eye Color: UNKN | | Victim and Suspect Living Together: NO | |
| Date of Birth: | | Victim Can Identify Suspect: NO | |
| Need Interpreter: NO | | Victim States Suspect Is: STRANGER | |
| Language: | | Gang Affiliation: NO | |
| N.Y.C.H.A. Resident: NO | | Name: | |
| Development: NO | | Identifiers: | |
| N.Y.C.H.A. Employee: NO | | Used Subway System: No | |
| On Duty: | | Station Entered and Time: | |
| N.Y.C. Transit Employee: NO | | Metro Card: | |
| On Duty: | | Metro Card Type: | |

| LOCATION | ADDRESS | CITY | STATE/CNTRY ZIP | APT/ROOM |
|---|---|---|---|---|
| Phone #: | | | | |

| WEAPON | GUN | |
|---|---|---|
| Used/Possessed:: USED/DISPLAYED | Gun Type: | Gun Model: |
| | Gun Caliber: UNKNOWN | Gun Make: |
| | Gun Color: NOT APPLICABLE | Gun Discharged: N |

### CRIME DATA

| CATEGORY | TYPE | COLOR | DESCRIPTION | DETAIL |
|---|---|---|---|---|
| CLOTHING | ACCESSORIES | BLUE | | JEANS |
| CLOTHING | FOOTWEAR | | | UNK |
| CLOTHING | HEADGEAR | | | UNK |
| CLOTHING | OUTERWEAR | BLACK | | T-SHIRT OR TANK TOP |
| METHOD OF FLIGHT | | | N/A | |
| IMPERSONATION | UNKNOWN | | | |
| MODUS OPERANDI | UNKNOWN | | | |
| STATEMENT BY PERP | | | N/A | |
| SCARS/TATTOOS | UNKNOWN | | | |
| UNUSUAL PHYSICAL CHARACTERISTI | UNKNOWN | | | |
| ACTION TOWARD VICTIM | OTHER | | | |

| PROPERTY: | | Complaint #: 2023-061-002051-99 |
|---|---|---|
| Lost/Stolen/Found: | Business/Personal/Both: | Owner Identification Num: |

| Amt | Article | Description | Serial | $ Stolen | $ Recovered | $ Mistakenly Rpted | $ Net Unrcvrd Property |
|---|---|---|---|---|---|---|---|

| ARRESTS: | | | Complaint #: 2023-061-002051-99 | | |
|---|---|---|---|---|---|
| ARREST ID | STATUS | DEFENDANT NAME | SEX | RACE | AGE | ARREST DATE |
| Officer Reported Name:MARTINEZ ANGEL | | | Tax #:968610 | Command #:061 | Rep. Agency:0 |
| Officer Supervisor Name:RUBINO MICHAEL | | | Tax #:935658 | Command #:061 | Rep. Agency:0 |
| Scene Supervisor Name:SURIEL | | | Tax #: | Command #: | Rep. Agency:0 |
| Enterer Name:BRITOPOZO | | | Tax #:964406 | Command #:061 | Rep. Agency:0 |
| Approving Supervisor Name:MATVIIV | | | Tax #:930671 | Command #:061 | Rep. Agency:0 |

**D1012**

| Tracking# 82458798 | | | | | |
|---|---|---|---|---|---|
| **CONFERRAL** | | | | **Crime/Condition**<br>MISCELLANEOUS PENAL LAW | **Command**<br>061-61ST PRECINCT<br><br>**Date of This Report**<br>04/05/2023 |
| **Date Reported**<br>04/05/2023 | **Complaint No.**<br>2023-061-02051 | **Date Case Assigned**<br>04/05/2023 | **Case No.**<br>2023 - 690 | **Unit Reporting**<br>SQUAD | **Follow-Up No.**<br>10 |

| Topic/Subject<br>(CONFERRAL) BROOKLYN DA OFFICE | Activity Date<br>04/05/2023 | Activity Time<br>15:44 |
|---|---|---|

| CONFERRED WITH |
|---|

| Details |
|---|
| **Summary of Investigation:**<br>1. On April 5, 2023, at approximately 1544 hours I conferred with Green Zone Assistant District Attorney, Michael Boykin in regard to this investigation.<br><br>2. Case Active. |

| ATTACHMENTS |
|---|

| Reporting Officer: | Rank<br>DT2 | Name<br>NEIL BOYCE | | Tax Reg. No.<br>936233 | Command<br>283-61 DET<br>SQUAD |
|---|---|---|---|---|---|
| Reviewing<br>Supervisor: | Manner of<br>Closing<br>- | Date<br>Reviewed:<br>04/06/2023 | Date of Next<br>Review | Name<br>VINCENT<br>GIAMBALVO | Supv. Tax No.<br>951770 |

**D1013**

| Tracking# 82449131 | | | | | |
|---|---|---|---|---|---|
| **911 AND AUDIO RECORDINGS REVIEWED** | | | **Crime/Condition**<br>MISCELLANEOUS PENAL LAW | **Command**<br>061-61ST PRECINCT | |
| | | | | **Date of This Report**<br>04/05/2023 | |
| **Date Reported**<br>04/05/2023 | **Complaint No.**<br>2023-061-02051 | **Date Case Assigned**<br>04/05/2023 | **Case No.**<br>2023 - 690 | **Unit Reporting**<br>SQUAD | **Follow-Up No.**<br>9 |

| Topic/Subject<br>(911 AND AUDIO RECORDINGS REVIEWED) 911 AUDIO REVIEWED | Activity Date<br>04/05/2023 | Activity Time<br>09:46 |
|---|---|---|

| Complainant's Name<br>CUCUZZA, GIOVANNI | Address | Apt No. |
|---|---|---|
| **Nickname/Alias/Middle Name** | | |

| Sex<br>MALE | Race<br>WHITE | Date of Birth | Age | |
|---|---|---|---|---|
| Home Telephone | Business Telephone | Cell Phone | Beeper # | E-Mail Address |

| Person Interviewed Last Name, First M.I. | Address | Apt No. |
|---|---|---|
| **Nickname/Alias/Middle Name** | | |

| Position/Relationship | Sex | Race | Date of Birth | Age | |
|---|---|---|---|---|---|
| Home Telephone | Business Telephone | Cell Phone | Beeper # | E-Mail Address |

**Details**

**Summary of Investigation:**
1. On April 5, 2023, at approximately 0946 hours I reviewed and uploaded a copy of the 911 call in regard to this investigation to ECMS as an attachment. Details are as follows:

- The caller stated that "Latisha" was on her way to the precinct to shoot PO Cucuzza and Sgt. Korchimet.

2. Case Active.

| Activity Address Location<br>OFFICE | Street | City | State | Zip | Apt # |
|---|---|---|---|---|---|
| Cross Street | | Intersection of<br>and | | | Premise Type |

| ATTACHMENT | | |
|---|---|---|
| No | Attachment | Description |
| 1 | 1680703305692_16807014013.wav | 1680703305692_16807014013.wav |

| Reporting Officer: | Rank<br>DT2 | Name<br>NEIL BOYCE | | Tax Reg. No.<br>936233 | Command<br>283-61 DET SQUAD |
|---|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing<br>- | Date Reviewed:<br>04/06/2023 | Date of Next Review | Name<br>VINCENT GIAMBALVO | Supv. Tax No.<br>951770 |

**D1014**

| Tracking# 82448460 | | | | | |
|---|---|---|---|---|---|
| **GENERAL INVESTIGATION** | | | | **Crime/Condition**<br>MISCELLANEOUS PENAL LAW | **Command**<br>061-61ST PRECINCT |
| | | | | | **Date of This Report**<br>04/05/2023 |
| **Date Reported**<br>04/05/2023 | **Complaint No.**<br>2023-061-02051 | **Date Case Assigned**<br>04/05/2023 | **Case No.**<br>2023 - 690 | **Unit Reporting**<br>SQUAD | **Follow-Up No.**<br>8 |

| **Complainant's Name**<br>CUCUZZA, GIOVANNI | **Address** | **Apt No.** |
|---|---|---|
| **Nickname/Alias/Middle Name** | | |
| **Sex**<br>MALE | **Race**<br>WHITE | **Date of Birth** | **Age** | |
| **Home Telephone** | **Business Telephone** | **Cell Phone** | **Beeper #** | **E-Mail Address** |

| **Activity Address Location**<br>OFFICE | | **Street** | **City** | **State** | **Zip** | **Apt #** |
|---|---|---|---|---|---|---|
| **Cross Street** | | | **Intersection of**<br>and | | **Premise Type** | |

| **Activity Date**<br>04/05/2023 | **Activity Time**<br>09:30 |
|---|---|
| **Topic/Subject:**<br>911 CALLER | |

**Summary of Investigation:**
1. On April 5, 2023, at approximately 0930 hours I contacted the telephone number listed on the I/Cad, ~~[redacted]~~ to conduct an interview in regard to this investigation. Details are as follows:

- The telephone number belongs to the 911 dispatch. I verified the number with 911 operator # 2056.

2. Case Active.

| **Reporting Officer:** | **Rank**<br>DT2 | **Name**<br>NEIL BOYCE | | **Tax Reg. No.**<br>936233 | **Command**<br>283-61 DET SQUAD |
|---|---|---|---|---|---|
| **Reviewing Supervisor:** | **Manner of Closing**<br>- | **Date Reviewed**<br>04/06/2023 | **Date of Next Review** | **Name**<br>VINCENT GIAMBALVO | **Supv. Tax No.**<br>951770 |

**D1015**

| Tracking# 82448092 | | | | | |
|---|---|---|---|---|---|
| **CONFERRAL** | | | **Crime/Condition** MISCELLANEOUS PENAL LAW | | **Command** 061-61ST PRECINCT **Date of This Report** 04/05/2023 |
| **Date Reported** 04/05/2023 | **Complaint No.** 2023-061-02051 | **Date Case Assigned** 04/05/2023 | **Case No.** 2023 - 690 | **Unit Reporting** SQUAD | **Follow-Up No.** 7 |

| Topic/Subject (CONFERRAL) TARU, | Activity Date 04/05/2023 | Activity Time 09:23 |
|---|---|---|

**CONFERRED WITH**

| Level 1 TARU | Level 2 | Level 3 |
|---|---|---|

**Details**

**Summary of Investigation:**
1. On April 5, 2023, at approximately 0923 hours I conferred with P.O. Mallery, TARU in regard to this investigation. Details are as follows:

- PO Mallery stated that the target number, ▓▓▓▓▓▓▓▓ is listed as having Verizon Security Assistance service.

2. Case Active.

**ATTACHMENTS**

| Reporting Officer: | Rank DT2 | Name NEIL BOYCE | | Tax Reg. No. 936233 | Command 283-61 DET SQUAD |
|---|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing - | Date Reviewed: 04/06/2023 | Date of Next Review | Name VINCENT GIAMBALVO | Supv. Tax No. 951770 |

**D1016**

| Tracking# 82447934 | | | | | |
|---|---|---|---|---|---|

| | **CONFERRAL** | | **Crime/Condition**<br>MISCELLANEOUS PENAL LAW | **Command**<br>061-61ST PRECINCT |
|---|---|---|---|---|
| | | | | **Date of This Report**<br>04/05/2023 |

| **Date Reported**<br>04/05/2023 | **Complaint No.**<br>2023-061-02051 | **Date Case Assigned**<br>04/05/2023 | **Case No.**<br>2023 - 690 | **Unit Reporting**<br>SQUAD | **Follow-Up No.**<br>6 |
|---|---|---|---|---|---|

| **Topic/Subject**<br>(CONFERRAL) INTELLIGENCE DIVISION - THREAT ASSESSMENT AND PROTECTION UNIT, | **Activity Date**<br>04/05/2023 | **Activity Time**<br>09:15 |
|---|---|---|

**CONFERRED WITH**

| **Level 1**<br>INTELLIGENCE DIVISION | **Level 2**<br>THREAT ASSESSMENT AND PROTECTION UNIT | **Level 3** |
|---|---|---|

**Details**

**Summary of Investigation:**
1. On April 5, 2023, at approximately 0915 hours I conferred with Detective Dardzinski, Intel Threat Assessment and Protection Unit in regard to this investigation. Details are as follows:

- Detective Dardzinski stated that he will conduct the threat assessment aspect of the complaint while I handle the criminal investigation.

2. Case Active.

**ATTACHMENTS**

| **Reporting Officer:** | **Rank**<br>DT2 | **Name**<br>NEIL BOYCE | | **Tax Reg. No.**<br>936233 | **Command**<br>283-61 DET SQUAD |
|---|---|---|---|---|---|
| **Reviewing Supervisor:** | **Manner of Closing**<br>- | **Date Reviewed:**<br>04/06/2023 | **Date of Next Review** | **Name**<br>VINCENT GIAMBALVO | **Supv. Tax No.**<br>951770 |

D1017

| Tracking# 82447265 | | | | | | |
|---|---|---|---|---|---|---|
| **CONFERRAL** | | | | **Crime/Condition**<br>MISCELLANEOUS PENAL LAW | | **Command**<br>061-61ST PRECINCT<br><br>**Date of This Report**<br>04/05/2023 |
| **Date Reported**<br>04/05/2023 | **Complaint No.**<br>2023-061-02051 | **Date Case Assigned**<br>04/05/2023 | **Case No.**<br>2023 - 690 | **Unit Reporting**<br>SQUAD | | **Follow-Up No.**<br>5 |

| Topic/Subject<br>(CONFERRAL) RTCC | Activity Date<br>04/05/2023 | Activity Time<br>09:00 |
|---|---|---|

**CONFERRED WITH**

**Details**

**Summary of Investigation:**
1. On April 5, 2023, at approximately 0900 hours I conferred with RTCC to request 911 audio in regard to this investigation.

2. Case Active.

**ATTACHMENTS**

| Reporting Officer: | Rank<br>DT2 | Name<br>NEIL BOYCE | | Tax Reg. No.<br>936233 | Command<br>283-61 DET<br>SQUAD |
|---|---|---|---|---|---|
| Reviewing<br>Supervisor: | Manner of<br>Closing<br>- | Date<br>Reviewed:<br>04/06/2023 | Date of Next<br>Review | Name<br>VINCENT<br>GIAMBALVO | Supv. Tax No.<br>951770 |

**D1018**

| Tracking# 82446853 | | | | | |
|---|---|---|---|---|---|
| *(police badge)* | **I/CAD Reports Reviewed** | | | **Crime/Condition**<br>MISCELLANEOUS PENAL LAW | **Command**<br>061-61ST PRECINCT<br><br>**Date of This Report**<br>04/05/2023 |
| **Date Reported**<br>04/05/2023 | **Complaint No.**<br>2023-061-02051 | **Date Case Assigned**<br>04/05/2023 | **Case No.**<br>2023 - 690 | **Unit Reporting**<br>SQUAD | **Follow-Up No.**<br>3 |

| Topic/Subject | | Activity Date | Activity Time |
|---|---|---|---|
| (I/CAD Reports Reviewed) I/CAD REPORT | | 04/05/2023 | 08:52 |

**Details**

**Summary of Investigation:**
1. On April 5, 2023, at approximately 0852 hours I reviewed and later uploaded a copy of the I/Cad report in regard to this investigation to ECMS as an attachment. Details are as follows:

- The caller stated that a female black/white named "Latisha" was on her way to the 61 Precinct with a firearm to shoot PO Cucuzza and Sgt. Korchimet. She was described to be 30 years of age wearing blue jeans and a black shirt.

2. Case Active.

| **ATTACHMENT** | | |
|---|---|---|
| No | Attachment | Description |
| 1 | *(icon)*<br>1680699306859_event_detai.pdf | 1680699306859_event_detai.pdf |

| Reporting Officer: | Rank<br>DT2 | Name<br>NEIL BOYCE | | Tax Reg. No.<br>936233 | Command<br>283-61 DET<br>SQUAD |
|---|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing<br>- | Date Reviewed:<br>04/06/2023 | Date of Next Review | Name<br>VINCENT GIAMBALVO | Supv. Tax No.<br>951770 |

**D1019**

| Tracking# 82446763 | | | | | | |
|---|---|---|---|---|---|---|
| **INTERVIEW TELEPHONE** | | | | **Crime/Condition**<br>MISCELLANEOUS PENAL LAW | **Command**<br>061-61ST PRECINCT | |
| | | | | | **Date of This Report**<br>04/05/2023 | |
| **Date Reported**<br>04/05/2023 | **Complaint No.**<br>2023-061-02051 | **Date Case Assigned**<br>04/05/2023 | **Case No.**<br>2023 - 690 | **Unit Reporting**<br>SQUAD | **Follow-Up No.**<br>2 | |

| Topic/Subject<br>(INTERVIEW TELEPHONE) SGT SURIEL | Activity Date<br>04/05/2023 | Activity Time<br>08:30 |
|---|---|---|

| Complainant's Name<br>CUCUZZA, GIOVANNI | | Address | | Apt No. |
|---|---|---|---|---|
| **Nickname/Alias/Middle Name** | | | | |
| Sex<br>MALE | Race<br>WHITE | Date of Birth | Age | |
| Home Telephone | Business Telephone | Cell Phone | Beeper # | E-Mail Address |

| Person Interviewed Last Name, First M.I. | | Address | | Apt No. |
|---|---|---|---|---|
| **Nickname/Alias/Middle Name** | | | | |
| Position/Relationship | Sex | Race | Date of Birth | Age |
| Home Telephone | Business Telephone | Cell Phone | Beeper # | E-Mail Address |

**Details**

**Summary of Investigation:**
1. On April 5, 2023, at approximately 0830 hours I conducted a telephone interview with Sgt. Suriel, 61 Precinct in regard to this investigation. Details are as follows:

- Sgt. Suriel stated that at approximately 0204 hours on 4/5/2023 NYPD dispatch received a radio signal 10-39, threats to MOS at the 61 Precinct Stationhouse. An anonymous female caller stated that a female / black & white was on her way to the precinct to shoot PO Cacuzza and Sgt. Korchimet with a firearm.

- Sgt. Suriel stated that the telephone number provided via 911 (~~redacted~~) was not working.

- PO Suriel stated that no one came to the precinct and no MOS were injured.

- Sgt. Suriel ensured the proper notifications were made.

2. Case Active.

| Activity Address Location<br>OFFICE | | Street | City | State | Zip | Apt # |
|---|---|---|---|---|---|---|
| Cross Street | | Intersection of<br>and | | | Premise Type | |

| Reporting Officer: | Rank<br>DT2 | Name<br>NEIL BOYCE | | Tax Reg. No.<br>936233 | Command<br>283-61 DET<br>SQUAD |
|---|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing<br>- | Date Reviewed:<br>04/06/2023 | Date of Next Review | Name<br>VINCENT GIAMBALVO | Supv. Tax No.<br>951770 |

**D1020**

| Tracking# 82446582 | | | | | |
|---|---|---|---|---|---|
| **GENERAL INVESTIGATION** | | | | **Crime/Condition**<br>MISCELLANEOUS PENAL LAW | **Command**<br>061-61ST PRECINCT |
| | | | | | **Date of This Report**<br>04/05/2023 |
| **Date Reported**<br>04/05/2023 | **Complaint No.**<br>2023-061-02051 | **Date Case Assigned**<br>04/05/2023 | **Case No.**<br>2023 - 690 | **Unit Reporting**<br>SQUAD | **Follow-Up No.**<br>1 |

| **Complainant's Name**<br>CUCUZZA, GIOVANNI | | **Address** | | **Apt No.** |
|---|---|---|---|---|
| **Nickname/Alias/Middle Name** | | | | |
| **Sex**<br>MALE | **Race**<br>WHITE | **Date of Birth** | **Age** | |
| **Home Telephone** | **Business Telephone** | **Cell Phone** | **Beeper #** | **E-Mail Address** |

| **Activity Address Location**<br>OFFICE | | **Street** | **City** | **State** | **Zip** | **Apt #** |
|---|---|---|---|---|---|---|
| **Cross Street** | | | **Intersection of**<br>and | | **Premise Type** | |

| **Activity Date**<br>04/05/2023 | **Activity Time**<br>08:00 |
|---|---|
| **Topic/Subject:**<br>NOTIFICATION | |

**Summary of Investigation:**
1. On April 5, 2023, at approximately 800 hours I was notified via ECMS of a Menacing (threats to life with a firearm) of an MOS in regard to this complaint report.

2. Case Active.

| **Reporting Officer:** | **Rank**<br>DT2 | **Name**<br>NEIL BOYCE | | **Tax Reg. No.**<br>936233 | **Command**<br>283-61 DET SQUAD |
|---|---|---|---|---|---|
| **Reviewing Supervisor:** | **Manner of Closing**<br>- | **Date Reviewed**<br>04/06/2023 | **Date of Next Review** | **Name**<br>VINCENT GIAMBALVO | **Supv. Tax No.**<br>951770 |

**D1021**

| Tracking# 82490579 | | | | | | |
|---|---|---|---|---|---|---|
| **CLOSING** | | | | **Crime/Condition**<br>MISCELLANEOUS PENAL LAW | **Command**<br>061-61ST PRECINCT | |
| | | | | | **Date of This Report**<br>04/06/2023 | |
| **Date Reported**<br>04/05/2023 | **Complaint No.**<br>2023-061-02051 | **Date Case Assigned**<br>04/05/2023 | **Case No.**<br>2023 - 690 | **Unit Reporting**<br>SQUAD | **Follow-Up No.**<br>12 | |

| Complainant's Name<br>CUCUZZA, GIOVANNI | Address | Apt No. |
|---|---|---|
| **Nickname/Alias/Middle Name** | | |

| Sex<br>MALE | Race<br>WHITE | Date of Birth | | Age | |
|---|---|---|---|---|---|
| **Home Telephone** | **Business Telephone** | **Cell Phone** | | **Beeper #** | **E-Mail Address** |

| Activity Address Location<br>OFFICE | | Street | City | State | Zip | Apt # |
|---|---|---|---|---|---|---|
| **Cross Street** | | | **Intersection of**<br>and | | **Premise Type** | |

| Activity Date<br>04/06/2023 | Activity Time<br>14:41 |
|---|---|

**Topic/Subject:**
(CLOSING) CLOSED C10

**Summary of Investigation:**
1. On April 6, 2023, at approximately 1441 hours I requested this investigation be closed C10. When the requested telephone records are provided the investigation will be reopened.

2. Case Closed C10.

| Reporting<br>Officer: | Rank<br>DT2 | | Name<br>NEIL BOYCE | Tax Reg. No.<br>936233 | Command<br>283-61 DET<br>SQUAD |
|---|---|---|---|---|---|
| Reviewing<br>Supervisor: | Manner of Closing<br>C-10 – C-10 CLOSED PENDING RECEIPT OF<br>REQUESTED TELEPHONE RECORDS | Date<br>Reviewed<br>04/10/2023 | Date of Next<br>Review | Name<br>VINCENT<br>GIAMBALVO | Supv. Tax No.<br>951770 |

**D1022**

| Tracking# 82489799 | | | | | |
|---|---|---|---|---|---|
| **PHONE SUBPOENAS** | | | **Crime/Condition**<br>MISCELLANEOUS PENAL LAW | | **Command**<br>061-61ST PRECINCT |
| | | | | | **Date of This Report**<br>04/06/2023 |
| **Date Reported**<br>04/05/2023 | **Complaint No.**<br>2023-061-02051 | **Date Case Assigned**<br>04/05/2023 | **Case No.**<br>2023 - 690 | **Unit Reporting**<br>SQUAD | **Follow-Up No.**<br>11 |

| **Complainant's Name**<br>CUCUZZA, GIOVANNI | **Address** | | **Apt No.** |
|---|---|---|---|
| **Nickname/Alias/Middle Name** | | | |
| **Sex**<br>MALE | **Race**<br>WHITE | **Date of Birth** | **Age** |
| **Home Telephone** | **Business Telephone** | **Cell Phone** | **Beeper #** | **E-Mail Address** |

| **Person Interviewed Last Name, First M.I.**<br>CUCUZZA, GIOVANNI | **Address** | | **Apt No.** |
|---|---|---|---|
| **Nickname/Alias/Middle Name** | | | |
| **Position/Relationship** | **Sex**<br>MALE | **Race**<br>WHITE | **Date of Birth** | **Age** |
| **Home Telephone** | **Business Telephone** | **Cell Phone** | **Beeper #** | **E-Mail Address** |

| **Activity Address Location**<br>OFFICE | **Street** | **City** | **State** | **Zip** | **Apt #** |
|---|---|---|---|---|---|
| **Cross Street** | | **Intersection of**<br>and | | **Premise Type** | |

| **Activity Date**<br>04/06/2023 | **Activity Time**<br>14:22 |
|---|---|

**Topic/Subject:**
(PHONE SUBPOENAS) VERIZON

**Summary of Investigation:**
1. On April 6, 2023, at approximately 1422 hours I submitted a request for a DCLM subpoena in regard to this investigation.

2. Case Active.

| **Reporting Officer:** | **Rank**<br>DT2 | **Name**<br>NEIL BOYCE | | **Tax Reg. No.**<br>936233 | **Command**<br>283-61 DET<br>SQUAD |
|---|---|---|---|---|---|
| **Reviewing Supervisor:** | **Manner of Closing**<br>- | **Date Reviewed**<br>04/06/2023 | **Date of Next Review** | **Name**<br>VINCENT GIAMBALVO | **Supv. Tax No.**<br>951770 |

**D1023**

**Tracking# 83674613**

| ATTACHMENT RECEIVED | Crime/Condition<br>MISCELLANEOUS PENAL LAW | Command<br>061-61ST PRECINCT |
|---|---|---|
| | | Date of This Report<br>05/20/2023 |

| Date Reported<br>04/05/2023 | Complaint No.<br>2023-061-02051 | Date Case Assigned<br>04/05/2023 | Case No.<br>2023 - 690 | Unit Reporting<br>SYSTEM GENERATED | Follow-Up No.<br>13 |
|---|---|---|---|---|---|

| Topic/Subject<br>(ATTACHMENT RECEIVED) ATTACHMENT RECEIVED NOTIFICATION DD5 | Activity Date<br>05/20/2023 | Activity Time<br>00:00 |
|---|---|---|

**Details**

Summary of Investigation:
AN ATTACHMENT HAS BEEN ADDED TO THIS CASE WHILE IT WAS CLOSED.

| Reporting Officer: | Rank<br>999 | Name<br>SYSTEM GENERATED | | Tax Reg. No.<br>999999 | Command<br>283-61 DET<br>SQUAD |
|---|---|---|---|---|---|
| Reviewing<br>Supervisor: | Manner of<br>Closing<br>- | Date<br>Reviewed:<br>05/22/2023 | Date of Next<br>Review | Name<br>VINCENT<br>GIAMBALVO | Supv. Tax No.<br>951770 |

**D1024**

| Tracking# 83674612 | | | | | |
|---|---|---|---|---|---|
| **AUTO REOPEN** | | | | **Crime/Condition**<br>MENACING (MOS) - C/V PO CUCUZZA & SGT KORCHIMET - CLOSED C10 | **Command**<br>283-61 DET SQUAD<br><br>**Date of This Report**<br>05/20/2023 |
| **Date Reported** | **Complaint No.**<br>2023-061-02051 | **Date Case Assigned**<br>04/05/2023 | **Case No.**<br>2023 - 690 | **Unit Reporting**<br>SYSTEM GENERATED | **Follow-Up No.**<br>14 |

| Topic/Subject<br>(AUTO REOPEN) THE CASE WAS REOPENED | Activity Date<br>05/20/2023 | Activity Time<br>15:44 |
|---|---|---|

| Details |
|---|
| **Summary of Investigation:**<br>The Case was Reopened by SYSTEM |

| Reporting Officer: | Rank<br>999 | | Name<br>SYSTEM GENERATED | | Tax Reg. No.<br>999999 | Command<br>283-61 DET SQUAD |
|---|---|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing<br>- | Date Reviewed:<br>05/22/2023 | Date of Next Review | Name<br>VINCENT GIAMBALVO | Supv. Tax No.<br>951770 |

**D1025**

**Tracking# 83698423**

| CLOSING | Crime/Condition MISCELLANEOUS PENAL LAW | Command 061-61ST PRECINCT |
|---|---|---|
| | | Date of This Report 05/21/2023 |

| Date Reported 04/05/2023 | Complaint No. 2023-061-02051 | Date Case Assigned 04/05/2023 | Case No. 2023 - 690 | Unit Reporting SQUAD | Follow-Up No. 15 |
|---|---|---|---|---|---|

| Complainant's Name CUCUZZA, GIOVANNI | Address | Apt No. |
|---|---|---|

**Nickname/Alias/Middle Name**

| Sex MALE | Race WHITE | Date of Birth | Age |
|---|---|---|---|

| Home Telephone | Business Telephone | Cell Phone | Beeper # | E-Mail Address |
|---|---|---|---|---|

| Activity Address Location OFFICE | Street | City | State | Zip | Apt # |
|---|---|---|---|---|---|
| Cross Street | | Intersection of and | | Premise Type | |

| Activity Date 05/21/2023 | Activity Time 22:18 |
|---|---|

**Topic/Subject:**
(CLOSING) CLOSED C10

**Summary of Investigation:**
1. On May 21, 2023, at approximately 2218 hours I requested this investigation be closed C10. When the requested telephone records are provided the investigation will be reopened.

2. Case Closed C10.

| Reporting Officer: | Rank DT2 | Name NEIL BOYCE | Tax Reg. No. 936233 | Command 283-61 DET SQUAD |
|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing C-10 - C-10 CLOSED PENDING RECEIPT OF REQUESTED TELEPHONE RECORDS | Date Reviewed 05/22/2023 | Date of Next Review | Name VINCENT GIAMBALVO | Supv. Tax No. 951770 |

**D1026**

| Tracking# 84284496 | | | | | |
|---|---|---|---|---|---|
| **AUTO REOPEN** | | | **Crime/Condition**<br>MENACING (MOS) - C/V PO CUCUZZA & SGT<br>KORCHIMET - CLOSED C10 | | **Command**<br>283-61 DET<br>SQUAD<br><br>**Date of This Report**<br>06/13/2023 |
| **Date Reported** | **Complaint No.**<br>2023-061-02051 | **Date Case Assigned**<br>04/05/2023 | **Case No.**<br>2023 - 690 | **Unit Reporting**<br>SYSTEM GENERATED | **Follow-Up No.**<br>17 |

| Topic/Subject | Activity Date | Activity Time |
|---|---|---|
| (AUTO REOPEN) THE CASE WAS REOPENED | 06/13/2023 | 15:53 |

**Details**

**Summary of Investigation:**
The Case was Reopened by
Taxid : 966154
Name : LANDRO, JONATHAN
Rank : DT3
Command : MS - MAJOR CASE SQUAD

| Reporting Officer: | Rank<br>999 | Name<br>SYSTEM GENERATED | | Tax Reg. No.<br>999999 | Command<br>283-61 DET<br>SQUAD |
|---|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing<br>- | Date Reviewed:<br>06/13/2023 | Date of Next Review | Name<br>VINCENT GIAMBALVO | Supv. Tax No.<br>951770 |

**D1027**

| Tracking# 84284497 | | | | | |
|---|---|---|---|---|---|
| **UNANALYZED TELEPHONE RECORDS** | | | | **Crime/Condition**<br>MENACING (MOS) - C/V PO CUCUZZA & SGT KORCHIMET - CLOSED C10 | **Command**<br>283-61 DET SQUAD<br><br>**Date of This Report**<br>06/13/2023 |
| **Date Reported** | **Complaint No.**<br>2023-061-02051 | **Date Case Assigned**<br>04/05/2023 | **Case No.**<br>2023 - 690 | **Unit Reporting**<br>SYSTEM GENERATED | **Follow-Up No.**<br>16 |

| Topic/Subject<br>(UNANALYZED TELEPHONE RECORDS) UNANALYZED TELEPHONE RECORDS FROM TRACKING #: 82489799 | Activity Date<br>06/13/2023 | Activity Time<br>00:00 |
|---|---|---|

**ATTACHMENT**

| No | Attachment | Description |
|---|---|---|
| 1 | 1686672870450_23296886scs.docx | 1686672870450_23296886scs.docx |
| 2 | 1686672870394_attachedfax.pdf | 1686672870394_attachedfax.pdf |
| 3 | 1686672870726_certificati.html | 1686672870726_certificati.html |
| 4 | 1686672870726_invoice_202.pdf | 1686672870726_invoice_202.pdf |
| 5 | 1686672870816_specialcomp.html | 1686672870816_specialcomp.html |

**Details**

**Summary of Investigation:**
Uploaded requested records as per subpoena through ECMS in regards to Tracking #82489799

------------------------------------------------

------------Uploaded by------------
Taxid : 966154
Name : LANDRO, JONATHAN
Rank : DT3
Command : MS - MAJOR CASE SQUAD

| Reporting Officer: | Rank<br>DT2 | Name<br>NEIL BOYCE | | Tax Reg. No.<br>936233 | Command<br>283-61 DET SQUAD |
|---|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing<br>- | Date Reviewed:<br>06/13/2023 | Date of Next Review | Name<br>VINCENT GIAMBALVO | Supv. Tax No.<br>951770 |

**D1028**

| Tracking# 84340188 | | | | | |
|---|---|---|---|---|---|
| **CLOSING** | | | **Crime/Condition**<br>MISCELLANEOUS PENAL LAW | | **Command**<br>061-61ST PRECINCT<br><br>**Date of This Report**<br>06/15/2023 |
| **Date Reported**<br>04/05/2023 | **Complaint No.**<br>2023-061-02051 | **Date Case Assigned**<br>04/05/2023 | **Case No.**<br>2023 - 690 | **Unit Reporting**<br>SQUAD | **Follow-Up No.**<br>19 |

| **Complainant's Name**<br>CUCUZZA, GIOVANNI | | **Address** | | **Apt No.** |
|---|---|---|---|---|
| **Nickname/Alias/Middle Name** | | | | |
| **Sex**<br>MALE | **Race**<br>WHITE | **Date of Birth** | | **Age** |
| **Home Telephone** | **Business Telephone** | **Cell Phone** | **Beeper #** | **E-Mail Address** |

| **Activity Address Location**<br>OFFICE | | **Street** | **City** | **State** | **Zip** | **Apt #** |
|---|---|---|---|---|---|---|
| **Cross Street** | | | **Intersection of**<br>and | | **Premise Type** | |

| **Activity Date**<br>06/15/2023 | **Activity Time**<br>00:49 |
|---|---|

**Topic/Subject:**
(CLOSING) CLOSED C4

**Summary of Investigation:**
1. On June 15, 2023, at approximately 0049 hours I requested this investigation be closed C4. Should any new leads arise, the investigation will be reopened.

2. Case Closed C4.

| **Reporting Officer:** | **Rank**<br>DT2 | | **Name**<br>NEIL BOYCE | **Tax Reg. No.**<br>936233 | **Command**<br>283-61 DET<br>SQUAD |
|---|---|---|---|---|---|
| **Reviewing**<br>**Supervisor:** | **Manner of Closing**<br>C-4 - C-4 INVESTIGATIVE LEADS<br>EXHAUSTED | **Date**<br>**Reviewed**<br>06/15/2023 | **Date of Next**<br>**Review** | **Name**<br>VINCENT<br>GIAMBALVO | **Supv. Tax No.**<br>951770 |

**D1029**

| Tracking# 84340168 | | | | | |
|---|---|---|---|---|---|
| **GENERAL INVESTIGATION** | | | **Crime/Condition**<br>MISCELLANEOUS PENAL LAW | | **Command**<br>061-61ST PRECINCT |
| | | | | | **Date of This Report**<br>06/15/2023 |
| **Date Reported**<br>04/05/2023 | **Complaint No.**<br>2023-061-02051 | **Date Case Assigned**<br>04/05/2023 | **Case No.**<br>2023 - 690 | **Unit Reporting**<br>SQUAD | **Follow-Up No.**<br>18 |

| **Complainant's Name**<br>CUCUZZA, GIOVANNI | **Address** | **Apt No.** |
|---|---|---|

| **Nickname/Alias/Middle Name** | | | |
|---|---|---|---|
| **Sex**<br>MALE | **Race**<br>WHITE | **Date of Birth** | **Age** |
| **Home Telephone** | **Business Telephone** | **Cell Phone** | **Beeper #** | **E-Mail Address** |

| **Activity Address Location**<br>OFFICE | | **Street** | **City** | **State** | **Zip** | **Apt #** |
|---|---|---|---|---|---|---|
| **Cross Street** | | | **Intersection of**<br>and | | **Premise Type** | |

| **Activity Date**<br>06/15/2023 | **Activity Time**<br>00:47 |
|---|---|

**Topic/Subject:**
**REVIEW OF SUBPOENA RESULTS**

**Summary of Investigation:**
1. On June 15, 2023, at approximately 0047 hours I reviewed the results of the subpoena requested in regard to this investigation. Details are as follows:

- There was no subscriber information available.

2. Case Active.

| **Reporting Officer:** | **Rank**<br>DT2 | **Name**<br>NEIL BOYCE | | **Tax Reg. No.**<br>936233 | **Command**<br>283-61 DET SQUAD |
|---|---|---|---|---|---|
| **Reviewing Supervisor:** | **Manner of Closing**<br>- | **Date Reviewed**<br>06/15/2023 | **Date of Next Review** | **Name**<br>VINCENT GIAMBALVO | **Supv. Tax No.**<br>951770 |

**D1030**

Complaint# 2023-061-002040                                                                    Page 1 of 3



# New York City Police Department
## Omniform System - Complaints

| Report Cmd: 061 | Jurisdiction: N.Y. POLICE DEPT | ICAD#: | Record Status: Final, No Arrests | Public Omni NO | Complaint #: 2023-061-002040 | No Other Legacy Blue Versions | No Other Complaint Revisions |
|---|---|---|---|---|---|---|---|

| Occurrence Location: **INSIDE OF 2575 CONEY ISLAND AVENUE**<br>Name Of Premise: NYPD 61 PRECINCT<br>Premises Type: PUBLIC BUILDING<br>Location Within Premise:<br>Visible By Patrol?: NO | **NYC Parks Dept. Property**<br>Did this offense occur on NYC Parks Dept. NO Property?<br>Command:<br>NYC Parks Dept. Property Name: | Precinct: 061<br>Sector: B<br>Beat: 8<br>Post: 8 |
|---|---|---|

| Occurrence From: **2023-04-04 18:20 TUESDAY**<br>Occurrence thru: 2023-04-04    18:21<br>Reported: 2023-04-04    19:35<br>Complaint Received: PICK-UP | Aided #<br>Accident #<br>O.C.C.B. # |
|---|---|

| **Classification: HARASSMENT**<br>Attempted/Completed: COMPLETED<br>Most Serious Offense Is: VIOLATION<br>PD Code: 638  HARASSMENT,SUBD 3<br>PL Section: 24026<br>Keycode: 578  HARRASSMENT 2 | **Case Status: CLOSED**<br>Unit Referred To:<br>Clearance Code: PATROL<br>Log/Case #: 0<br>Clearance Arrest Id:<br>Clearance AO Cmd:<br>File #: 51<br>Prints Requested? NO |
|---|---|

## OFFENSES:

| Offense Order Desc | Att/Cmplt | PDC Code | PDC Code Desc | PL Section | PL Description | Larceny Type | IBR# Class | Alleged Crime | Justified Crime | Criminal Activity |
|---|---|---|---|---|---|---|---|---|---|---|
| 1  PL 240 RIOT | COMPLETED | 638 | HARASSMENT,SUBD 3 | PL 240.26 03 | HARASSMENT-2ND ALARM OR ANNOY | | 13C Violation | | | |

| Confirmed Shots Fired?<br>NO |
|---|

| Possible Hate Crime ?<br>NO |
|---|

| Is This Related To Stop And Frisk Report NO | SQF Number: 0000-000-00000 | Was The Victim's Personal Information Taken Or Possessed? NO | Was The Victim's Personal Information Used To Commit A Crime? NO |
|---|---|---|---|

| Gang Related? NO | Detective Borough Wheel Log #: | Name Of Gang: | Child Abuse Suspected? NO |
|---|---|---|---|

| DIR Required? NO | Child in Common? NO | Intimate Relationship? NO | Officer Body Worn Camera: NO |
|---|---|---|---|

| **If Burglary:**<br>Forced Entry?<br>Structure:<br>Entry Method:<br>Entry Location: | **Alarm:**<br>Bypassed?<br>Comp Responded?:<br>Company Name/Phone:<br>- -<br>Crime Prevention Survey Requested?:<br>Complaint/Reporter Present?: | **If Arson:**<br>Structure:<br>Occupied?:<br>Damage by: | **Taxi Robbery:**<br>Partition Present:<br>Amber Stress Light Activated:<br>Method of Conveyance:<br>Location of Pickup: |
|---|---|---|---|

**D1031**

Complaint# 2023-061-002040                                              Page 2 of 3

| Supervisor On Scene - Rank / Name / Command :<br>LT RIVERA 061 | Canvas Conducted:<br>NO | Translator(if used): |

**NARRATIVE:**
AT TPO REPORTER STATES HE RECEIVED A CALL FROM ████████ UNK MALE DID STATE "IS THIS OFFICER CUCUZZA?" "YOU ARE A PIECE OF SHIT, TYRANT SCUMBAG POLICEOFFICER." "DID YOU LOCK UP SEAN?" REPORTER STATES HE DOES NOT KNOW WHO THIS PERSON IS THAT CALLED. REPORTER THEN RECEIVED A SECOND CALL FROM A BLOCKED NUMBERBUT DID NOT ANSWER. SUBSEQUENT TO THESE PHONE CALLS THE OFFICER'S PERMANENTCOMMAND REECEIVED NUMEROUS CALLS FROM DIFFERENT PEOPLE TO THE T/S AND DESK WITH HARASSING STATEMENTS FROM 1900 HOURS TO 2030 HOURS.

## No NYC TRANSIT Data for Complaint # 2023-061-002040

| Total Victims:<br>1 | Total Witnesses:<br>0 | Total Reporters:<br>1 | Total Wanted:<br>0 |

| *VICTIM: # 1 of 1* | | Name:<br>, | Complaint#:<br>2023-061-002040 |

| | | Suspected Gang Member:<br>Name: |
|---|---|---|
| Nick/AKA/Maiden: | | |
| UMOS: | | |
| Sex/Type: / GOVERNMENT | | |
| Race: UNKNOWN | | |
| Age: 0 | | |
| Date Of Birth: UNKNOWN | | Will View Photo: |
| Disabled? NO | | Will Prosecute: |
| Is this person not Proficient in English?: | | Notified Of Crime<br>Victim Comp. Law: NO |
| If Yes, Indicate Language: | | |
| N.Y.C.H.A Resident? | | |
| Is Victim fearful for their safety / life? | | |
| Escalating violence / abuse by suspect? | | |
| Were prior DIR's prepared for C/V? | | |

| LOCATION ADDRESS CITY STATE/COUNTRY ZIP APT/ROOM |

| Phone #: HOME: Not Provided/Unavailable CELL: Not Provided/Unavailable BUSINESS:Not Provided/Unavailable BEEPER: Not Provided/Unavailable E-MAIL: Not Provided/Unavailable |

| Action against Victim: | Actions Of Victim Prior To Incident: |
| Victim Of Similar Incident: | If Yes, When And Where |

| *REPORTER: # 1 of 1* | Name:<br>CUCUZZA,GIOVANNI | Complaint #:<br>2023-061-002040 |

| | Suspected Gang Member: NO<br>Name: |
|---|---|
| Nick/AKA/Maiden: | |
| Sex/Type: MALE | |
| Race: WHITE | |
| Age: 000 | |
| Date Of Birth: | Relationship To Victim: |
| Is this person not Proficient in English?: NO | |
| If Yes, Indicate Language: | |

| Location | Address | City | State/Country Zip | Apt/Room |
|---|---|---|---|---|
| BUSINESS | ████████████████████ | | | |
| HOME-PERMANENT | | | NEW YORK | |

| Phone #: HOME: - - CELL: - - BUSINESS:████████ BEEPER: - - E-MAIL: ████████████████ |

## No IMEI Data for Complaint # 2023-061-002040

| SCRATCH COPY: | Complaint # 2023-061-002040 |

| 1 | | Description<br>1680660487734_1680660487734_.pdf |

**D1032**



1680660487734_1680660487734_.pdf

| Reporting/Investigating M.O.S. Name:<br>POM DYM YEVGENY | Tax #:<br>952702 | Command:<br>061 PCT | Rep.Agency:<br>NYPD |
|---|---|---|---|
| Supervisor Approving Name:<br>LT RIVERA JESUS | Tax #:<br>935600 | Command:<br>061 PCT | Rep.Agency:<br>NYPD |
| Complaint Report Entered By:<br>PAA MURPHY | Tax #:<br>355971 | Command:<br>061 PCT | Rep.Agency:<br>NYPD |
| Signoff Supervisor Name:<br>LT RIVERA | Tax #:<br>935600 | Command:<br>061 PCT | Rep.Agency:<br>NYPD |

**END OF COMPLAINT REPORT**
**# 2023-061-002040**

Print this Report