UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEALPAUL REYES,<br><br>                              Plaintiff,<br><br>    -against-<br><br>THE CITY OF NEW YORK,<br><br>                              Defendant. | 23-CV-6369 (JGLC)<br><br>**POST-CONFERENCE ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

    For the reasons stated on the record at the parties' June 12, 2025 conference, the parties are directed to confer regarding the treatment of videotaped depositions and Plaintiff's use of such depositions and to submit a proposed stipulation and order for this Court's review by **June 27, 2025**. Any remaining issues with respect to the use of those videos post-trial will be addressed at the conclusion of this case. Additionally, for the reasons stated on the record, Plaintiff's request at ECF No. 133 is denied.

    The Clerk of Court is respectfully directed to terminate ECF No. 133.

Dated: June 16, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge