

Lourdes M. Rosado
**President and General Counsel**

June 24, 2025

The Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

<u>**Via ECF**</u>

Re:   *Reyes v. City of New York*, 23-cv-6369

Dear Judge Clarke,

On June 18, 2025, the Second Circuit certified the following question to the New York Court of Appeals: "Does either N.Y. Civ. Rights Law § 79-p or N.Y.C. Admin. Code § 14-189 afford individuals such as Plaintiff Reyes the right to video record law enforcement activities inside public facilities – specifically, inside the publicly accessible lobbies of police stationhouses – notwithstanding a New York City Police Department policy forbidding any video recording inside its facilities?"

As such, counsel write jointly to request that the proceedings in this case be stayed[1] until either:
- the Court of Appeals accepts the certified question, and thereafter renders a decision; or
- the Court of Appeals does not accept the certified question, and the Second Circuit thereafter renders a decision.

Counsel jointly agree that staying the proceedings in this matter as set forth above would best serve the interest of judicial efficiency and the preservation of the parties' resources.

---

[1] Counsel intends to submit the confidentiality stipulation regarding the video recording depositions by June 27 per this Court's June 16 order.

**NEW YORK OFFICE** | 475 Riverside Drive, Suite 1901 New York, NY 10115 | D: 212.219.3360 G: 800.328.2322
**SOUTHEAST REGIONAL OFFICE** | 523 West Colonial Drive Orlando, FL 32804 | D: 321.250.2853
**SOUTHWEST REGIONAL OFFICE** | 611 South Congress Ave STE: 450D Congress Square II Austin, TX 78704 | D: 512-649-9129
latinojustice.org



Respectfully submitted,

*/s/ Karen Munoz Trevino*
cc: All Counsel via ECF

**NEW YORK OFFICE** | 475 Riverside Drive, Suite 1901 New York, NY 10115 | D: 212.219.3360 G: 800.328.2322
**SOUTHEAST REGIONAL OFFICE** | 523 West Colonial Drive Orlando, FL 32804 | D: 321.250.2853
**SOUTHWEST REGIONAL OFFICE** | 611 South Congress Ave STE: 450D Congress Square II Austin, TX 78704 | D: 512-649-9129
**latinojustice.org**