UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SEANPAUL REYES,

                                Plaintiff,

        -against-

THE CITY OF NEW YORK,

                            Defendant.

**CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER FOR VIDEOTAPED DEPOSITIONS OF NYPD POLICE OFFICERS DURING PENDENCY OF LITIGATION**

23 Civ. 6369 (JGLC)

------------------------------------------------------------------------ x

        **WHEREAS,** plaintiff has noticed the depositions of certain NYPD officers by videorecorded means; and

        **WHEREAS,** defendant City of New York deems the videorecorded copies of the depositions of NYPD officers confidential and inappropriate for public disclosure; and

        **WHEREAS,** defendant City of New York objects to the videorecording of these depositions unless appropriate protection for their confidentiality is assured; and

        **WHEREAS,** defendant City of New York seeks to ensure that the confidentiality of these videorecorded depositions remains protected; and

        **WHEREAS,** good cause therefore exists for the entry of an Order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the attorney for plaintiff and the attorney for defendants, as follows:

        1.   As used herein, "Action" shall mean the lawsuit captioned above.

        2.   "Deposition Recordings" shall mean videorecorded copies of depositions of NYPD officers taken herein.

3. Neither party shall use the Deposition Recordings for any purpose other than the evaluation, preparation, presentation or settlement of claims or defenses in the Action during the pendency of this litigation.

4. Neither party nor their attorneys shall post the Deposition Recordings online or in any way monetize the Deposition Recordings during the pendency of this litigation.

5. Attorneys for the parties shall not disclose the Deposition Recordings to any person other than a party, an attorney of record for that party, or any member of the staff of that attorney's office, except under the following conditions:

   a. Disclosure may be made for the purpose of preparing or presenting a party's claims or defenses in the Action.

   b. Disclosure may also be made to an expert or consultant who has been retained or specially employed by a party's attorneys in anticipation of litigation or preparation for trial of the Action, to a witness at deposition or in preparation for testimony at a deposition or trial, or to the Court.

   c. Defendants' attorneys may also disclose the Deposition Recordings to the New York City Police Department, the New York City Comptroller's Officer, and the New York City Mayor's Office, solely in connection with the defense or settlement of this Action.

   d. Before any disclosure is made to a person listed in subparagraph (b) above (other than to the Court or to a witness at a deposition), the Receiving Party's attorney shall provide each such person with a copy of this Protective Order, and such person shall consent in writing, in the form annexed hereto as <u>Exhibit A</u>, not to use the Deposition Recordings for any purpose other than in connection with the prosecution, defense, or settlement of the Action and not to make further disclosure of the Deposition Recordings, except in testimony taken in the Action. The attorneys for a Receiving Party making such disclosure shall retain the signed consent and furnish a copy to the Producing Party's attorney upon request at a deposition or immediately before trial, although the name of an expert that the Receiving Party does not intend to call as a trial witness may be redacted from such a consent before it is produced.

-3-

6. Any party seeking to file papers with the Court that incorporate Deposition Recordings shall first make an application to the Court for permission to file under seal the specific portions of those papers disclosing Deposition Recordings and shall indicate whether any other party objects to that request. No materials shall be filed under seal unless the Court has issued an Order approving the filing, in which event the filing shall follow the District Court rules applicable to filing under seal.

7. Nothing in this Protective Order shall be construed to limit defendant's use of its own Deposition Recordings in any manner.

8. This Protective Order shall terminate at the conclusion of the litigation, though defendant may make an application to the District Court at that time to continue the confidential treatment of the Deposition Recordings post-litigation in accordance with the Court's on the record Order of June 12, 2025.

9. The Court will retain jurisdiction over all persons subject to this Protective Order to the extent necessary to enforce any obligations arising hereunder or to impose sanctions for any contempt thereof. Additionally, the Court reserves the right, in its sole discretion, to modify this Protective Order at any time.

Dated:   New York, New York
         June 27, 2025

| Andrew Case, Esq.<br>LatinoJustice PRLDEF<br>475 Riverside Drive, #1901<br>New York, New York 10115<br>Tel.: (212) 790-7506<br><br>By:   /s/ Andrew Case<br>      Andrew Case, Esq.<br>      *Attorney for Plaintiff SeanPaul Reyes* | MURIEL GOODE-TRUFANT<br>Corporation Counsel of the<br>  City of New York<br>100 Church Street<br>New York, New York 10007<br>(212) 356-3519<br><br>By:   /s/ Mark D. Zuckerman<br>      Mark D. Zuckerman<br>      Senior Counsel<br>      Special Federal Litigation Division<br>      *Attorney for Defendant*<br>        *City of New York* |
|---|---|

Dated: June 30, 2025
       New York, New York

SO ORDERED:

*Jessica Clarke*
_____
HON. JESSICA G.L. CLARKE
UNITED DISTRICT STATES JUDGE

-4-

-5-

# **EXHIBIT A**

The undersigned hereby acknowledges that he has read the Confidentiality Stipulation and Order entered in the United States District Court for the Southern District of New York dated _____, _____ in the action entitled, <u>SeanPaul Reyes v. City of New York</u>, 23 Civ. 6369 (JGLC) (SDNY), and understands the terms thereof.  The undersigned agrees not to use the Deposition Recordings defined therein for any purpose other than in connection with the prosecution of this case, and will not further disclose the Deposition Recordings except in testimony taken in this case.

_____         _____
             Date                                                                       Signature

                                                                         _____
                                                                                     Print Name

                                                                         _____
                                                                                     Occupation