UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEANPAUL REYES,

        Plaintiff,

v.

THE CITY OF NEW YORK,

        Defendant.

Case No. 23-cv-6369 (JGLC)

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

PLEASE TAKE NOTICE that, upon the annexed declaration of Karen Munoz Trevino, subject to the approval of the Court, Karen Munoz Trevino hereby withdraws as counsel for Plaintiff and shall be removed from the CM/ECF notification list in the above-captioned matter. Attorneys from LatinoJustice PRLDEF will remain counsel for Plaintiff in this matter, and no party will be prejudiced if this Motion is granted.

Dated: September 25, 2025
       Austin, Texas

By:   */s/ Karen Munoz Trevino*
Karen Munoz Trevino
611 S. Congress Ave. Suite 450D
Austin, Texas 78704
(737) 787-3923
kmunoz@latinojustice.org

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEANPAUL REYES,
   Plaintiff,
 v.
THE CITY OF NEW YORK,
   Defendant.

Case No. 23-cv-6369 (JGLC)

### DECLARATION OF KAREN MUNOZ TREVINO

PURSUANT TO RULE 1.4 of the Local Rules of the United State District Courts for the Southern and Eastern Districts of New York, I, Karen Munoz Trevino, hereby declare the following:

1) I am an attorney admitted to practice in the State of Texas, have been admitted pro hac vice to practice in the above-captioned action, and am Associate Counsel with LatinoJustice PRLDEF. I submit this declaration in support of Plaintiff's motion to withdraw as counsel of record.

2) I respectfully request that this Court permit the requested withdrawal because as of September 25, 2025, I will have resigned from LatinoJustice PRLDEF and will no longer be associated with the organization.

3) The other attorneys of record from LatinoJustice PRLDEF will continue to represent Plaintiff in this matter. Therefore, my withdrawal will not delay resolution of the above-captioned action nor prejudice any party.

Dated: September 25, 2025
  Austin, Texas

Respectfully submitted,
By: */s/ Karen Munoz Trevino*
Karen Munoz Trevino
611 S. Congress Ave. Suite 450D
Austin, Texas 78704

(737) 787-3923
kmunoz@latinojustice.org