UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEANPAUL REYES,

Plaintiff,

-against-

THE CITY OF NEW YORK,

Defendant.

23-CV-6369 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

In light of the Second Circuit's ruling in this case, ECF No. 150, the parties are directed to submit a joint status letter and, if applicable, a proposed Second Amended Case Management Plan and Scheduling Order by August 31, 2026.

Dated: August 10, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge