MANDATE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/28/2026

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of August, two thousand twenty-six.

Before: Amalya L. Kearse,
Reena Raggi,
Maria Araújo Kahn,
*Circuit Judges*.

---

SeanPaul Reyes,

Plaintiff - Appellee,

v.

City of New York,

Defendant - Appellant.

---

**JUDGMENT**

Docket No. 23-7640

The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the November 2, 2023 district court order preliminarily enjoining enforcement of the challenged Policy is VACATED, and the case is REMANDED for further proceedings consistent with this Court's opinion.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe

MANDATE ISSUED ON 08/28/2026