THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

August 28, 2026

**VIA ECF**
The Honorable Jessica G.L. Clarke
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, N.Y. 10601

**MEMO ENDORSED**

Re: SeanPaul Reyes v. City of New York, 23 Civ. 6369 (JGLC)

Your Honor:

I am a Senior Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, representing defendant City of New York in the above referenced matter. We write jointly with plaintiff's counsel to respectfully request that the parties' time to submit a joint status letter and proposed revised case management plan as ordered at Docket 151 be extended from August 31, 2026 to September 21, 2026. The reason for the request is that plaintiff is retaining new counsel going forward and I will be on vacation beginning August 31, 2026, returning on September 14, 2026.

This is the first such request.

Thank you for your consideration herein.

Respectfully submitted,

/s/ Mark D. Zuckerman
Mark D. Zuckerman
Senior Counsel

cc: All Counsel (via ECF)

Application GRANTED. The parties' deadline to submit a joint status letter and, if applicable, a proposed Second Amended Case Management Plan and Scheduling Order is HEREBY EXTENDED to September 21, 2026. The Clerk of Court is directed to terminate ECF No. 152.

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge
Dated: August 28, 2026
White Plains, New York