**In the United States District Court**
**SOUTHERN DISTRICT OF NEW YORK**

SeanPaul Reyes
*Plaintiff*

v.

The City of New York,
*Defendant*

**MOTION FOR WITHDRAWAL**

23-cv-6369

Pursuant to Rule 1.4 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, and upon the attached Stipulation of Substitution of Counsel, Andrew Case and LatinoJustice PRLDEF move the Court for an order permitting withdrawal from this matter.

Remy Green of Cohen&Green has noticed their appearance on behalf of Mr. Reyes and will be representing him for the duration of this litigation (Doc. 154). LatinoJustice has worked and will continue to work collaboratively with Cohen&Green to transfer case materials for a smooth transition. This substitution is made by agreement between Mr. Reyes, Mx. Green, and LatinoJustice.

Dated: September 9, 2026

Respectfully Submitted,

*/s/ Andrew Case*

Andrew Case
LatinoJustice PRLDEF
475 Riverside Drive #1901
New York, NY 10114
(212) 739-7506
acase@latinojustice.org