**In the United States District Court**
**SOUTHERN DISTRICT OF NEW YORK**

SeanPaul Reyes
*Plaintiff*

v.

The City of New York,
*Defendant*

**STIPULATION OF SUBSTITUTION OF COUNSEL**

23-cv-6369

Pursuant to Local Rule 1.4(b)(2), SeanPaul Reyes and Andrew Case (on behalf of LatinoJustice PRLDEF) hereby stipulate that Remy Green of Cohen&Green will be substituting for Mr. Case and LatinoJustice PRLDEF in this matter. Ms. Green has already noticed their appearance (Doc. 154) and no lapse in representation will occur based upon this substitution.

So stipulated on August 28, 2026:

SeanPaul Reyes

Andrew Case
LatinoJustice PRLDEF

The Clerk of Court is directed to terminate ECF No. 156. SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge
Dated: September 10, 2026
White Plains, New York