THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

September 16, 2026

**VIA ECF**
The Honorable Jessica G.L. Clarke
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, N.Y. 10601

Re: SeanPaul Reyes v. City of New York, 23 Civ. 6369 (JGLC)

Your Honor:

I am a Senior Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, representing defendant City of New York in the above referenced matter. We write with the consent of plaintiff's counsel to respectfully request that the parties' time to submit a joint status letter and proposed revised case management plan as ordered at Docket 151 be extended from September 21, 2026 to October 2, 2026. The reason for the request is that given the length of the recently lifted stay, I need additional time to determine exactly what discovery is still necessary in light of the recent appellate decisions, and the effect of those decisions on the remaining claims in this case, before conferring with plaintiff's new counsel on a revised case management order and joint status report.

This is the second such request for an extension of these deadlines.

Thank you for your consideration herein.

Respectfully submitted,

/s/ Mark D. Zuckerman
Mark D. Zuckerman
Senior Counsel

cc: All Counsel (via ECF)