THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

October 9, 2026

**VIA ECF**
The Honorable Jessica G.L. Clarke
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, N.Y. 10601

MEMO ENDORSED

Re: SeanPaul Reyes v. City of New York, 23 Civ. 6369 (JGLC)

Your Honor:

I am a Senior Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, representing defendant City of New York in the above referenced matter. We write jointly with plaintiff's counsel in accordance with the Court's Order.

First, please see annexed stipulation and proposed order dismissing plaintiff's Fourth and Fifth Causes of Action with prejudice.

Second, as to the City's intended renewed motion to dismiss plaintiff's Sixth Cause of Action, the parties propose the following briefing schedule: 1) November 2, 2026-defendant's motion; 2) December 4, 2026-plaintiff's response; 3) December 16, 2026-defendant's reply.

Thank you for your consideration herein.

Respectfully submitted,

/s/ Mark D. Zuckerman
Mark D. Zuckerman
Senior Counsel

cc: All Counsel (via ECF)

Application GRANTED. The Court adopts the briefing schedule as set forth above. SO ORDERED.

Jessica Clarke
JESSICA G. L. CLARKE
United States District Judge

Dated: October 13, 2026
White Plains, New York