UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

SEANPAUL REYES,

Plaintiff,

**STIPULATION AND ORDER**

-against-

THE CITY OF NEW YORK,

23 Civ. 6369 (JGLC)

Defendant.

---------------------------------------------------------------------- x

**THE PARTIES HEREBY STIPULATE AND AGREE** that the plaintiff SeanPaul Reyes's fourth and fifth claims against defendant City of New York in the Amended Complaint only shall be dismissed with prejudice, without attorneys' fees or costs.

Dated: New York, New York
October 9, 2026

**STEVEN BANKS**
Corporation Counsel of the City of New York
*Attorney for Defendant City of New York*
100 Church Street
New York, New York 10007

By: ______________________
Mark D. Zuckerman
*Senior Counsel*

**COHEN & GREEN, PLLC**
*Attorney for Plaintiff SeanPaul Reyes*
1639 Centre Street, Ste. 216
Ridgewood, New York 11385

By: ______________________
J. Remy Green

The Clerk of Court is directed to unstay the case.

Dated: October 13, 2026
White Plains, New York

SO ORDERED:

______________________

HON. JESSICA G. L. CLARKE
UNITED STATES DISTRICT JUDGE