THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

November 2, 2026

**VIA ECF**
The Honorable Jessica G.L. Clarke
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, N.Y. 10601

Re: SeanPaul Reyes v. City of New York, 23 Civ. 6369 (JGLC)

Your Honor:

I am a Senior Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, representing defendant City of New York in the above referenced matter. We write to respectfully inform the Court that we will not be proceeding with a renewed motion to dismiss plaintiff's Sixth Cause of Action at this time.

Thank you for your consideration herein.

Respectfully submitted,

/s/ Mark D. Zuckerman
Mark D. Zuckerman
Senior Counsel

cc: All Counsel (via ECF)